UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation** | Case No. 1:10md-02193-RWZ |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the following attorney on behalf of the Plaintiffs, Anthony and April Soper, in the above captioned matter.

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02143
P: (617) 482-3700
F: (617) 482-3003

        Respectfully submitted,

        By their attorney,

        _____
        Thomas M. Sobol
        BBO # 471770
        HAGENS BERMAN SOBOL SHAPIRO LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA 02143
        P: (617) 482-3700
        F: (617) 482-3003

Dated: December 1, 2010

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that the foregoing document was electronically filed using the Court's ECF system on December 1, 2010.

/s/ **Thomas M. Sobol**
Thomas M. Sobol