**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation** | **Case No:  1:10-md-02193-RWZ** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the following attorney on behalf of the

Plaintiffs, Darren Kunsky and Tamara Golden, in the above captioned matter.


Eric Lechtzin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
P: (215-875-3000
F: (215-875-4608


Respectfully submitted,

s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Stern Shapiro Weissberg & Garin LLP
 90 Canal Street
 Boston, MA 02114
 617-742-5800
 jshapiro@sswg.com


Dated:  January 26, 2011

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document, filed through the ECF system, has been served electronically on the registered participants as identified on the Notice of Filing on January 26, 2011.

s/ Jonathan Shapiro
Jonathan Shapiro