IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | No. 1:10-md-02193 |
| *This Document Relates To*:<br><br>MATTHEW NELSON and ANGELICA HUATO-NELSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>BAC HOME LOANS SERVICING, L.P., and BANK OF AMERICA, N.A.,<br>v.<br><br>Defendants. | No. 1:11-cv-10089-RWZ |

RWZ  [PROPOSED] ORDER

Upon consideration of the Assented-To Motion to Consolidate filed by Defendants BAC Home Loans Servicing, L.P. and Bank of America, N.A., it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the action captioned *Nelson v. BAC Home Loans Servicing, L.P. and Bank of America, N.A.*, No. 1:11-cv-10089-RWZ (D. Mass.) is consolidated with the Multidistrict Litigation captioned *In Re: Bank Of America Home Affordable Modification Program (HAMP) Contract Litig.*, No.1:10-md-02193 (D. Mass.).

BY THE COURT:

Date: 2/16/11

_____
Rya W. Zobel
United States District Judge