UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | No. 1:10-md-02193 |

**DEFENDANTS' MOTION TO DISMISS**
**<u>CONSOLIDATED CLASS ACTION COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Bank of America, N.A. and BAC Home Loans Servicing, L.P. (collectively, "Bank of America"), hereby move that this Court dismiss all counts of the Consolidated Class Action Complaint ("Complaint").  As set forth more fully in the accompanying Memorandum of Law, the Complaint fails to state a claim upon which relief can be granted, and Bank of America is entitled to judgment as a matter of law.

WHEREFORE, Bank of America respectfully requests that this Court dismiss all counts of the Complaint against it with prejudice.

Dated:  February 22, 2011

Respectfully submitted,

Bank of America, N.A. and BAC Home Loans Servicing, L.P.,
By their attorneys,

/s/ James W. McGarry
James W. McGarry (BBO No. 633726)
jmcgarry@goodwinprocter.com
Mark Tyler Knights (BBO No. 670991)
mknights@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231

LIBA/2153167.1

## **LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE**

I hereby certify pursuant to District of Massachusetts Local Rule 7.1(A)(2) that I have conferred with counsel for Plaintiffs regarding the relief requested in this Motion and Plaintiffs have not assented to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2011.

/s/ James W. McGarry