**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE BANK OF AMERICA HOME | ) | CASE NO.:  MDL 2193 |
| AFFORDABLE MODIFICATION | ) | |
| PROGRAM (HAMP) CONTRACT | ) | |
| LITIGATION | ) | |
| | ) | |
| This Document Relates To: | ) | |
|    All Actions | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of **Gretchen Carpenter,** the undersigned, as counsel for

Matthew Nelson and Angelica Huato-Nelson, on behalf of themselves and all others similarly

situated.

Dated:  April 5, 2011

_____/s/ Gretchen Carpenter_____

Gretchen Carpenter
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA  90025
Tel:  310.207.5055
Fax:  310.826.3210
gcarpenter@strangeandcarpenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on April 5, 2011.

_____ s/ Gretchen Carpenter _____
Gretchen Carpenter