IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>**This Document Relates To:**<br>    All Actions | ) CASE NO.: MDL 2193<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of **Brian R. Strange,** the undersigned, as counsel for Matthew Nelson and Angelica Huato-Nelson, on behalf of themselves and all others similarly situated.

Dated: April 5, 2011

                                                  /s/ Brian R. Strange
                                                  Brian R. Strange
                                                   STRANGE & CARPENTER
                                                   12100 Wilshire Blvd., Suite 1900
                                                   Los Angeles, CA 90025
                                                   Tel: 310.207.5055
                                                   Fax: 310.826.3210
                                                   lacounsel@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on April 5, 2011.

                                                   /s/ Brian R. Strange
                                                   Brian R. Strange