IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>This Document Relates To:<br>    All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.:  MDL 2193 |

### NOTICE OF APPEARANCE

Please enter the appearance of **Patrick J. Sheehan,** the undersigned, as counsel for Matthew Nelson and Angelica Huato-Nelson, on behalf of themselves and all others similarly situated.

Dated April 6, 2011

        /s/ Patrick J. Sheehan
Patrick J. Sheehan (BBO 639320)
WHATLEY DRAKE & KALLAS, LLC
60 State Street, 7th Floor
Boston, MA  02109
Tel:  (617) 573-5118
Fax:  (617) 573-5090
psheehan@wdklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on April 6, 2011.

/s/ Patrick J. Sheehan
Patrick J. Sheehan