**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION** ) ) ) ) ) | **CASE NO.: MDL 2193** |
| **This Document Relates To:** ) | |
| **All Actions** ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Dunlevy, the undersigned, as counsel for Matthew Nelson and Angelica Huato-Nelson, on behalf of themselves and all others similarly situated.

Dated: April 19, 2011

/s/ Patrick M. Dunlevy
Patrick M. Dunlevy
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
Tel: 213.385.2977
Fax: 213.385.9089
pdunlevy@publiccounsel.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on April 19, 2011

/s/ Patrick M. Dunlevy
Patrick M. Dunlevy