HONORABLE RYA W. ZOBEL

UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | No.  1:10-md-2193 RWZ |

## NOTICE OF ENTRY OF APPEARANCE

Now comes Charles M. Delbaum and hereby enters his appearance as co-counsel of record on behalf of Plaintiffs in *Johnson, et al., v. BAC Home Loans Servicing, LP*, Case No.  1:10-cv-10316 (D. Mass.) and all others similarly situated.

Respectfully Submitted,

/s/ Charles M. Delbaum_____
Stuart T. Rossman (BBO 430640)
Charles M. Delbaum (BBO 543225)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, Massachusetts 02110
(617) 542-8010
(617) 542-8028 (facsimile)

## CERTIFICATE OF SERVICE

I, Charles M. Delbaum, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on the date of filing hereof.

_____

Charles M. Delbaum
