UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | No. 1:10-md-02193 |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES

COME NOW defendants Bank of America, N.A. ("BANA") and BAC Home Loans Servicing, LP ("BAC") (collectively, "Defendants"), by and through counsel, Goodwin Procter LLP, and respectfully submit this Notice of Supplemental Authorities to apprise this Court of the following recent decisions that are relevant to issues raised in Defendants' Motion to Dismiss and Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunctive Relief:

- *Morales v. Chase Home Finance, LLC*, No. C 10-02068 JSW, 2011 WL 1670045 (N.D. Cal. Apr. 11, 2011), attached hereto as Exhibit 1;

- *Bourdelais v. J.P. Morgan Chase Bank, N.A.*, No. 3:10CV670-HEH, 2011 WL 1306311, *3-6, 8 (E.D. Va. Apr. 1, 2011), attached hereto as Exhibit 2; and

- *Lonberg v. Freddie Mac*, No. 10-6033-AA, 2011 U.S. Dist. LEXIS 23137, *6-7 (D. Or. Mar. 4, 2011), attached hereto as Exhibit 3.

These cases are relevant to arguments made at pages 5-15 of Defendants' Memorandum in Support of Motion to Dismiss (Doc. No. 22), pages 1-4 of Defendants' Reply Memorandum in Support of Motion to Dismiss (Doc. No. 32), and pages 12-17 of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunctive Relief (Doc. No. 47).

Dated: May 17, 2011

Respectfully submitted,

Bank of America, N.A. and BAC Home Loans Servicing, L.P.

By their attorneys,

/s/ James W. McGarry
James W. McGarry (BBO No. 633726)
jmcgarry@goodwinprocter.com
Dahlia S. Fetouh (BBO No. 651196)
dfetouh@goodwinprocter.com

                                            Mark Tyler Knights (BBO No. 670991)
                                            mknights@goodwinprocter.com
                                            GOODWIN PROCTER LLP
                                            53 State Street
                                            Boston, Massachusetts  02109
                                            Tel.:  617.570.1000
                                            Fax:  617.523.1231

## CERTIFICATE OF SERVICE

     I, James W. McGarry, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2011.

                                                          /s/ James W. McGarry