*EXHIBIT 8*

# Making Home Affordable Program
## Servicer Performance Report Through November 2010

## Report Highlights

### Nearly 550,000 Homeowners Granted Permanent Modifications

- Nearly 30,000 new permanent modifications reported in November.
- More than 650,000 homeowners are realizing payment relief through active HAMP trial modifications and permanent modifications.
- For homeowners in permanent modifications, their median first-lien housing expense fell from 45% of their monthly income to 31%.
- As servicers continue to work through the backlog of trials lasting six months or more, the number of these aged trials has fallen below 50,000.

### This Month: Quarterly Results of Compliance Second-Look Reviews

- Making Home Affordable-Compliance (MHA-C) conducts Second Look reviews of homeowner loan files that were not in HAMP modifications to ensure that the servicer's actions were appropriate.
- MHA-C disagreed with servicer-actions an average of 2.4% of the time in the 2nd quarter, lowering the year-to-date average to 2.9%.
- During this quarter, MHA-C was unable to determine whether the loan was properly evaluated for HAMP on average 15% of the time. As a result of this significant increase from the year-to-date average of 10%, MHA-C will be conducting targeted follow-up activities to understand the cause of this increase so that Treasury may determine appropriate remedial actions.
- MHA-C performs follow-up activities on loans where MHA-C disagrees with servicer decisions or is unable to determine the appropriateness of the disposition of the loan. Historically, these follow-up activities have resulted in 41% of loans in the *Disagree* category being re-classified as *Agrees* after the servicer provided additional documentation.

### Inside:

| | |
|---|---|
| HAMP Program Snapshot | 2 |
| Characteristics of Permanent Modifications | 3 |
| Servicer Activity | 4 |
| Selected Outreach Measures | 7 |
| Disposition Path of Homeowners Ineligible for HAMP Trials | 6 |
| Selected Outreach Measures | 7 |
| Waterfall of HAMP-Eligible Borrowers | 7 |
| Results of Compliance Reviews | 8 |
| Homeowner Experience | 9 |
| HAMP Activity by State | 10 |
| HAMP Activity by Metropolitan Area | 11 |
| Modifications by Investor Type | 11 |
| List of Non-GSE Participants | 12 |
| Participants in Additional MHA Programs | 13 |
| Definitions of Compliance Activities | 14 |
| Areas of Compliance Emphasis | 15 |

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## HAMP Activity: All Servicers

| | | Total |
|---|---|---|
| **HAMP Eligibility** (As of Oct. 31, 2010) | Eligible Delinquent Loans[1] | 2,911,106 |
| | Eligible Delinquent Borrowers[2] | 1,463,254 |
| **Trial Modifications** | Trial Plan Offers Extended (Cumulative)[3] | 1,684,136 |
| | All Trials Started[4] | 1,426,833 |
| | Trials Reported Since Oct. 2010 Report[5] | 31,290 |
| | Trial Modifications Canceled (Cumulative) | 729,109 |
| | Active Trials | 148,104 |
| **Permanent Modifications** | All Permanent Modifications Started | 549,620 |
| | Permanent Modifications Reported Since Oct. 2010 Report | 29,972 |
| | Permanent Modifications Canceled (Cumulative)[6] | 44,972 |
| | Active Permanent Modifications | 504,648 |
| **FHA-HAMP** | FHA-HAMP Trial Modifications Started | 1,602 |
| | FHA-HAMP Permanent Modifications Started | 576 |

[1] Estimated eligible 60+ day delinquent loans as reported by servicers as of Oct. 31, 2010, include conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated on or before January 1, 2009.

Estimated eligible 60+ day delinquent loans exclude:
- FHA and VA loans.
- loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.

For servicers enrolling after September 1, 2010 that did not participate in the 60+ day delinquency survey, the delinquency count is from the servicer registration form.

[2] The estimated eligible 60+ day delinquent borrowers are those in HAMP-eligible loans, minus estimated exclusions of loans on vacant properties, loans with borrower debt-to-income ratio below 31%, loans that fail the NPV test, properties no longer owner-occupied, manufactured housing loans with title/chattel issues that exclude them from HAMP, and loans where the investor pooling and servicing agreements preclude modification. Exclusions for DTI and NPV results are estimated using market analytics.

[3] As reported in the weekly servicer survey of large SPA servicers through December 2, 2010.

[4] Data includes HAMP modifications only. Except for the two lines in the above table, FHA-HAMP modifications are excluded from exhibits in this report.

[5] Servicers may enter new trial modifications into the HAMP system of record anytime before the loan converts to a permanent modification.

[6] A permanent modification is canceled when the borrower has missed three consecutive monthly payments. Includes 590 loans paid off.

## HAMP Trials Started (Cumulative)



| Month | Value |
|---|---|
| Sep and Earlier | 563,467 |
| Oct | 722,620 |
| Nov | 837,562 |
| Dec | 955,759 |
| Jan 2010 | 1,049,809 |
| Feb | 1,137,253 |
| Mar | 1,207,312 |
| Apr | 1,254,794 |
| May | 1,280,488 |
| June | 1,301,607 |
| July | 1,325,291 |
| Aug | 1,347,529 |
| Sep | 1,376,756 |
| Oct | 1,404,285 |
| Nov | 1,426,833 |

Source: HAMP system of record. Servicers may enter new trial modifications into the HAMP system of record anytime before the loan converts to a permanent modification. For example, 31,290 trials have entered the HAMP system of record since the prior report; of those, 22,548 were trials with a first payment recorded in November.

## Permanent Modifications Started (Cumulative)



| Month | Value |
|---|---|
| Sep Oct and Earlier | 4,742 |
| Nov | 15,649 |
| Dec | 31,424 |
| Jan 2010 | 66,938 |
| Feb | 117,302 |
| Mar | 170,207 |
| Apr | 230,801 |
| May | 299,092 |
| June | 346,816 |
| July | 398,021 |
| Aug | 434,716 |
| Sep | 468,058 |
| Oct | 495,898 |
| Nov | 519,648 |
| | 549,620 |

Source: HAMP system of record.



# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Modification Characteristics

- Aggregate reductions in monthly mortgage payments for borrowers who received permanent modifications are estimated to total $4.1 billion.
- The median savings for borrowers in active permanent modifications is $524.41, or 37% of the median payment before modification.

### Active Permanent Modifications by Modification Step

| | |
|---|---|
| Interest Rate Reduction | 100% |
| Term Extension | 57.8% |
| Principal Forbearance | 30.1% |

### Select Median Characteristics of Active Permanent Modifications

| Loan Characteristic | Before Modification | After Modification | Median Decrease |
|---|---|---|---|
| Front-End Debt-to-Income Ratio[1] | 45.2% | 31.0% | -14.2 pct pts |
| Back-End Debt-to-Income Ratio[2] | 79.2% | 62.4% | -14.8 pct pts |
| Median Monthly Housing Payment[3] | $1,434.98 | $838.00 | -$524.41 |

[1] Ratio of housing expenses (principal, interest, taxes, insurance and homeowners association and/or condo fees) to monthly gross income.
[2] Ratio of total monthly debt payments (including mortgage principal and interest, taxes, insurance, homeowners association and/or condo fees, plus payments on installment debts, junior liens, alimony, car lease payments and investment property payments) to monthly gross income. Borrowers who have a back-end debt-to-income ratio of greater than 55% are required to seek housing counseling under program guidelines.
[3] Principal and interest payment.

## Predominant Hardship Reasons for Active Permanent Modifications



- Loss of Income[1]: 59.8%
- Excessive Obligation: 11.6%
- Illness of Principal Borrower: 2.8%

[1] Includes borrowers who are employed but have faced a reduction in hours and/or wages as well as those who have lost their jobs.
Note: Does not include 17.5% of permanent modifications reported as Other.

## Loan Status Upon Entering Trial



- In Default at Trial Start: 77.5%
- At Risk of Default at Trial Start: 22.5%

Note: For all trial modifications started. "At Risk of Default" includes borrowers up to 59 days delinquent at trial entry as well as those in imminent default. "In Default" refers to borrowers 60 or more days late at trial entry.

Note: Data on the performance of permanent modifications is reported quarterly.



3

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## HAMP Modification Activity by Servicer

| Servicer | Estimated Eligible 60+ Day Delinquent Borrowers[1] (As of Oct.31, 2010) | Trial Plan Offers Extended[2] (Cumulative) | All HAMP Trials Started[3] (Cumulative) | All HAMP Permanent Modifications Started[3] (Cumulative) | Active Trial Modifications[3] (As of Nov. 30, 2010) | Active Permanent Modifications[3] (As of Nov. 30, 2010) |
|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc | 53,042 | 31,536 | 28,270 | 17,204 | 8,437 | 16,167 |
| Aurora Loan Services, LLC | 31,442 | 49,177 | 38,458 | 13,992 | 1,476 | 12,830 |
| Bank of America, NA[4] | 425,308 | 455,730 | 342,602 | 93,499 | 46,749 | 83,759 |
| CitiMortgage, Inc. | 113,843 | 167,666 | 153,178 | 55,333 | 8,580 | 52,856 |
| GMAC Mortgage, LLC | 16,442 | 65,721 | 53,771 | 36,718 | 4,071 | 34,116 |
| J.P. Morgan Chase Bank, NA[5] | 203,594 | 276,554 | 222,988 | 76,140 | 17,501 | 67,722 |
| Litton Loan Servicing LP | 46,871 | 38,977 | 36,031 | 9,831 | 1,429 | 8,983 |
| Nationstar Mortgage LLC | 18,460 | 28,399 | 25,800 | 13,020 | 2,367 | 11,937 |
| Ocwen Financial Corp. Inc. | 48,880 | 42,426 | 38,077 | 27,813 | 5,576 | 24,454 |
| OneWest Bank | 41,564 | 64,184 | 47,710 | 22,844 | 4,468 | 21,393 |
| PNC Mortgage[6] | 15,155 | 23,496 | 18,758 | 4,689 | 989 | 4,350 |
| Saxon Mortgage Services, Inc. | 25,432 | 41,992 | 36,465 | 13,292 | 1,946 | 12,563 |
| Select Portfolio Servicing | 19,086 | 64,956 | 39,426 | 18,440 | 2,063 | 16,607 |
| US Bank NA | 16,059 | 15,256 | 14,019 | 8,675 | 2,750 | 8,132 |
| Wells Fargo Bank, NA[7] | 175,362 | 287,197 | 207,793 | 72,794 | 16,612 | 68,449 |
| Other SPA servicers[8] | 26,407 | 30,869 | 29,141 | 17,908 | 4,253 | 16,493 |
| Other GSE Servicers[9] | 186,307 | NA | 94,346 | 47,428 | 18,837 | 43,837 |
| **Total** | **1,463,254** | **1,684,136** | **1,426,833** | **549,620** | **148,104** | **504,648** |

[1] Estimated eligible 60+ day delinquent borrowers as reported by servicers as of October 31, 2010, include those in conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated prior to January 1, 2009.

Estimated eligible 60+ day delinquent borrowers excludes:
- Those in FHA and VA loans.
- Those in loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.
- Those borrowers with debt-to-income ratios less than 31% or a negative NPV test.
- Owners of vacant properties or properties otherwise excluded.
- Exclusions for DTI and NPV are estimated using market analytics. For servicers enrolling after September 1, 2010 that did not participate in

[2] As reported in the weekly servicer survey of large SPA servicers through December 2, 2010.
[3] As reported into the HAMP system of record by servicers. Excludes FHA-HAMP modifications. Subject to adjustment based on servicer reconciliation of historic loan files.
[4] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[5] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[6] Formerly National City Bank.
[7] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
[8] Other SPA servicers are entities with less than 5,000 estimated eligible 60+ day delinquent borrowers as of October 31, 2010, that have signed participation agreements with Treasury and Fannie Mae. A full list of participating servicers is in Appendix A.
[9] Includes servicers of loans owned or guaranteed by Fannie Mae and Freddie Mac. Includes GSE loans transferred from SPA servicers.

the 60+ day delinquency survey, the delinquency count is from the servicer registration form.



## Conversion Rate[1]

Trial Length at Conversion (months):
- Ocwen 3.2 — 73%
- GMAC 3.3 — 72%
- Other SPA Servicers 3.6 — 70%
- American Home 3.0 — 70%
- U.S. Bank 4.1 — 65%
- Nationstar 5.2 — 54%
- Other GSE Servicers 3.7 — 52%
- OneWest 4.3 — 50%
- SPS 3.7 — 49%
- Aurora 4.3 — 42%
- Saxon 6.4 — 41%
- CitiMortgage 6.3 — 37%
- Wells Fargo 4.5 — 37%
- JPMorgan Chase 7.8 — 36%
- Bank of America 5.0 — 29%
- Litton 3.3 — 28%
- GMAC 3.3 — 26%
- PNC Mortgage — 

[1] As measured against trials eligible to convert – those three months in trial, or four months if the borrower was at risk of default.

Note: Per program guidelines, effective June 1, 2010 all trials must be started using verified income. Prior to June 1, some servicers initiated trials using stated income information. Permanent modifications transferred among servicers are credited to the originating servicer.

## Aged Trials[1]

- Bank of America 19,795
- Other GSE Servicers 8,594
- JPMorgan Chase 4,642
- CitiMortgage 4,584
- American Home 2,190
- Wells Fargo 2,171
- Ocwen 2,074
- Other SPA Servicers 1,485
- OneWest 1,318
- Saxon 729
- U.S. Bank 669
- Aurora 295
- Litton 245
- Nationstar 162
- SPS 119
- GMAC 115
- PNC Mortgage 42

49,200 active trials were initiated at least six months ago.

[1] As of November 30, 2010. Active trials initiated at least six months ago.



4

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Disposition Path
### Homeowners in Canceled HAMP Trial Modifications
### Survey Data Through October 2010 (8 Largest Servicers)[1]

**Homeowners Whose HAMP Trial Modification Was Canceled Who Are in the Process of:**

| Servicer | Action Pending[2] | Action Not Allowed – Bankruptcy in Process | Borrower Current | Alternative Modification | Payment Plan[3] | Loan Payoff | Short Sale/ Deed in Lieu | Foreclosure Starts | Foreclosure Completions | Total (As of October 2010) |
|---|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc. | 210 | 25 | 199 | 787 | 33 | 43 | 90 | 192 | 22 | 1,601 |
| Bank of America, NA[4] | 52,790 | 4,409 | 18,135 | 63,627 | 1,794 | 2,227 | 20,313 | 17,021 | 3,603 | 183,919 |
| CitiMortgage Inc. | 21,165 | 3,912 | 7,876 | 36,237 | 1,079 | 1,224 | 2,473 | 11,267 | 2,743 | 87,976 |
| GMAC Mortgage, LLC | 1,764 | 347 | 1,072 | 5,904 | 177 | 271 | 592 | 1,779 | 824 | 12,730 |
| JP Morgan Chase Bank NA[5] | 12,320 | 844 | 2,814 | 61,527 | 321 | 2,606 | 4,918 | 20,900 | 7,059 | 113,309 |
| Litton Loan Servicing LP | 3,387 | 668 | 1,856 | 13,615 | 363 | 118 | 1,107 | 2,476 | 671 | 24,261 |
| OneWest Bank | 1,279 | 718 | 470 | 10,501 | 231 | 15 | 726 | 3,658 | 1,962 | 19,560 |
| Wells Fargo Bank NA[6] | 4,690 | 737 | 13,252 | 63,071 | 1,024 | 4,221 | 4,448 | 19,333 | 8,090 | 118,866 |
| **TOTAL (These 8 Servicers)** | **97,605 17.4%** | **11,660 2.1%** | **45,674 8.1%** | **255,269 45.4%** | **5,022 0.9%** | **10,725 1.9%** | **34,667 6.2%** | **76,626 13.6%** | **24,974 4.4%** | **562,222 100.0%** |

**The most common causes of trial cancellations are:**
- Insufficient documentation
- Trial plan payment default
- Ineligible borrower: first-lien housing expense is already below 31% of household income

Note: Data is as reported by servicers for actions completed through October 31, 2010.
[1] As defined by cap amount.
[2] Trial loans that have been canceled, but no further action has yet been taken.
[3] An arrangement with the borrower and servicer that does not involve a formal loan modification.
[4] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[5] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[6] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
Note: Excludes cancellations pending data corrections and loans otherwise removed from servicing portfolios.



5

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Disposition Path
### Homeowners Not Accepted for HAMP Trial Modifications
Survey Data Through October 2010 (8 Largest Servicers)[1]

**Homeowners Not Accepted for a HAMP Trial Modification Who Are in the Process of:**

| Servicer | Action Pending[2] | Action Not Allowed – Bankruptcy in Process | Borrower Current | Alternative Modification | Payment Plan[3] | Loan Payoff | Short Sale/ Deed in Lieu | Foreclosure Starts | Foreclosure Completions | Total (As of October 2010) |
|---|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc. | 1,494 | 497 | 4,590 | 18,524 | 454 | 87 | 858 | 3,562 | 343 | 30,409 |
| Bank of America, NA[4] | 20,395 | 3,629 | 5,331 | 13,921 | 1,217 | 1,331 | 19,405 | 33,750 | 12,867 | 111,846 |
| CitiMortgage Inc. | 39,366 | 7,736 | 34,762 | 34,290 | 6,603 | 2,460 | 3,664 | 8,862 | 4,081 | 141,824 |
| GMAC Mortgage, LLC | 25,421 | 4,868 | 27,902 | 34,312 | 2,744 | 1,639 | 4,418 | 19,373 | 7,263 | 127,940 |
| JP Morgan Chase Bank NA[5] | 48,292 | 3,365 | 91,441 | 89,961 | 853 | 21,650 | 7,768 | 27,744 | 7,808 | 298,882 |
| Litton Loan Servicing LP | 9,685 | 3,673 | 7,815 | 12,697 | 1,104 | 444 | 4,118 | 9,973 | 3,118 | 52,627 |
| OneWest Bank | 5,103 | 2,107 | 17,220 | 6,351 | 1,124 | 470 | 1,833 | 9,945 | 3,499 | 47,652 |
| Wells Fargo Bank NA[6] | 18,775 | 3,678 | 48,362 | 53,472 | 1,289 | 5,880 | 10,273 | 19,163 | 10,394 | 171,286 |
| TOTAL (These 8 Servicers) | 168,531 17.2% | 29,553 3.0% | 237,423 24.2% | 263,528 26.8% | 15,388 1.6% | 33,961 3.5% | 52,337 5.3% | 132,372 13.5% | 49,373 5.0% | 982,466 100.0% |

**The most common causes of trials not accepted are:**
- Insufficient documentation
- Ineligible borrower: first-lien housing expense is already below 31% of household income
- Ineligible mortgage

Note: Data is as reported by servicers for actions completed through October 31, 2010.
[1] As defined by cap amount.
[2] Homeowners who were not approved for a HAMP trial modification, but no further action has yet been taken.
[3] An arrangement with the borrower and servicer that does not involve a formal loan modification.
[4] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[5] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[6] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
Note: Excludes loans removed from servicing portfolios.


MAKING HOME AFFORDABLE

6

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Selected Homeowner Outreach Measures

| | |
|---|---|
| Homeowner Outreach Events Hosted Nationally by Treasury and Partners (cumulative) | 49 |
| Homeowners Attending Treasury-Sponsored Events (cumulative) | 49,506 |
| Servicer Solicitation of Borrowers (cumulative)[1] | 6,638,016 |
| Page views on MakingHomeAffordable.gov (November 2010) | 2,560,921 |
| Page views on MakingHomeAffordable.gov (cumulative) | 104,440,505 |
| Percentage to Goal of 3-4 Million Modification Offers | 42-56% |

[1] Source: survey data provided by SPA servicers. Servicers are encouraged by HAMP to solicit information from borrowers 60+ days delinquent, regardless of eligibility for a HAMP modification.
[2] In 2009, Treasury set a goal of offering help to 3-4 million borrowers through the end of 2012.

## Call Center Volume

| | Cumulative | November |
|---|---|---|
| Total Number of Calls Taken at 1-888-995-HOPE (since program inception) | 1,812,035 | 89,240 |
| Borrowers Receiving Free Housing Assistance Through the Homeowner's HOPE™ Hotline | 870,958 | 40,292 |

Source: Homeowner's HOPE™ Hotline.

## Waterfall of Estimated Eligible Borrowers

Not all 60-day delinquent loans are eligible for HAMP. Other characteristics may preclude homeowner eligibility. Based on the estimates, of the 5.1 million homeowners who are currently 60+ days delinquent, 1.5 million homeowners are eligible for HAMP. As this represents a point-in-time snapshot of the delinquency population and estimated HAMP eligibility, we expect that more homeowners will become seriously delinquent between now and the end of 2012, and some of those homeowners will be eligible for HAMP.



Waterfall values (Loans in Millions):
- 1st Lien, 60+ Days Delinquent: 5.1
- Less: Non-Participating HAMP Servicer: 4.5
- Less: FHA or VA: 3.8
- Less: Non-Owner Occupied at Origination: 3.1
- Less: Jumbo Non-Conforming Loans and Loans Originated After 1/1/2009: 2.9
- HAMP-Eligible 60+ Day Delinquent Loans (GSE and SPA Servicers): 2.9
- Less: DTI Less Than 31%: 2.2
- Less: Negative NPV: 1.9
- Less: Vacant Properties And Other Exclusions**: 1.5
- HAMP Estimated Eligible 60+ Day Delinquent Borrowers: 1.5

** Other exclusions include: no longer owner-occupied; investor's pooling and servicing agreement precludes modification; and manufactured housing loans with titling/chattel issues that exclude them from HAMP.

Note: Chart refers only to borrowers eligible for the first-lien modification program.

Sources: Fannie Mae; monthly survey of participating servicers for October 31, 2010. Total 60+ day delinquency figure derived from 3rd Quarter 2010 MBA National Delinquency Survey. Excluded loans are as reported by large servicers by survey who have signed a servicer participation agreement for HAMP.



# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Results of Compliance Second-Look Reviews (Q2 2010)

Making Home Affordable-Compliance (MHA-C) conducts Second Look[1,2] reviews of homeowner loan files that were not in HAMP modifications to ensure that the servicer's actions were appropriate.

- MHA-C disagreed with servicer actions an average of 2.4% in the 2nd quarter (2.9% YTD). MHA-C conducts targeted follow-up on servicers with above-average *Disagree* rates.
- An average of 15.1% of loan file reviews are *Pending Further Review* in the 2nd quarter, above the YTD average of 10.0%. MHA-C will conducted targeted reviews to understand this increase.
- For *Disagree* or *Pending Further Review* results, actions typically required of servicers are: reevaluating loans not offered HAMP modifications; submitting additional documentation; clarifying loan status; engaging in process remediation or other actions as directed by Treasury. For such results, servicers are reminded of their obligation to forestall foreclosure of the loan until the items are resolved.
- Historically, follow-up activities have resulted in re-classifying 41% of loans in the *Disagrees* category as *Agrees* after the servicer provided additional documentation. For an additional 19% of *Disagrees*, MHA-C confirmed that appropriate remedial actions had been taken by the servicers.
- The results of Second Look reviews help determine the types of other compliance activities and the frequency with which those activities will be conducted. Please see Appendix B for a detailed description of compliance activities.



Results of Q2 2010 Second Look Reviews

Average of Q2 *Disagrees*: 2.4% (YTD Average: 2.9%)
Average of Q2 *Pending Further Review*: 15.1% (YTD Average: 10.0%)

---

[1] Second Look Results are derived from a statistical sample of loan files for borrowers not in a HAMP modification (typically 100 loan files). Chart shows results for largest servicers; an additional 9 servicers were evaluated in the 2nd quarter.
[2] Starting with this report, loans where borrowers were in process of consideration for HAMP are included in the calculation of results, which allows for a more comprehensive picture of servicers' HAMP compliance.
[3] Cases where the borrower was not appropriately solicited or evaluated for HAMP.
[4] Cases where MHA-C was unable to determine if the servicer's actions were appropriate without further information from the servicer.



8

# Making Home Affordable Program
## Servicer Performance Report Through November 2010

### Homeowner Experience (8 Largest Servicers)*

#### Average Speed to Answer Homeowner Calls (October)



Average of Calls to Homeowner's HOPE™ Hotline for October: 2.2 Seconds

Source: Survey data through October 31, 2010, from servicers on call volume to loss mitigation lines.

#### Call Abandon Rate (October)



Homeowner's HOPE™ Hotline Average for October: 1.4%

Source: Survey data through October 31, 2010, from servicers on call volume to loss mitigation lines.

#### Servicer Complaint Rate to Homeowner's HOPE™ Hotline (Program to Date, Through November)

Program to date, there have been 882,644 calls to the Homeowner's HOPE™ Hotline regarding a specific SPA servicer, of which 6.0% included complaints. Below shows specific complaint rates.



Program to Date Average: 6.0%

| Complaints (PTD): | 167 | 10,542 | 17,294 | 1,225 | 2,109 | 1,535 | 4,537 | 7,339 |

Source: Homeowner's HOPE™ Hotline. Note: Complaint rate is the share of a specific servicer's call volume that are complaints (i.e., for all calls about OneWest, 9.3% included complaints.)

#### Servicer Time to Resolve Third-Party Escalations (Program to Date, Through November)



Target: 25 Calendar Days

| Resolved Cases (PTD): | 2,860 | 1,943 | 272 | 461 | 725 | 1,780 | 412 | 554 |

Source: HAMP Solutions Center. Target of 25 calendar days includes an estimated 5 days processing by HAMP Solutions Center.

*As defined by cap amount.

9

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## HAMP Activity by State

| State | Active Trials | Permanent Modifications | Total | % of Total | State | Active Trials | Permanent Modifications | Total | % of Total |
|---|---|---|---|---|---|---|---|---|---|
| AK | 77 | 201 | 278 | 0.0% | MT | 195 | 538 | 733 | 0.1% |
| AL | 998 | 2,905 | 3,903 | 0.6% | NC | 2,719 | 9,466 | 12,185 | 1.9% |
| AR | 336 | 1,160 | 1,496 | 0.2% | ND | 23 | 85 | 108 | 0.0% |
| AZ | 6,151 | 25,288 | 31,439 | 4.8% | NE | 196 | 675 | 871 | 0.1% |
| CA | 33,287 | 118,596 | 151,883 | 23.3% | NH | 701 | 2,377 | 3,078 | 0.5% |
| CO | 1,853 | 7,134 | 8,987 | 1.4% | NJ | 4,948 | 16,253 | 21,201 | 3.2% |
| CT | 1,819 | 6,429 | 8,248 | 1.3% | NM | 548 | 1,580 | 2,128 | 0.3% |
| DC | 248 | 844 | 1,092 | 0.2% | NV | 3,924 | 13,225 | 17,149 | 2.6% |
| DE | 463 | 1,581 | 2,044 | 0.3% | NY | 7,087 | 22,082 | 29,169 | 4.5% |
| FL | 17,880 | 60,117 | 77,997 | 11.9% | OH | 3,486 | 11,374 | 14,860 | 2.3% |
| GA | 5,541 | 18,250 | 23,791 | 3.6% | OK | 412 | 1,161 | 1,573 | 0.2% |
| HI | 628 | 1,883 | 2,511 | 0.4% | OR | 1,586 | 5,478 | 7,064 | 1.1% |
| IA | 363 | 1,296 | 1,659 | 0.3% | PA | 3,253 | 10,524 | 13,777 | 2.1% |
| ID | 657 | 1,883 | 2,540 | 0.4% | RI | 746 | 2,616 | 3,362 | 0.5% |
| IL | 7,884 | 27,130 | 35,014 | 5.4% | SC | 1,388 | 4,882 | 6,270 | 1.0% |
| IN | 1,508 | 4,988 | 6,496 | 1.0% | SD | 62 | 192 | 254 | 0.0% |
| KS | 389 | 1,176 | 1,565 | 0.2% | TN | 1,668 | 5,214 | 6,882 | 1.1% |
| KY | 558 | 1,962 | 2,520 | 0.4% | TX | 4,441 | 12,784 | 17,225 | 2.6% |
| LA | 988 | 2,573 | 3,561 | 0.5% | UT | 1,436 | 4,686 | 6,122 | 0.9% |
| MA | 3,669 | 12,686 | 16,355 | 2.5% | VA | 3,553 | 12,492 | 16,045 | 2.5% |
| MD | 4,652 | 16,503 | 21,155 | 3.2% | VT | 124 | 415 | 539 | 0.1% |
| ME | 477 | 1,377 | 1,854 | 0.3% | WA | 2,948 | 9,658 | 12,606 | 1.9% |
| MI | 4,878 | 17,082 | 21,960 | 3.4% | WI | 1,550 | 4,999 | 6,549 | 1.0% |
| MN | 2,360 | 9,404 | 11,764 | 1.8% | WV | 228 | 761 | 989 | 0.2% |
| MO | 1,632 | 5,482 | 7,114 | 1.1% | WY | 74 | 251 | 325 | 0.0% |
| MS | 614 | 1,931 | 2,545 | 0.4% | Other* | 898 | 1,019 | 1,917 | 0.3% |

\* Includes Guam, Puerto Rico and the U.S. Virgin Islands.

## Modification Activity by State



Note: Includes active trial and permanent modifications from the official HAMP system of record.

**HAMP Modifications**
- 5,000 and lower
- 5,001 – 10,000
- 10,001 – 20,000
- 20,001 – 35,000
- 35,001 and higher

## Mortgage Delinquency Rates by State



**60+ Day Delinquency Rate**
- 5.0% and lower
- 5.01% - 10.0%
- 10.01% - 15.0%
- 15.01% - 20.0%
- 20.01% and higher

Source: 3rd Quarter 2010 National Delinquency Survey, Mortgage Bankers Association.

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## 15 Metropolitan Areas With Highest HAMP Activity

| Metropolitan Statistical Area | Active Trials | Permanent Modifications | Total HAMP Activity | % of All HAMP Activity |
|---|---|---|---|---|
| Los Angeles-Long Beach-Santa Ana, CA | 9,663 | 33,960 | 43,623 | 6.7% |
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 9,390 | 30,277 | 39,667 | 6.1% |
| Riverside-San Bernardino-Ontario, CA | 6,934 | 27,176 | 34,110 | 5.2% |
| Chicago-Joliet-Naperville, IL-IN-WI | 7,623 | 26,183 | 33,806 | 5.2% |
| Miami-Fort Lauderdale-Pompano Beach, FL | 7,184 | 23,348 | 30,532 | 4.7% |
| Phoenix-Mesa-Glendale, AZ | 4,990 | 20,945 | 25,935 | 4.0% |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 4,809 | 17,701 | 22,510 | 3.4% |
| Atlanta-Sandy Springs-Marietta, GA | 4,411 | 14,796 | 19,207 | 2.9% |
| Las Vegas-Paradise, NV | 3,248 | 10,849 | 14,097 | 2.2% |
| Detroit-Warren-Livonia, MI | 2,984 | 10,337 | 13,321 | 2.0% |
| Orlando-Kissimmee-Sanford, FL | 2,830 | 9,803 | 12,633 | 1.9% |
| Boston-Cambridge-Quincy, MA-NH | 2,598 | 9,062 | 11,660 | 1.8% |
| San Francisco-Oakland-Fremont, CA | 2,755 | 8,825 | 11,580 | 1.8% |
| Sacramento-Arden-Arcade-Roseville, CA | 2,324 | 8,646 | 10,970 | 1.7% |
| San Diego-Carlsbad-San Marcos, CA | 2,383 | 8,337 | 10,720 | 1.6% |

A complete list of HAMP activity for all MSAs is available at http://www.makinghomeaffordable.gov/docs/MSA%20Data%20Nov%202010.pdf

## Modifications by Investor Type (Large Servicers)

| Servicer | GSE | Private | Portfolio | Total |
|---|---|---|---|---|
| Bank of America, NA[1] | 81,336 | 42,845 | 6,327 | 130,508 |
| JP Morgan Chase NA[2] | 39,266 | 31,996 | 13,961 | 85,223 |
| Wells Fargo Bank, NA[3] | 45,859 | 12,933 | 26,269 | 85,061 |
| CitiMortgage, Inc. | 40,793 | 4,407 | 16,236 | 61,436 |
| GMAC Mortgage, LLC | 22,213 | 5,682 | 10,292 | 38,187 |
| Ocwen Financial Corporation, Inc. | 6,841 | 22,912 | 277 | 30,030 |
| OneWest Bank | 12,681 | 11,288 | 1,892 | 25,861 |
| American Home Mortgage Servicing Inc | 1,270 | 23,334 | 0 | 24,604 |
| Select Portfolio Servicing | 487 | 16,338 | 1,845 | 18,670 |
| Saxon Mortgage Services Inc. | 1,508 | 11,862 | 1,139 | 14,509 |
| Aurora Loan Services, LLC | 7,230 | 6,865 | 211 | 14,306 |
| Nationstar Mortgage LLC | 9,311 | 4,977 | 16 | 14,304 |
| US Bank NA | 7,346 | 19 | 3,517 | 10,882 |
| Litton Loan Servicing LP | 1,075 | 9,337 | 0 | 10,412 |
| PNC Mortgage[4] | 4,655 | 243 | 441 | 5,339 |
| Remainder of HAMP Servicers | 70,087 | 6,436 | 6,897 | 83,420 |
| **Total** | **351,958** | **211,474** | **89,320** | **652,752** |

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loans Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
[4] Formerly National City Bank.

Note: Figures reflect active trials and permanent modifications.



11

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Appendix A1: Non-GSE Participants in HAMP

Servicers participating in the HAMP First-Lien Modification Program may also offer additional homeowner incentives, including Home Affordable Foreclosure Alternatives (HAFA), at least three months' forbearance for unemployed borrowers, and Principal Reduction Alternative (PRA).

| | | | |
|---|---|---|---|
| AgFirst Farm Credit Bank | First Bank | Lake National Bank | Roebling Bank |
| Allstate Mortgage Loans & Investments, Inc. | First Financial Bank, N.A. | Liberty Bank and Trust Co. | RoundPoint Mortgage Servicing Corporation |
| American Eagle Federal Credit Union | First Keystone Bank | Litton Loan Servicing | Saxon Mortgage Services, Inc. |
| American Finance House LARIBA | First National Bank of Grant Park | Los Alamos National Bank | Schools Financial Credit Union |
| American Home Mortgage Servicing, Inc | First Safety Bank | Magna Bank | SEFCU |
| AMS Servicing, LLC | Franklin Credit Management Corporation | Mainstreet Credit Union | Select Portfolio Servicing |
| Aurora Loan Services, LLC | Franklin Savings | Marix Servicing, LLC | Servis One Inc, dba BSI Financial Services, Inc. |
| Bank of America, N.A.[1] | Fresno County Federal Credit Union | Metropolitan National Bank | ShoreBank |
| Bank United | GFA Federal Credit Union | Midland Mortgage Company | Silver State Schools Credit Union |
| Bay Federal Credit Union | Glass City Federal Credit Union | Midwest Bank & Trust Co. | Specialized Loan Servicing, LLC |
| Bayview Loan Servicing, LLC | GMAC Mortgage, LLC | Midwest Community Bank | Spirit of Alaska Federal Credit Union |
| Bramble Savings Bank | Golden Plains Credit Union | Mission Federal Credit Union | Stanford Federal Credit Union |
| Carrington Mortgage Services, LLC | Grafton Suburban Credit Union | MorEquity, Inc. | Sterling Savings Bank |
| CCO Mortgage | Great Lakes Credit Union | Mortgage Center, LLC | Suburban Mortgage Company of New Mexico |
| Central Florida Educators Federal Credit Union | Greater Nevada Mortgage Services | Mortgage Clearing Corporation | Technology Credit Union |
| Centrue Bank | Green Tree Servicing LLC | Nationstar Mortgage LLC | Tempe Schools Credit Union |
| CitiMortgage, Inc. | Hartford Savings Bank | Navy Federal Credit Union | The Golden 1 Credit Union |
| Citizens 1st National Bank | Hillsdale County National Bank | Oakland Municipal Credit Union | U.S. Bank National Association |
| Citizens Community Bank | HomEq Servicing | Ocwen Financial Corporation, Inc. | United Bank |
| Citizens First Wholesale Mortgage Company | HomeStar Bank & Financial Services | OneWest Bank | United Bank Mortgage Corporation |
| Community Bank & Trust Company | Horicon Bank | ORNL Federal Credit Union | University First Federal Credit Union |
| Community Credit Union of Florida | Horizon Bank, NA | Park View Federal Savings Bank | Vantium Capital, Inc. |
| CUC Mortgage Corporation | Iberiabank | Pathfinder Bank | Verity Credit Union |
| DuPage Credit Union | IBM Southeast Employees' Federal Credit Union | PennyMac Loan Services, LLC | Vist Financial Corp. |
| Eaton National Bank & Trust Co | IC Federal Credit Union | PNC Bank, National Association | Wealthbridge Mortgage Corp. |
| Farmers State Bank | Idaho Housing and Finance Association | PNC Mortgage[3] | Wells Fargo Bank, NA[4] |
| Fay Servicing, LLC | iServe Residential Lending LLC | Purdue Employees Federal Credit Union | Wescom Central Credit Union |
| Fidelity Homestead Savings Bank | iServe Servicing Inc | QLending, Inc. | Yadkin Valley Bank |
| | J.P.Morgan Chase Bank, NA[2] | Quantum Servicing Corporation | |
| | Lake City Bank | Residential Credit Solutions | |
| | | RG Mortgage Corporation | |

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Formerly National City Bank
[4] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.



12

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Appendix A2: Participants in Additional Making Home Affordable Programs

### Second-Lien Modification Program (2MP)
Bank of America, NA[1]
Bayview Loan Servicing, LLC
CitiMortgage, Inc.
Community Credit Union of Florida
GMAC Mortgage, LLC
Green Tree Servicing LLC
iServe Residential Lending, LLC
iServe Servicing, Inc.
J.P.Morgan Chase Bank, NA[2]
Nationstar Mortgage LLC
OneWest Bank
PennyMac Loan Services, LLC
PNC Bank, National Association
PNC Mortgage[3]
Residential Credit Solutions
Servis One Inc., dba BSI Financial Services, Inc.
Wells Fargo Bank, NA[4]

### FHA First-Lien Program (FHA-HAMP)
Amarillo National Bank
American Financial Resources Inc.
Aurora Financial Group, Inc.
Aurora Loan Services, LLC
Banco Popular de Puerto Rico
Bank of America, NA[1]
Capital International Financial, Inc.
CitiMortgage, Inc.
CU Mortgage Services, Inc.
First Federal Bank of Florida
First Mortgage Corporation
Franklin Savings
Gateway Mortgage Group, LLC
GMAC Mortgage, LLC.
Green Tree Servicing LLC
Guaranty Bank
iServe Residential Lending, LLC
iServe Servicing, Inc.
James B. Nutter & Company
J.P.Morgan Chase Bank, NA[2]
M&T Bank
Marix Servicing, LLC
Marsh Associates, Inc.
Midland Mortgage Company
Nationstar Mortgage LLC
Ocwen Financial Corporation, Inc.
PennyMac Loan Services, LLC
PNC Mortgage[3]
RBC Bank (USA)
Residential Credit Solutions
Saxon Mortgage Services, Inc.
Schmidt Mortgage Company
Select Portfolio Servicing
Servis One Inc., dba BSI Financial Services, Inc.
Spirit of Alaska Federal Credit Union
Stockman Bank of Montana
Wells Fargo Bank, NA[4]
Weststar Mortgage, Inc.

### FHA Second-Lien Program (FHA 2LP)
Bank of America, NA[1]
Bayview Loan Servicing, LLC
CitiMortgage, Inc.
Flagstar Capital Markets Corporation
GMAC Mortgage, LLC.
Green Tree Servicing LLC
J.P.Morgan Chase Bank, NA[2]
Nationstar Mortgage LLC
PNC Bank, National Association
PNC Mortgage[3]
Residential Credit Solutions
Saxon Mortgage Services, Inc.
Select Portfolio Servicing
Wells Fargo Bank, NA[4]

### Rural Housing Service Modification Program (RD-HAMP)
Banco Popular de Puerto Rico
Bank of America, N.A.[1]
Horicon Bank
J.P.Morgan Chase Bank, NA[2]
Magna Bank
Marix Servicing, LLC
Midland Mortgage Company
Nationstar Mortgage LLC
Wells Fargo Bank, NA[4]

---

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Formerly National City Bank.
[4] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage FSB.

# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Appendix B1: Description of Compliance Activities

*Note: Areas of compliance emphasis and servicer-specific compliance data will be updated quarterly.*

### Description of Compliance Activities

Freddie Mac, serving as Compliance Agent for Treasury's Home Affordable Modification Program (HAMP), has created a separate division known as Making Home Affordable - Compliance (MHA-C). Using a risk-based approach, MHA-C conducts a number of different types of compliance activities to assess servicer compliance with HAMP guidelines for those servicers that have signed a servicer participation agreement with Treasury and for those loans for which Treasury pays incentives (non-GSE loans), as described below.

**On Site Reviews: Implementation** – Reviews to assess the servicer's overall execution of the HAMP program. Areas covered include, among other things, solicitation, eligibility, underwriting, document management, payment processing, reporting, and governance. MHA-C performs reviews of larger servicers on not less than a semi-annual schedule and reviews smaller servicers on at least an annual schedule.

**On Site Reviews: Readiness & Governance** – Reviews to assess the servicer's preparedness for complying with new/future HAMP requirements or to research a trend or potential implementation risk. MHA-C performs such reviews as needed, determined by frequency of new program additions.

**NPV Reviews** – Reviews to assess the servicer's adherence to the HAMP NPV guidelines. For those servicers that have elected to recode the NPV model into their own systems (recoders), MHA-C assesses whether the servicer's recoded NPV model is accurately calculating NPV and whether the servicer's model usage is consistent with HAMP guidelines. Recoders are subject to off-site testing at least quarterly and to on-site reviews at least semi-annually. For servicers using the Treasury NPV Web Portal, MHA-C reviews data submissions to the Portal on a monthly basis.

**Loan File Reviews** – Reviews of samples of the servicer's non-performing loan portfolio primarily to assess whether required steps in the modification process have been documented in the loan files and whether loan modification decisions were appropriate. This includes reviews of loans that have successfully converted to a permanent modification, to ensure they meet the HAMP guidelines. It also includes reviews of loans that have not been offered HAMP modifications, to ensure that their exclusion was appropriate ("Second Look" reviews).

MHA-C conducts these Loan File reviews on a statistical sample for each servicer (typically 100 loan files per larger servicer). Larger servicers' non-performing loan portfolios are sampled and reviewed on a monthly cycle. MHA-C statistically samples and reviews smaller servicers' non-performing loan portfolios on a quarterly or semi-annual cycle.

**Incentive Payment Reviews** – Reviews to assess the accuracy and validity of Treasury incentive payments to borrowers and investors, including whether borrower payments are appropriately allocated to borrowers' loan principal in accordance with HAMP guidelines. MHA-C performs such reviews at least annually on the largest servicers.

As stated in the August report, beginning in the 3rd quarter of the 2010 sampling period, MHA-C revised its sampling strategy to sample monthly from all servicers to provide more consistent trending by servicer and greater comparability of results across servicers. Results from this new sampling strategy will be included in the next publication of Compliance results.

*(See next page for Areas of Compliance Emphasis)*



# Making Home Affordable Program
**Servicer Performance Report Through November 2010**

## Appendix B2: Areas of Compliance Emphasis

In the coming months MHA-C will focus on the following areas of emphasis, to ensure ongoing compliance.

### Cancellations

Servicers are required to comply with HAMP guidance when cancelling loans in HAMP trials. The Second Look review process conducted by MHA-C will continue to include an evaluation of servicers' cancellation activities, especially those around servicers' timely and appropriate decisioning and borrower communications.

MHA-C will conduct targeted reviews of the cancellations of aged trials over the course of the next several months. MHA-C will evaluate whether servicers are making appropriate cancellation decisions, with a specific focus on those loans where the cancellation reason indicates that the borrower had not made timely payments. MHA-C expects servicers to provide documentation supporting cancellation decisions and evidence that borrower notifications are timely and include all necessary information.

### Pre-Foreclosure Certification

Due to recent concerns around foreclosures and the issuance of new HAMP guidance effective in June, MHA-C will specifically focus on pre-foreclosure activities and certification requirements. Servicers may not refer any loan to foreclosure or conduct a scheduled foreclosure sale without first satisfying the "reasonable effort" solicitation standard and borrower communication requirements described in HAMP guidelines. In addition, within seven business days of a scheduled foreclosure sale, servicers must provide the foreclosure attorney or trustee with a written certification that the servicer has satisfied the requirements to solicit and evaluate eligible borrowers as defined by HAMP guidelines, and that all other available loss mitigation alternatives have been exhausted and a non-foreclosure outcome could not be reached.

These reviews will include:

- Processes for satisfying the "reasonable effort" standard and for ensuring that consideration of HAMP and borrower notifications are executed and appropriately documented; and
- Processes for completing consideration of HAMP and other foreclosure alternatives, as appropriate, prior to any foreclosure referral or foreclosure sale; and
- Processes for providing foreclosure attorneys or trustees with accurate and timely certifications prior to a scheduled foreclosure sale.

### IR2 Reporting and Data Integrity

Servicers are required to submit HAMP loan-level data to the Program Administrator's system of record (IR2), and that data is required to be accurate and consistent with source documentation. IR2 data is used to monitor and report on HAMP activity levels and to calculate servicer, borrower, and investor incentive payments. As stated in prior reports, reporting and data integrity controls will continue to be a focus. MHA-C has recently conducted preliminary data mapping exercises with the Program Administrator and will be assessing servicers' information technology (IT) controls over IR2 reporting over the coming months, with an emphasis on system interfaces and reconciliations of data between systems.

MHA-C will continue testing IR2 data against source documentation, including loan files, with particular attention on the data elements used in the establishment of borrower payments and the calculation of incentives. MHA-C will also review servicers' calculations for accuracy and consistency with HAMP guidelines.