*EXHIBIT 9*

## Report Highlights

## Nearly 700,000 Permanent Modifications Started

- Homeowners receiving permanent modifications have realized aggregate savings in monthly mortgage payments of **more than $6.3 billion**, program to date.
- Nearly **29,000 new permanent modifications** reported in April, in line with the six-month average.
- Borrowers in active permanent modifications **save a median of $526**, or 37% of their before-modification monthly housing payment.
- Servicers reported over **29,000 new trial modifications**, in line with the average for the past six months.
- Of trial modifications started since June 2010, **70% have been converted to permanent modifications**.
- Of trial modifications started since June 2010 that became permanent modifications, the **average length of a trial modification was 3.5 months**, down from 5.2 months for trials started before June 2010.

## New This Month: Servicer Assessments

- The Obama Administration sets a new industry benchmark for disclosure on assistance to homeowners with the release of detailed Servicer Assessments. Beginning with this report, Treasury is publishing quarterly assessments of performance by the 10 largest program participants.
- Going forward, Treasury hopes these assessments will also set the standard for transparency about mortgage servicer efforts to assist homeowners.
- For the first quarter of 2011, four servicers have been determined to need substantial improvement. Treasury is withholding financial incentives from three servicers.

## Inside:

**SUMMARY RESULTS:**

| | |
|---|---|
| Snapshot of MHA Programs | 2 |
| Characteristics of First Lien Modifications | 3 |
| HAMP Activity by State | 4 |
| HAMP Activity by MSA/ Homeowner Outreach | 5 |
| Aged Trials | 6 |

**SERVICER RESULTS:**

| | |
|---|---|
| Modification Activity by Servicer | 7 |
| Trial Length | 8 |
| Conversion Rate | 9 |
| Disposition of Homeowners Not in HAMP | 10-11 |
| Homeowner Experience | 12 |
| Modifications by Investor Type | 13 |

**SERVICER ASSESSMENT RESULTS:**

| | |
|---|---|
| Overview | 14-16 |
| Servicer Results | 17-36 |
| Description of Metrics | 37 |

**APPENDICES:**

| | |
|---|---|
| Participants in MHA Programs | 38-39 |

MAKING HOME AFFORDABLE℠

**Program Performance Report Through April 2011**

## HAMP Activity: First Lien Modifications

HAMP is designed to lower monthly mortgage payments to help struggling homeowners stay in their homes and prevent avoidable foreclosure.

| | | Total |
|---|---|---|
| **HAMP Eligibility** (As of Mar. 31, 2011) | Eligible Delinquent Loans[1] | 2,684,832 |
| | Eligible Delinquent Borrowers[2] | 1,095,151 |
| **Trial Modifications** | Trial Plan Offers Extended (Cumulative)[3] | 1,819,480 |
| | All Trials Started | 1,588,034 |
| | Trials Reported Since March 2011 Report[4] | 29,011 |
| | Trial Modifications Canceled (Cumulative) | 753,041 |
| | Active Trials | 135,940 |
| **Permanent Modifications** | All Permanent Modifications Started | 699,053 |
| | Permanent Modifications Reported Since March 2011 Report | 28,867 |
| | Permanent Modifications Canceled (Cumulative)[5] | 90,438 |
| | Active Permanent Modifications | 608,615 |

[1] Estimated eligible 60+ day delinquent loans as reported by servicers as of March 31, 2011, include conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated on or before January 1, 2009.

Estimated eligible 60+ day delinquent loans exclude:
- FHA and VA loans.
- loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.

[2] The estimated eligible 60+ day delinquent borrowers are those in HAMP-eligible loans, minus estimated exclusions of loans on vacant properties, loans with borrower debt-to-income ratio below 31%, loans that fail the NPV test, properties no longer owner-occupied, unemployed borrowers, manufactured housing loans with title/chattel issues that exclude them from HAMP, and loans where the investor pooling and servicing agreements preclude modification. Exclusions for DTI and NPV results are estimated using market analytics. Effective March 2011, estimate excludes borrowers disqualified from active HAMP trial and permanent modifications.

[3] As reported in the weekly servicer survey of large SPA servicers through April 28, 2011. Bank of America has restated number of trial offers extended from previous month.

[4] Servicers may enter new trial modifications into the HAMP system of record at anytime.

[5] A permanent modification is canceled when the borrower has missed three consecutive monthly payments. Includes 1,242 loans paid off.

*Note: Unless specified, exhibits in this report refer to HAMP first lien modification activity.*

## Second Lien Modification Program (2MP) Activity

The Second Lien Modification Program (2MP) provides assistance to homeowners in a first lien permanent modification who have an eligible second lien with a participating servicer.

| | |
|---|---|
| All Second Lien Modifications Started | 25,478 |

Note: Number of modifications is net of cancellations, which are primarily due to servicer data corrections.

## Home Affordable Foreclosure Alternatives (HAFA) Activity

The Home Affordable Foreclosure Alternatives Program (HAFA) offers incentives for homeowners looking to exit their homes through a short sale or deed in lieu of foreclosure.

| | |
|---|---|
| All HAFA Agreements Started[1] | 14,893 |
| HAFA Transactions Completed | 7,113 |

[1] Servicer agreement with homeowner for terms of potential short sale, which lasts at least 120 days; or agreement for a deed-in-lieu transaction. A short sale requires a third-party purchaser and cooperation of junior lienholders and mortgage insurers to complete the transaction. All HAFA Agreements Started include HAFA Transactions Completed.

## Treasury FHA-HAMP Modification Activity

The Treasury FHA-HAMP Program provides assistance to eligible homeowners with FHA-insured mortgages.

| | |
|---|---|
| All Treasury FHA-HAMP Trial Modifications Started | 4,261 |
| Treasury FHA-HAMP Permanent Modifications Started | 2,739 |

*See Appendix A2 for servicer participants in additional Making Home Affordable programs.*



2

# Making Home Affordable: Summary Results
**Program Performance Report Through April 2011**

## HAMP Trials Started



Source: HAMP system of record. Servicers may enter new trial modifications into the HAMP system of record at any time. For example, 29,011 trials have entered the HAMP system of record since the prior report; of those, 20,531 were trials with a first payment recorded in April 2011.

## Permanent Modifications Started (Cumulative)



Source: HAMP system of record.

## Homeowner Benefits and Modification Characteristics

- Aggregate savings to homeowners who received HAMP first lien permanent modifications are estimated to total **more than $6.3 billion**, program to date, compared with unmodified mortgage obligations.

- The median monthly savings for borrowers in active permanent first lien modifications is $526.06, or **37% of the median monthly payment** before modification.

- Of trial modifications started, **79% of homeowners were at least 60 days delinquent at trial start**. The rest were up to 59 days delinquent or current and in imminent default.

- The **primary hardship reasons** for homeowners in active permanent modifications are:
  - 60.7% experienced loss of income (curtailment of income or unemployment)
  - 11.4% reported excessive obligation
  - 2.8% reported an illness of the principal borrower

- Active permanent modifications feature the following **modification steps**:
  - 100% feature interest rate reductions
  - 59.5% offer term extension
  - 30.5% include principal forbearance

### Select Median Characteristics of Active Permanent Modifications

| Loan Characteristic | Before Modification | After Modification | Median Decrease |
|---|---|---|---|
| Front-End Debt-to-Income Ratio[1] | 45.3% | 31.0% | -14.3 pct pts |
| Back-End Debt-to-Income Ratio[2] | 78.9% | 62.1% | -14.7 pct pts |
| Median Monthly Housing Payment[3] | $1,430.35 | $832.98 | -$526.06 |

[1] Ratio of housing expenses (principal, interest, taxes, insurance and homeowners association and/or condo fees) to monthly gross income.
[2] Ratio of total monthly debt payments (including mortgage principal and interest, taxes, insurance, homeowners association and/or condo fees, plus payments on installment debts, junior liens, alimony, car lease payments and investment property payments) to monthly gross income. Borrowers who have a back-end debt-to-income ratio of greater than 55% are required to seek housing counseling under program guidelines.
[3] Principal and interest payment.



**Program Performance Report Through April 2011**

## HAMP Activity by State

| State | Active Trials | Permanent Modifications | State Total[1] | % of U.S. HAMP Activity | State | Active Trials | Permanent Modifications | State Total[1] | % of U.S. HAMP Activity |
|---|---|---|---|---|---|---|---|---|---|
| AK | 51 | 261 | 312 | 0.0% | MT | 172 | 665 | 837 | 0.1% |
| AL | 869 | 3,496 | 4,365 | 0.6% | NC | 2,330 | 11,190 | 13,520 | 1.8% |
| AR | 305 | 1,319 | 1,624 | 0.2% | ND | 20 | 104 | 124 | 0.0% |
| AZ | 4,947 | 28,638 | 33,585 | 4.5% | NE | 208 | 826 | 1,034 | 0.1% |
| CA | 32,860 | 145,599 | 178,459 | 24.0% | NH | 585 | 2,826 | 3,411 | 0.5% |
| CO | 1,619 | 8,464 | 10,083 | 1.4% | NJ | 4,361 | 19,591 | 23,952 | 3.2% |
| CT | 1,592 | 7,703 | 9,295 | 1.2% | NM | 478 | 1,936 | 2,414 | 0.3% |
| DC | 207 | 1,046 | 1,253 | 0.2% | NV | 3,411 | 15,676 | 19,087 | 2.6% |
| DE | 434 | 1,884 | 2,318 | 0.3% | NY | 6,737 | 27,513 | 34,250 | 4.6% |
| FL | 17,711 | 71,953 | 89,664 | 12.0% | OH | 3,080 | 13,626 | 16,706 | 2.2% |
| GA | 5,130 | 22,155 | 27,285 | 3.7% | OK | 368 | 1,395 | 1,763 | 0.2% |
| HI | 513 | 2,335 | 2,848 | 0.4% | OR | 1,445 | 6,628 | 8,073 | 1.1% |
| IA | 364 | 1,545 | 1,909 | 0.3% | PA | 2,826 | 12,675 | 15,501 | 2.1% |
| ID | 528 | 2,307 | 2,835 | 0.4% | RI | 673 | 3,203 | 3,876 | 0.5% |
| IL | 7,155 | 32,779 | 39,934 | 5.4% | SC | 1,270 | 5,758 | 7,028 | 0.9% |
| IN | 1,346 | 5,957 | 7,303 | 1.0% | SD | 43 | 237 | 280 | 0.0% |
| KS | 357 | 1,438 | 1,795 | 0.2% | TN | 1,486 | 6,235 | 7,721 | 1.0% |
| KY | 542 | 2,305 | 2,847 | 0.4% | TX | 4,080 | 15,637 | 19,717 | 2.6% |
| LA | 919 | 3,217 | 4,136 | 0.6% | UT | 1,155 | 5,750 | 6,905 | 0.9% |
| MA | 3,078 | 15,303 | 18,381 | 2.5% | VA | 2,908 | 14,932 | 17,840 | 2.4% |
| MD | 4,049 | 19,674 | 23,723 | 3.2% | VT | 115 | 498 | 613 | 0.1% |
| ME | 398 | 1,678 | 2,076 | 0.3% | WA | 2,852 | 11,889 | 14,741 | 2.0% |
| MI | 4,110 | 20,217 | 24,327 | 3.3% | WI | 1,370 | 5,985 | 7,355 | 1.0% |
| MN | 1,966 | 10,889 | 12,855 | 1.7% | WV | 172 | 929 | 1,101 | 0.1% |
| MO | 1,445 | 6,415 | 7,860 | 1.1% | WY | 54 | 317 | 371 | 0.0% |
| MS | 500 | 2,368 | 2,868 | 0.4% | Other[2] | 746 | 1,649 | 2,395 | 0.3% |

[1] Total reflects active trials and active permanent modifications.
[2] Includes Guam, Puerto Rico and the U.S. Virgin Islands.

## Modification Activity by State



Note: Includes active trial and permanent modifications from the official HAMP system of record.

**HAMP Modifications**
- 5,000 and lower
- 5,001 – 10,000
- 10,001 – 20,000
- 20,001 – 35,000
- 35,001 and higher

## Mortgage Delinquency Rates by State



Source: 1st Quarter 2011 National Delinquency Survey, Mortgage Bankers Association.

**60+ Day Delinquency Rate**
- 5.0% and lower
- 5.01% - 10.0%
- 10.01% - 15.0%
- 15.01% - 20.0%
- 20.01% and higher

MAKING HOME AFFORDABLE

**Program Performance Report Through April 2011**

## 15 Metropolitan Areas With Highest HAMP Activity

| Metropolitan Statistical Area | Active Trials | Permanent Modifications | Total MSA HAMP Activity | % of U.S. HAMP Activity |
|---|---|---|---|---|
| Los Angeles-Long Beach-Santa Ana, CA | 9,838 | 42,493 | 52,331 | 7.0% |
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 8,600 | 37,374 | 45,974 | 6.2% |
| Riverside-San Bernardino-Ontario, CA | 6,619 | 32,109 | 38,728 | 5.2% |
| Chicago-Joliet-Naperville, IL-IN-WI MSA | 6,870 | 31,724 | 38,594 | 5.2% |
| Miami-Fort Lauderdale-Pompano Beach, FL | 7,511 | 28,766 | 36,277 | 4.9% |
| Phoenix-Mesa-Glendale, AZ MSA | 3,879 | 23,536 | 27,415 | 3.7% |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 3,944 | 21,125 | 25,069 | 3.4% |
| Atlanta-Sandy Springs-Marietta, GA | 4,109 | 17,891 | 22,000 | 3.0% |
| Las Vegas-Paradise, NV | 2,873 | 12,852 | 15,725 | 2.1% |
| Detroit-Warren-Livonia, MI | 2,488 | 12,244 | 14,732 | 2.0% |
| San Francisco-Oakland-Fremont, CA | 2,870 | 11,390 | 14,260 | 1.9% |
| Orlando-Kissimmee-Sanford, FL MSA | 2,601 | 11,419 | 14,020 | 1.9% |
| Boston-Cambridge-Quincy, MA-NH | 2,169 | 10,963 | 13,132 | 1.8% |
| San Diego-Carlsbad-San Marcos, CA | 2,304 | 10,411 | 12,715 | 1.7% |
| Sacramento-Arden-Arcade-Roseville, CA | 2,336 | 10,336 | 12,672 | 1.7% |

Note: Total reflects active trials and active permanent modifications.

A complete list of HAMP activity for all metropolitan areas is available at
*http://www.treasury.gov/initiatives/financial-stability/results/MHA-Reports/*

## Call Center Volume

|  | Program to Date | April |
|---|---|---|
| Total Number of Calls Taken at 1-888-995-HOPE | 2,204,638 | 68,217 |
| Borrowers Receiving Free Housing Counseling Assistance Through the Homeowner's HOPE™ Hotline | 1,053,685 | 32,915 |

Source: Homeowner's HOPE™ Hotline.

## Selected Homeowner Outreach Measures

| | |
|---|---|
| Homeowner Outreach Events Hosted Nationally by Treasury and Partners (cumulative) | 53 |
| Homeowners Attending Treasury-Sponsored Events (cumulative) | 52,817 |
| Servicer Solicitation of Borrowers (cumulative)[1] | 7,341,705 |
| Page views on MakingHomeAffordable.gov (April 2011) | 2,181,472 |
| Page views on MakingHomeAffordable.gov (cumulative) | 117,607,802 |

[1] Source: Survey data provided by SPA services. Servicers are encouraged by HAMP to solicit information from borrowers 60+ days delinquent, regardless of eligibility for a HAMP modification.
Note: Bank of America, NA, has restated solicitation numbers from previous month.

MAKING HOME AFFORDABLE

**Aged Trials[1]**



The number of active trials lasting 6 months or longer has fallen to below 25,400.

Program guidance directs servicers to cancel or convert trial modifications after three or four monthly payments, depending on circumstances.

**Trials Lasting 6 Months or Longer At End of Month**

[1] Active trials initiated at least six months ago. See page 7 for number of aged trials by servicer. These figures include trial modifications that have been converted to permanent modifications by the servicer and are pending reporting to the HAMP system of record plus some portion which may be canceled.

MAKING HOME AFFORDABLE

**Program Performance Report Through April 2011**

## HAMP Modification Activity by Servicer

| Servicer | As of March 31, 2011 | Cumulative | | | As of April 30, 2011 | | | |
|---|---|---|---|---|---|---|---|---|
| | Estimated Eligible 60+ Day Delinquent Borrowers[1] | Trial Plan Offers Extended[2] | All HAMP Trials Started[3] | All HAMP Permanent Modifications Started[3] | Trial Modifications Reported Since March 2011 Report[3] | Active Trial Modifications[3] | Active Trial Modifications Lasting 6 Months or Longer[4] | Active Permanent Modifications[3] |
| American Home Mortgage Servicing Inc. | 42,190 | 35,443 | 32,206 | 24,739 | 609 | 3,183 | 812 | 21,709 |
| Bank of America, NA[5] | 283,445 | 488,979 | 386,308 | 127,554 | 7,724 | 45,809 | 9,695 | 109,827 |
| CitiMortgage, Inc. | 71,845 | 176,545 | 130,438 | 50,980 | 893 | 5,811 | 1,544 | 45,459 |
| GMAC Mortgage, LLC | 30,381 | 72,901 | 60,569 | 43,051 | 1,092 | 3,512 | 82 | 37,580 |
| J.P. Morgan Chase Bank, NA[6] | 160,406 | 306,693 | 247,686 | 95,440 | 5,843 | 25,454 | 2,463 | 79,516 |
| Litton Loan Servicing LP | 36,369 | 41,701 | 36,846 | 11,187 | 735 | 2,297 | 166 | 9,205 |
| Ocwen Loan Servicing, LLC | 36,243 | 47,219 | 44,145 | 33,075 | 903 | 4,484 | 1,016 | 26,632 |
| OneWest Bank | 32,490 | 68,564 | 51,501 | 27,284 | 968 | 3,353 | 254 | 24,482 |
| Select Portfolio Servicing | 8,251 | 67,381 | 41,480 | 21,636 | 283 | 1,283 | 99 | 18,492 |
| Wells Fargo Bank, NA[7] | 137,218 | 311,911 | 226,702 | 96,086 | 3,650 | 12,816 | 1,790 | 86,235 |
| Other SPA Servicers[8] | 102,039 | 202,143 | 205,669 | 97,459 | 3,376 | 11,825 | 2,247 | 86,383 |
| Other GSE Servicers[9] | 154,274 | NA | 124,484 | 70,562 | 2,935 | 16,113 | 5,222 | 63,095 |
| **Total** | **1,095,151** | **1,819,480** | **1,588,034** | **699,053** | **29,011** | **135,940** | **25,390** | **608,615** |

[1] Estimated eligible 60+ day delinquent borrowers as reported by servicers as of March 31, 2011, include those in conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated on or before January 1, 2009.

Estimated eligible 60+ day delinquent borrowers excludes:
- Those in FHA and VA loans.
- Those in loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.
- Those borrowers with debt-to-income ratios less than 31% or a negative NPV test.

- Owners of vacant properties or properties otherwise excluded.
- HAMP Trials and Permanent Modifications disqualified from HAMP (exclusion effective March 2011).
- Unemployed borrowers.

Exclusions for DTI and NPV are estimated using market analytics.
[2] As reported in the weekly servicer survey of large SPA servicers through April 28, 2011. Bank of America has restated number of trial offers extended from previous month.
[3] As reported into the HAMP system of record by servicers. Excludes FHA-HAMP modifications. Subject to adjustment based on servicer reconciliation of historic loan files. Totals reflect impact of servicing transfers. Servicers may enter new trial modifications into the HAMP system of record at any time.
[4] These figures include trial modifications that have been converted to permanent modifications by the servicer and are pending reporting to permanent modifications by the servicer and are pending reporting to the HAMP system of record.

[5] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[6] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[7] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
[8] Other SPA servicers are entities excluding the 10 largest servicers, by cap amount, that have signed participation agreements with Treasury and Fannie Mae. A full list of participating servicers is in Appendix A. New trials reported since March includes the impact of consolidating some servicers that were itemized in the March report.
[9] Includes servicers of loans owned or guaranteed by Fannie Mae and Freddie Mac. Includes GSE loans transferred from SPA servicers.

7



**Program Performance Report Through April 2011**

## Length of Trial Upon Conversion[1]



> Servicers are directed to cancel or convert trial modifications after three or four monthly payments, depending on circumstances.

Legend: Trials Started Before 6/1/10 ▮ Trials Started On/After 6/1/10 ▮ Before 6/1/10 Average (5.2) ⋯ On/After 6/1/10 Average (3.5) ▬·

Data labels: Am. Home Servicing 3.0; Bank of America 3.3; CitiMortgage 3.5; GMAC 3.3; JP Morgan Chase 4.8; Litton 3.0; Ocwen 3.0; OneWest 3.7; SPS 3.2; Wells Fargo 3.5; Other GSE servicers 3.3; Other SPA Servicers 3.2

[1] For all permanent modifications started.
Note: Per program guidelines, effective June 1, 2010 all trials must be started using verified income. Prior to June 1, some servicers initiated trials using stated income information.

**Making Home Affordable – Program Performance Report Through April 2011**

**Program Performance Report Through April 2011**

## Conversion Rate[1]



**Of Trials Started Before 6/1/10:**
**42%** Converted to Permanent Modification
**1%** Pending Processing or Decision

**Of Eligible Trials Started On/After 6/1/10:**
**70%** Converted to Permanent Modification
**22%** Pending Processing or Decision

Following the implementation of verified income documentation in June 2010, rates of converting trial modifications into permanent modifications have risen.

Note: Per program guidelines, effective June 1, 2010 all trials must be started using verified income. Prior to June 1, some servicers initiated trials using stated income information.

[1] As measured against trials eligible to convert – those three months in trial, or four months if the borrower was at risk of imminent default at trial modification start. Permanent modifications transferred among servicers are credited to the originating servicer. Trial modifications transferred are reflected in the current servicer's population.

MAKING HOME AFFORDABLE

9

## Disposition Path
### Homeowners in Canceled HAMP Trial Modifications
### Survey Data Through March 2011 (10 Largest Servicers)

**Homeowners Whose HAMP Trial Modification Was Canceled Who Are in the Process of:**

| Servicer | Action Pending[1] | Action Not Allowed – Bankruptcy in Process | Borrower Current | Alternative Modification | Payment Plan[2] | Loan Payoff | Short Sale/ Deed-in-Lieu | Foreclosure Starts | Foreclosure Completions | Total (As of March 2011) |
|---|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc. | 431 | 64 | 165 | 2,237 | 31 | 115 | 223 | 546 | 67 | 3,879 |
| Bank of America, NA[3] | 43,395 | 6,408 | 29,114 | 71,745 | 475 | 3,347 | 14,661 | 31,844 | 7,076 | 208,065 |
| CitiMortgage Inc. | 17,140 | 3,718 | 5,656 | 29,450 | 1,008 | 1,480 | 1,767 | 9,631 | 2,091 | 71,941 |
| GMAC Mortgage, LLC | 1,640 | 440 | 1,113 | 5,941 | 217 | 364 | 863 | 1,676 | 1,326 | 13,580 |
| JP Morgan Chase Bank NA[4] | 8,230 | 803 | 4,185 | 58,227 | 531 | 4,475 | 6,045 | 22,964 | 10,529 | 115,989 |
| Litton Loan Servicing LP | 1,853 | 577 | 1,869 | 13,454 | 273 | 157 | 1,211 | 1,502 | 804 | 21,700 |
| Ocwen Loan Servicing, LLC | 387 | 108 | 377 | 2,474 | 383 | 32 | 301 | 1,698 | 530 | 6,290 |
| OneWest Bank | 612 | 859 | 645 | 10,148 | 369 | 26 | 993 | 3,998 | 3,131 | 20,781 |
| Select Portfolio Servicing | 1,428 | 520 | 1,485 | 5,657 | 414 | 959 | 631 | 2,098 | 2,551 | 15,743 |
| Wells Fargo Bank NA[5] | 1,823 | 760 | 13,481 | 58,539 | 983 | 10,376 | 4,353 | 17,222 | 11,142 | 118,679 |
| **TOTAL (These 10 Largest Servicers)** | **76,939 12.9%** | **14,257 2.4%** | **58,090 9.7%** | **257,872 43.2%** | **4,684 0.8%** | **21,331 3.6%** | **31,048 5.2%** | **93,179 15.6%** | **39,247 6.6%** | **596,647 100.0%** |

**The most common causes of trial cancellations from all servicers are:**
- Insufficient documentation
- Trial plan payment default
- Ineligible borrower: first lien housing expense is already below 31% of household income

Note: Data is as reported by servicers for actions completed through March 31, 2011. Survey data is not subject to the same data quality checks as data uploaded into the HAMP system of record.
[1] Trial loans that have been canceled, but no further action has yet been taken.
[2] An arrangement with the borrower and servicer that does not involve a formal loan modification.
[3] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[4] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[5] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
Note: Excludes cancellations pending data corrections and loans otherwise removed from servicing portfolios.



| | | | | **Disposition Path**<br>**Homeowners Not Accepted for HAMP Trial Modifications**<br>**Survey Data Through March 2011 (10 Largest Servicers)** | | | | | | |

**Homeowners Not Accepted for a HAMP Trial Modification Who Are in the Process of:**

| Servicer | Action Pending[1] | Action Not Allowed – Bankruptcy in Process | Borrower Current | Alternative Modification | Payment Plan[2] | Loan Payoff | Short Sale/ Deed-in-Lieu | Foreclosure Starts | Foreclosure Completions | Total (As of March 2011) |
|---|---|---|---|---|---|---|---|---|---|---|
| **American Home Mortgage Servicing Inc.** | 1,319 | 758 | 6,136 | 24,488 | 680 | 725 | 1,337 | 5,126 | 830 | 41,399 |
| **Bank of America, NA[3]** | 37,259 | 6,919 | 69,968 | 66,672 | 1,460 | 3,777 | 29,543 | 54,897 | 19,218 | 289,713 |
| **CitiMortgage Inc.** | 22,016 | 8,079 | 23,181 | 27,441 | 5,504 | 13,085 | 1,859 | 7,759 | 5,787 | 114,711 |
| **GMAC Mortgage, LLC** | 23,436 | 6,650 | 36,764 | 41,115 | 4,234 | 3,140 | 7,422 | 20,572 | 12,393 | 155,726 |
| **JP Morgan Chase Bank NA[4]** | 77,269 | 4,542 | 88,997 | 118,608 | 1,583 | 38,996 | 17,731 | 51,057 | 15,017 | 413,800 |
| **Litton Loan Servicing LP** | 6,312 | 3,270 | 9,685 | 20,051 | 1,022 | 650 | 4,129 | 5,889 | 3,727 | 54,735 |
| **Ocwen Loan Servicing, LLC** | 8,000 | 1,972 | 18,551 | 32,056 | 7,260 | 1,547 | 5,222 | 16,362 | 6,156 | 97,126 |
| **OneWest Bank** | 5,290 | 3,187 | 25,228 | 11,709 | 2,310 | 975 | 3,270 | 13,569 | 7,291 | 72,829 |
| **Select Portfolio Servicing** | 2,405 | 331 | 2,676 | 3,497 | 371 | 417 | 444 | 1,638 | 1,095 | 12,874 |
| **Wells Fargo Bank NA[5]** | 14,320 | 4,229 | 44,548 | 56,702 | 1,910 | 13,053 | 12,038 | 17,768 | 13,941 | 178,509 |
| **TOTAL (These 10 Largest Servicers)** | **197,626** **13.8%** | **39,937** **2.8%** | **325,734** **22.8%** | **402,339** **28.1%** | **26,334** **1.8%** | **76,365** **5.3%** | **82,995** **5.8%** | **194,637** **13.6%** | **85,455** **6.0%** | **1,431,422** **100.0%** |

**The most common causes of trials not accepted from all servicers are:**

- Insufficient documentation
- Ineligible borrower: first lien housing expense is already below 31% of household income
- Ineligible mortgage

Note: Data is as reported by servicers for actions completed through March 31, 2011. Survey data is not subject to the same data quality checks as data uploaded into the HAMP system of record.
[1] Homeowners who were not approved for a HAMP trial modification, but no further action has yet been taken.
[2] An arrangement with the borrower and servicer that does not involve a formal loan modification.
[3] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[4] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[5] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.
Note: Excludes loans removed from servicing portfolios.



## Homeowner Experience (10 Largest Servicers)

### Average Speed to Answer Homeowner Calls (March)



Average Speed to Answer Calls to Homeowner's HOPE™ Hotline for March: 13.3 Seconds

Source: Survey data through March 31, 2011 from servicers on call volume to loss mitigation lines; Homeowner's HOPE™ Hotline.

### Servicer Complaint Rate to Homeowner's HOPE™ Hotline (Program to Date, Through April)

Program to date, there have been 1,084,223 calls to the Homeowner's HOPE™ Hotline regarding a specific SPA servicer, of which 6.6% included complaints. Below shows specific complaint rates.



Program to Date Average: 6.6%

| Complaints (PTD): | 1,969 | 24,033 | 6,015 | 2,820 | 14,325 | 1,504 | 2,026 | 233 | 566 | 9,373 |

Source: Homeowner's HOPE™ Hotline.
Note: Complaint rate is the share of a specific servicer's call volume that are complaints (e.g., for all calls about OneWest, 10.4% included complaints.)

### Call Abandon Rate (March)

Homeowner's HOPE™ Hotline Average Call Abandon Rate for March: 2.1%

Source: Survey data through March 31, 2011, from servicers on call volume to loss mitigation lines; Homeowner's HOPE™ Hotline.

### Servicer Time to Resolve Third-Party Escalations (Program to Date, Through April)



Target: 30 Calendar Days

| Resolved: Cases (PTD) | 436 | 5,535 | 1,118 | 785 | 3,259 | 557 | 577 | 791 | 183 | 2,836 |

Source: HAMP Solutions Center. Target of 30 calendar days, effective Feb. 1, 2011, includes an estimated 5 days of processing by HAMP Solutions Center.

12

## Modifications by Investor Type (Large Servicers)

| Servicer | GSE | Private | Portfolio | Total Active Modifications |
|---|---|---|---|---|
| American Home Mortgage Servicing Inc. | 1,299 | 23,590 | 3 | 24,892 |
| Bank of America, NA[1] | 91,283 | 55,510 | 8,843 | 155,636 |
| CitiMortgage, Inc. | 30,013 | 4,517 | 16,740 | 51,270 |
| GMAC Mortgage, LLC | 23,800 | 6,042 | 11,250 | 41,092 |
| JP Morgan Chase NA[2] | 48,123 | 38,574 | 18,273 | 104,970 |
| Litton Loan Servicing LP | 87 | 11,404 | 11 | 11,502 |
| Ocwen Loan Servicing, LLC | 7,145 | 23,835 | 136 | 31,116 |
| OneWest Bank | 13,279 | 12,423 | 2,133 | 27,835 |
| Select Portfolio Servicing | 510 | 16,750 | 2,515 | 19,775 |
| Wells Fargo Bank, NA [3] | 48,380 | 14,029 | 36,642 | 99,051 |
| Other HAMP Servicers | 130,388 | 32,942 | 14,086 | 177,416 |
| **Total** | **394,307** | **239,616** | **110,632** | **744,555** |

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.

Note: Figures reflect active trials and active permanent modifications.

MAKING HOME AFFORDABLE

MHA Servicer Assessment Document 69-9    Filed 08/08/11    Page 15 of 40

## Background

Since the Making Home Affordable Program's (MHA) inception in the spring of 2009, Treasury has monitored the performance of participating mortgage servicers. Treasury has been publicly reporting information about servicer performance through two types of data: compliance data, which reflects servicer compliance with specific MHA guidelines; and program results data, which reflects how timely and effectively servicers assist eligible homeowners and report program activity.

When MHA began, most servicers did not have the staff, procedures, or systems in place to respond to the volume of homeowners struggling to pay their mortgages, or to respond to the housing crisis generally. Very few mortgage modifications were even occurring. Treasury sought to get servicers to join MHA and to improve their operations quickly, so as to implement a national mortgage modification program.

Through ongoing compliance reviews, Treasury has required participating servicers to take specific actions to improve their servicing processes. While the servicers have improved their performance, they still have more progress to make. Toward that end, Treasury is publishing servicer assessments for each of the 10 largest servicers participating in MHA. Not only will the assessments provide more transparency to the public about servicer performance in the program, but the assessments are also intended to encourage servicers to correct identified instances of non-compliance.

Servicer participation in MHA is voluntary, based on a contract with Treasury. Although Treasury does not regulate these institutions and does not have the authority to impose fines or penalties, Treasury can, pursuant to the contract, take certain remedial actions against servicers not in compliance with MHA guidelines. Such remedial actions include requiring servicers to correct identified instances of non-compliance, as noted above. In addition, Treasury can implement financial remedies such as withholding incentive payments owed to servicers. Such incentive payments, which are the only payments Treasury makes for the benefit of servicers under the program, include payments for every successful permanent modification under the

Home Affordable Modification Program, and payments for completed short sale/deed-in-lieu pursuant to the Home Affordable Foreclosure Alternative Program.

It is important to note that Treasury's compliance work related to MHA applies only to those servicers that have agreed to participate in MHA for mortgage loans that are not owned or guaranteed by Fannie Mae or Freddie Mac (Government Sponsored Enterprises, or GSEs). Treasury cannot and does not perform compliance reviews of (1) mortgage loans or activities that fall outside of MHA, (2) GSE loans or (3) those loans insured through the Federal Housing Administration. For each servicer, the loans that are eligible for MHA represent only a portion of that servicer's overall mortgage servicing operation.

Treasury's foremost goal is to assist struggling homeowners who may be eligible for MHA. These servicer assessments set a new benchmark for providing detailed information about how mortgage servicers are performing against key metrics. But, in addition to this direct effect, MHA has had an important indirect effect on the market as well. MHA has established standards that have improved mortgage modifications across the industry, and has led to important changes in the way mortgage servicers assist struggling homeowners generally. These changes include standards for how mortgage modifications should be designed so that they are sustainable, standards for communications with homeowners so that the process is as efficient and as understandable as possible, and a variety of standards for protecting homeowners, such as prohibitions on "dual tracking" – simultaneously evaluating a homeowner for a modification while proceeding to foreclose. Going forward, Treasury hopes these assessments will also set the standard for transparency about mortgage servicer efforts to assist homeowners.

Below are general descriptions of the data, the evaluation process, and the consequences for servicers needing improvement.

*(Continued on next page)*

MAKING HOME AFFORDABLE

## The Performance Data: Compliance and Program Results

Freddie Mac, acting as Treasury's compliance agent for MHA, has created a separate division known as Making Home Affordable–Compliance (MHA-C) to evaluate servicer performance through audits of program compliance. MHA-C tests and evaluates a range of servicer activities for compliance with MHA guidelines. Once MHA-C's reviews are complete, MHA-C shares its results with the servicers and identifies areas that need remediation. Each compliance activity tested falls into one of three overall compliance categories – Identifying and Contacting Homeowners, Homeowner Evaluation and Assistance, and Program Management, Reporting and Governance. The compliance results shared with the servicers are then used to generate the servicer assessments.

The assessments highlight particular compliance activities tested by MHA-C that had significant impact on homeowners and include for those highlighted activities a one-star, two-star, or three-star rating for the most recent evaluations. One star means the servicer did not meet Treasury's benchmark required for that particular activity, and the servicer needs substantial improvement in its performance of that activity. Two stars mean the servicer did not meet Treasury's benchmark required for that particular activity, and the servicer needs moderate improvement in its performance of that activity. Three stars mean the servicer met Treasury's benchmark required for that particular activity, but the servicer may nonetheless need minor improvement in its performance of that activity.

Although the compliance reviews emphasize objective measurements and observed facts, compliance reviews still involve a certain level of judgment. Compliance reviews are also retrospective in nature – looking backward, not forward, which means that activities identified as needing improvement in a given quarter may already be under remediation by the servicer. In addition, not every compliance activity is evaluated every quarter, which means that a rating from one quarter might carry forward to the subsequent quarter's assessment if that activity was not retested in that subsequent quarter. Finally, the compliance reviews use "sampling" as a testing methodology. Sampling, an industry-accepted auditing technique, looks at a subset of a particular population of activity transactions, rather than the entirety of the population of activity transactions, to extrapolate a servicer's overall performance in that particular activity.

In addition to the ratings for compliance data, the assessments also include program results metrics. Fannie Mae, acting as Treasury's program administrator for MHA, collects servicer data used to measure program results. These metrics are key indicators of how timely and effectively servicers assist eligible homeowners under MHA guidelines and report program data. Although the servicers are not given an overall rating for this data, the results metrics nonetheless compare a servicer's performance for a given quarter against the "best" and "worst" performing servicer of the 10 largest servicers participating in the program. The results metrics provide a snapshot of how each of those servicers compares in specific areas under MHA.

## The Determination Process: Results of the Data

Treasury reviews the compliance data and ratings, the program results metrics, and other relevant factors affecting servicer performance in determining whether a servicer needs substantial improvement, moderate improvement, or minor improvement to its performance under MHA guidelines. The assessments summarize the significant factors impacting those decisions. Based on those assessments, Treasury takes remedial action against servicers. Page 16 summarizes the overall level of improvement needed for each servicer.

## Consequences for Servicers

For servicers in need of substantial improvement, Treasury will, absent extenuating circumstances, withhold financial incentives owed to those servicers until they make certain identified improvements. In certain cases, particularly where there is a failure to correct identified problems within a reasonable time, Treasury may permanently reduce the financial incentives. Servicers in need of moderate improvement will be subject to withholding in the future if they fail to make certain identified improvements. All withholdings apply only to incentives owed to servicers for their participation in MHA; these withholdings do not apply to incentives paid to servicers for the benefit of homeowners or investors.

## Additional Information

See the "Metrics Description" on page 37 for a description of each of the compliance and results metrics presented in the assessments. For more information on the assessments, please visit: www.FinancialStability.gov.

MAKING HOME AFFORDABLE

## Servicer Assessment Results

The following table details the results of the Servicer Assessments, based on compliance and program results:

| Improvement Needed | Servicer Name |
|---|---|
| **Substantial** | Bank of America, NA<br>J.P. Morgan Chase Bank, NA<br>Ocwen Loan Servicing, LLC<br>Wells Fargo Bank, NA |
| **Moderate** | American Home Mortgage Servicing, Inc.<br>CitiMortgage, Inc.<br>GMAC Mortgage, LLC<br>Litton Loan Servicing LP<br>OneWest Bank<br>Select Portfolio Servicing |

Beginning this month, Treasury will withhold servicer incentives owed to three of the four servicers requiring **substantial improvement** until those servicers make certain identified improvements.[1]

For those servicers requiring **moderate improvement**, Treasury is not withholding servicer incentives for this quarter.  However, those servicers that fail to improve those areas identified will be subject to servicer incentive withholding in the future.

No servicer has been identified as needing only **minor improvement** for this quarter.

Please refer to the following MHA Servicer Assessment pages for further detail on the First Quarter 2011 servicer assessment results.

[1] Treasury will not withhold servicer incentives owed to Ocwen Loan Servicing, LLC for this quarter. Because Ocwen's compliance results for the first quarter 2011 were substantially and negatively affected by its acquisition of a large servicing portfolio during the compliance testing period, Treasury determined that withholding servicer incentives was not warranted for this quarter.  Treasury will withhold servicer incentives from Ocwen if future compliance results do not indicate improvements.

16

MAKING HOME AFFORDABLE

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| | Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|---|
| 1 | **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 1.0% | ✷✷✷ |
| | | ■ Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 5.3% | ✷✷✷ |
| | | ■ Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷[1] |
| 2 | **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 14.0% | ✷ |
| | | ■ Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷[1] |
| 3 | **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 4.0% | ✷✷✷ |
| | | ■ Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷[1] |

*1 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ✷✷✷ | Met benchmark; minor improvement may be indicated |
| ✷✷ | Did not meet benchmark; moderate improvement needed |
| ✷ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **American Home Mortgage Servicing Inc.** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, American Home Mortgage Servicing Inc. **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if American Home Mortgage Servicing Inc. fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE

**Program Results**



**Aged Trials as a Percentage of Active Trials**

- Best Servicer Performance: 2% / 2%
- American Home Mortgage Servicing Inc.: 31% / 27%
- Worst Servicer Performance: 49% / 29%

**Conversion Rate for Trials Started On or After 6/1/2010**

- Best Servicer Performance: 78% / 84%
- American Home Mortgage Servicing Inc.: 59% / 78%
- Worst Servicer Performance: 26% / 54%

**Results as of:**
- Dec. 2010
- March 2011

**Average Calendar Days to Resolve Escalated Cases**

- Best Servicer Performance: 24 / 19
- American Home Mortgage Servicing Inc.: 38 / 41
- Worst Servicer Performance: 46 / 58

**Missing Modification Status Reports (%)**

- Best Servicer Performance: 0.0% / 0.0%
- American Home Mortgage Servicing Inc.: 0.1% / 0.6%
- Worst Servicer Performance: 19.1% / 3.9%

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

MAKING HOME AFFORDABLE

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

|  | | | | *First Quarter 2011* | |
|---|---|---|---|---|---|
| | *Performance Category* | *Metric* | *Benchmark* | *Servicer Result* | *Rating* |
| **1** | **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 1.5% | ★★★ |
| | | ■ Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 18.8% | ★ |
| | | ■ Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★ |
| **2** | **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 22.0% | ★[1] |
| | | ■ Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★ |
| **3** | **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 11.5% | ★[1] |
| | | ■ Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★ |

*1 - Rating carried forward from prior quarter*

| **Rating Legend** | |
|---|---|
| ★★★ | Met benchmark; minor improvement may be indicated |
| ★★ | Did not meet benchmark; moderate improvement needed |
| ★ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **Bank of America, NA** has areas requiring **substantial improvement**.

❖ After considering all relevant factors, Bank of America, NA **servicer incentives will be withheld** at this time.

❖ Permanent reductions of incentives may commence in subsequent quarters if Bank of America, NA fails to demonstrate improvement.

MAKING HOME AFFORDABLE℠



### Aged Trials as a Percentage of Active Trials

### Conversion Rate for Trials Started On or After 6/1/2010

### Average Calendar Days to Resolve Escalated Cases

### Missing Modification Status Reports (%)

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

20

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|
| **①** **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 2.0% | ✱✱✱ |
| | ■ Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 13.3% | ✱✱ |
| | ■ Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱ |
| **②** **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 10.0% | ✱✱ |
| | ■ Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱ |
| **③** **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 9.3% | ✱✱ |
| | ■ Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱ |

| Rating Legend | |
|---|---|
| ✱✱✱ | Met benchmark; minor improvement may be indicated |
| ✱✱ | Did not meet benchmark; moderate improvement needed |
| ✱ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **CitiMortgage, Inc.** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, CitiMortgage, Inc. **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if CitiMortgage, Inc. fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE℠



### Aged Trials as a Percentage of Active Trials

### Conversion Rate for Trials Started On or After 6/1/2010

**Results as of:**
Dec. 2010
March 2011

### Average Calendar Days to Resolve Escalated Cases

### Missing Modification Status Reports (%)

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

MAKING HOME AFFORDABLE

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|
| **①** Identifying and Contacting Homeowners<br>Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree<br>Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 4.7% | ✶✶ |
| | ■ Second Look % Unable to Determine<br>Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 8.3% | ✶✶✶ |
| | ■ Internal Controls for Identifying and Contacting Homeowners<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶[1] |
| **②** Homeowner Evaluation and Assistance<br>Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error %<br>Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 6.0% | ✶✶ |
| | ■ Internal Controls for Homeowner Evaluation and Assistance<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶[1] |
| **③** Program Management, Reporting, and Governance<br>Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors<br>Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 7.6% | ✶✶ |
| | ■ Internal Controls for Program Management, Reporting, and Governance<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶[1] |

1 - Rating carried forward from prior quarter

| Rating Legend | |
|---|---|
| ✶✶✶ | Met benchmark; minor improvement may be indicated |
| ✶✶ | Did not meet benchmark; moderate improvement needed |
| ✶ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **GMAC Mortgage, LLC** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, GMAC Mortgage, LLC **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if GMAC Mortgage, LLC fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE

# MHA Servicer Assessment: GMAC Mortgage, LLC

**Program Results**

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

MAKING HOME AFFORDABLE

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

|  | Performance Category | Metric | Benchmark | First Quarter 2011 | |
|---|---|---|---|---|---|
|  |  |  |  | Servicer Result | Rating |
| **1** | **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 1.6% | ★★★ |
|  |  | ■ Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 11.3% | ★★ |
|  |  | ■ Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★ |
| **2** | **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 31.0% | ★[1] |
|  |  | ■ Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★ |
| **3** | **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 5.6% | ★★[1] |
|  |  | ■ Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★ |

*1 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ★★★ | Met benchmark; minor improvement may be indicated |
| ★★ | Did not meet benchmark; moderate improvement needed |
| ★ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **J.P. Morgan Chase Bank, NA** has areas requiring **substantial improvement**.

❖ After considering all relevant factors, J.P. Morgan Chase Bank, NA **servicer incentives will be withheld** at this time.

❖ Permanent reductions of incentives may commence in subsequent quarters if J.P. Morgan Chase Bank, NA fails to demonstrate improvement.

MAKING HOME AFFORDABLE



### Aged Trials as a Percentage of Active Trials

| | Dec. 2010 | March 2011 |
|---|---|---|
| Best Servicer Performance | 2% | 2% |
| JP Morgan Chase Bank, NA | 16% | 9% |
| Worst Servicer Performance | 49% | 29% |

### Conversion Rate for Trials Started On or After 6/1/2010

| | Dec. 2010 | March 2011 |
|---|---|---|
| Best Servicer Performance | 78% | 84% |
| JP Morgan Chase Bank, NA | 40% | 57% |
| Worst Servicer Performance | 26% | 54% |

### Average Calendar Days to Resolve Escalated Cases

| | Dec. 2010 | March 2011 |
|---|---|---|
| Best Servicer Performance | 24 | 19 |
| JP Morgan Chase Bank, NA | 45 | 55 |
| Worst Servicer Performance | 46 | 58 |

### Missing Modification Status Reports (%)

| | Dec. 2010 | March 2011 |
|---|---|---|
| Best Servicer Performance | 0.0% | 0.0% |
| JP Morgan Chase Bank, NA | 0.3% | 0.7% |
| Worst Servicer Performance | 19.1% | 3.9% |

**Results as of:**
Dec. 2010
March 2011

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

MAKING HOME AFFORDABLE

**Compliance Results**

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| | Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|---|
| 1 | **Identifying and Contacting Homeowners**<br>Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree<br>Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 3.7% | ✱✱✱ |
| | | ■ Second Look % Unable to Determine<br>Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 6.3% | ✱✱✱ |
| | | ■ Internal Controls for Identifying and Contacting Homeowners<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱✱[1] |
| 2 | **Homeowner Evaluation and Assistance**<br>Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error %<br>Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 6.0% | ✱✱[1] |
| | | ■ Internal Controls for Homeowner Evaluation and Assistance<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱✱ |
| 3 | **Program Management, Reporting, and Governance**<br>Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors<br>Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 8.1% | ✱✱[1] |
| | | ■ Internal Controls for Program Management, Reporting, and Governance<br>MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✱✱✱ | - | ✱✱[1] |

*1 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ✱✱✱ | Met benchmark; minor improvement may be indicated |
| ✱✱ | Did not meet benchmark; moderate improvement needed |
| ✱ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **Litton Loan Servicing LP** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, Litton Loan Servicing LP **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if Litton Loan Servicing LP fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE



### Aged Trials as a Percentage of Active Trials

- Best Servicer Performance: 2% / 2%
- Litton Loan Servicing, LP: 12% / 11%
- Worst Servicer Performance: 49% / 29%

### Conversion Rate for Trials Started On or After 6/1/2010

- Best Servicer Performance: 78% / 84%
- Litton Loan Servicing, LP: 68% / 74%
- Worst Servicer Performance: 26% / 54%

**Results as of:**
Dec. 2010
March 2011

### Average Calendar Days to Resolve Escalated Cases

- Best Servicer Performance: 24 / 19
- Litton Loan Servicing, LP: 29 / 32
- Worst Servicer Performance: 46 / 58

### Missing Modification Status Reports (%)

- Best Servicer Performance: 0.0% / 0.0%
- Litton Loan Servicing, LP: 0.0% / 0.2%
- Worst Servicer Performance: 19.1% / 3.9%

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period.  See appendix for descriptions of the metrics.

# MHA Servicer Assessment: Ocwen Loan Servicing, LLC
**Compliance Results**

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

| Performance Category | Metric | Benchmark | *First Quarter 2011* Servicer Result | Rating |
|---|---|---|---|---|
| **① Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ **Second Look % Disagree** Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 6.7% | ✶✶ |
| | ■ **Second Look % Unable to Determine** Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 10.3% | ✶✶ |
| | ■ **Internal Controls for Identifying and Contacting Homeowners** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶ |
| **② Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ **Income Calculation Error %** Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 33.0% | ✶ |
| | ■ **Internal Controls for Homeowner Evaluation and Assistance** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶✶ |
| **③ Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ **Incentive Payment Data Errors** Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 11.5% | ✶ |
| | ■ **Internal Controls for Program Management, Reporting, and Governance** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✶✶✶ | - | ✶✶ |

| Rating Legend | |
|---|---|
| ✶✶✶ | Met benchmark; minor improvement may be indicated |
| ✶✶ | Did not meet benchmark; moderate improvement needed |
| ✶ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **Ocwen Loan Servicing, LLC** has areas requiring **substantial improvement**.

❖ After considering all relevant factors, including the acquisition of a large servicing portfolio during the compliance testing period, Ocwen Loan Servicing, LLC **servicer incentives will not be withheld** at this time.

❖ Treasury will withhold servicer incentives from Ocwen Loan Servicing, LLC if future compliance results do not indicate improvement.

MAKING HOME AFFORDABLE



# MHA Servicer Assessment: Ocwen Loan Servicing, LLC

**Program Results**

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| | Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|---|
| **1** | **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | **Second Look % Disagree** Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 6.7% | ✷✷ |
| | | **Second Look % Unable to Determine** Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 3.7% | ✷✷✷ |
| | | **Internal Controls for Identifying and Contacting Homeowners** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷✷[1] |
| **2** | **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | **Income Calculation Error %** Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 11.0% | ✷[1] |
| | | **Internal Controls for Homeowner Evaluation and Assistance** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷✷ |
| **3** | **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | **Incentive Payment Data Errors** Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 6.7% | ✷✷[1] |
| | | **Internal Controls for Program Management, Reporting, and Governance** MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ✷✷✷ | - | ✷✷[1] |

*1 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ✷✷✷ | Met benchmark; minor improvement may be indicated |
| ✷✷ | Did not meet benchmark; moderate improvement needed |
| ✷ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **OneWest Bank** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, OneWest Bank **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if OneWest Bank fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE

**MHA Servicer Assessment: OneWest Bank**
**Program Results**



### Aged Trials as a Percentage of Active Trials

- Best Servicer Performance: 2% / 2%
- OneWest Bank: 23% / 14%
- Worst Servicer Performance: 49% / 29%

### Conversion Rate for Trials Started On or After 6/1/2010

- Best Servicer Performance: 78% / 84%
- OneWest Bank: 46% / 67%
- Worst Servicer Performance: 26% / 54%

**Results as of:**
- Dec. 2010
- March 2011

### Average Calendar Days to Resolve Escalated Cases

- Best Servicer Performance: 24 / 19
- OneWest Bank: 38 / 42
- Worst Servicer Performance: 46 / 58

### Missing Modification Status Reports (%)

- Best Servicer Performance: 0.0% / 0.0%
- OneWest Bank: 0.0% / 0.3%
- Worst Servicer Performance: 19.1% / 3.9%

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

MAKING HOME AFFORDABLE

**Compliance Results**

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

| | Performance Category | Metric | Benchmark | First Quarter 2011 | |
|---|---|---|---|---|---|
| | | | | Servicer Result | Rating |
| 1 | Identifying and Contacting Homeowners Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 0.0% | ★★★ |
| | | Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 2.3% | ★★★ |
| | | Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★★[1] |
| 2 | Homeowner Evaluation and Assistance Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 15.0% | ★ |
| | | Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★★[1] |
| 3 | Program Management, Reporting, and Governance Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 2.6% | ★★★ |
| | | Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★★[1] |

*1 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ★★★ | Met benchmark; minor improvement may be indicated |
| ★★ | Did not meet benchmark; moderate improvement needed |
| ★ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **Select Portfolio Servicing** has areas requiring **moderate improvement**.

❖ After considering all relevant factors, Select Portfolio Servicing **servicer incentives will not be withheld** at this time.

❖ Withholding may commence next quarter if Select Portfolio Servicing fails to demonstrate improvement in the next assessment.

MAKING HOME AFFORDABLE



# MHA Servicer Assessment: Select Portfolio Servicing

**Program Results**

## Aged Trials as a Percentage of Active Trials

## Conversion Rate for Trials Started On or After 6/1/2010

**Results as of:**

- Dec. 2010
- March 2011

## Average Calendar Days to Resolve Escalated Cases

Note: December 2010 data is unavailable for this servicer.

## Missing Modification Status Reports (%)

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

## Overview

❖ These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.

❖ Quantitative results reflect percentages of tests that did not have a desired outcome.

❖ Servicers are rated qualitatively on the effectiveness of their internal controls in the three Performance Categories as well as for each quantitative result.

*First Quarter 2011*

| | Performance Category | Metric | Benchmark | Servicer Result | Rating |
|---|---|---|---|---|---|
| 1 | **Identifying and Contacting Homeowners** Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | ■ Second Look % Disagree Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | < 4% | 1.2% | ★★★ |
| | | ■ Second Look % Unable to Determine Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | < 10% | 6.0% | ★★★ |
| | | ■ Internal Controls for Identifying and Contacting Homeowners MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | _ [1] |
| 2 | **Homeowner Evaluation and Assistance** Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | ■ Income Calculation Error % Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | < 5% | 27.0% | ★ [2] |
| | | ■ Internal Controls for Homeowner Evaluation and Assistance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★ |
| 3 | **Program Management, Reporting, and Governance** Assesses whether the servicer has effective program management, governance processes, and timely and correct submission of program reports and program information. | ■ Incentive Payment Data Errors Average percentage of difference in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | < 5% | 11.1% | ★ [2] |
| | | ■ Internal Controls for Program Management, Reporting, and Governance MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | ★★★ | - | ★★★ [2] |

*1 - Internal controls testing was not performed for two consecutive quarters due to the cyclical nature of the audit process. To accommodate more consistent reporting in the servicer assessments, MHA-C will adjust the review testing schedule to ensure coverage in each six-month period.*

*2 - Rating carried forward from prior quarter*

| Rating Legend | |
|---|---|
| ★★★ | Met benchmark; minor improvement may be indicated |
| ★★ | Did not meet benchmark; moderate improvement needed |
| ★ | Did not meet benchmark; substantial improvement needed |

## Result

❖ **Wells Fargo Bank, NA** has areas requiring **substantial improvement**.

❖ After considering all relevant factors, Wells Fargo Bank, NA **servicer incentives will be withheld** at this time.

❖ Permanent reductions of incentives may commence in subsequent quarters if Wells Fargo Bank, NA fails to demonstrate improvement.

35

MAKING HOME AFFORDABLE



MHA Servicer Assessment- Wells Fargo Bank, NA
**Program Results**

### Aged Trials as a Percentage of Active Trials

**Best Servicer Performance:** 2%, 2%
**Wells Fargo Bank, NA:** 14%, 11%
**Worst Servicer Performance:** 49%, 29%

### Conversion Rate for Trials Started On or After 6/1/2010

**Best Servicer Performance:** 78%, 84%
**Wells Fargo Bank, NA:** 65%, 75%
**Worst Servicer Performance:** 26%, 54%

**Results as of:**
Dec. 2010
March 2011

### Average Calendar Days to Resolve Escalated Cases

**Best Servicer Performance:** 24, 19
**Wells Fargo Bank, NA:** 31, 35
**Worst Servicer Performance:** 46, 58

### Missing Modification Status Reports (%)

**Best Servicer Performance:** 0.0%, 0.0%
**Wells Fargo Bank, NA:** 0.5%, 1.3%
**Worst Servicer Performance:** 19.1%, 3.9%

Note: the best and worst performance reflect the best and worst result of the largest 10 servicers for the period. See appendix for descriptions of the metrics.

36

MAKING HOME AFFORDABLE

## Metrics Descriptions

### Compliance Metrics (quantitative)

Second Look % Disagree: Second Look is a process in which MHA-C reviews loans not in a permanent modification, to assess the accuracy of the servicer's determination of whether the homeowner is eligible for a modification. This metric measures the percentage of loans reviewed in Second Look with which MHA-C disagrees with a servicer's determination.

Second Look % Unable to Determine: This metric measures the percentage of loans reviewed in Second Look for which MHA-C is not able to determine, based on the documentation provided, how the servicer reached its loan-modification decision.

For both Second Look Disagree and Unable to Determine results, remedial actions Treasury requires servicers to take include, but are not limited to: reevaluating loans not offered HAMP modifications, submitting additional documentation to support the initial reason for denial of the modification, clarifying loan status, and engaging in systemic process remediation. For such results, servicers are also reminded of their obligation to suspend foreclosure of the loan until the unresolved items are remediated.

Income Calculation Errors: Correctly calculating homeowner monthly income is a critical component of evaluating eligibility for MHA, as well as establishing an accurate modification payment. This metric measures how often MHA-C disagrees with a servicer's calculation of a borrower's Monthly Gross Income, allowing for up to a 5% differential from MHA-C's calculations. For Income Calculation Error results, remedial actions Treasury requires servicers to take include, but are not limited to: correcting

income errors exceeding the 5% differential, requiring the servicer to review their own income calculation accuracy, enhancing policies and procedures, and conducting staff training on income calculation.

Incentive Payment Data Errors: Treasury pays incentives to servicers, investors, and homeowners for permanent modifications completed under MHA. Although intended for different recipients, all incentives are paid through the servicer. Data that servicers upload to the program system of record is used to calculate the incentives paid to servicers, investors, and homeowners. This metric measures how data anomalies between servicer loan files and the reported information affect incentive payments. For Incentive Payment Data Error results, remedial actions Treasury requires servicers to take include, but are not limited to: correcting the identified errors and correcting system and operational processes such that accurate data is mapped to its appropriate places in the program system of record.

### Compliance Metrics (qualitative)

Servicers establish processes and internal controls to help ensure their compliance with Program guidance. For each of the performance categories, Treasury performs a qualitative assessment of those internal controls based on MHA-C's compliance reviews. That assessment evaluates the nature, scope, and potential or actual impact on homeowners resulting from instances of servicer non-compliance with its own internal controls. For ineffective internal controls, remedial actions Treasury requires servicers to take include, but are not limited to: identifying and reevaluating any affected loans, enhancing the effectiveness of internal controls, and conducting staff training on servicer procedures.

### Program Metrics

Conversion Rate: This cumulative metric looks at the rate of conversion to permanent modification for trials started on or after June 1, 2010, when all servicers were required to verify income documentation at trial start. Conversion rate is measured against all trials eligible to convert – those three months in trial, or four months if the borrower was at risk of imminent default at trial modification start. Permanent modifications transferred among servicers are credited to the originating servicer; trial modifications transferred are reflected in the current servicer's population.

Aged Trials as % of Active Trials: This monthly metric measures trials lasting six months or longer as a share of all active trials. These figures include trial modifications that have been converted to permanent modifications by the servicer and are pending reporting to the program system of record.

Days to Resolve Escalated Cases: This program-to-date metric measures servicer response time for homeowner inquiries escalated to the HAMP Solutions Center. Effective Feb. 1, 2011, a target of 30 calendar days was established for non-GSE escalation cases, including an estimated 5 days processing by HAMP Solutions Center. These figures include both GSE and non-GSE escalation results.

% of Missing Modification Status Reports: This monthly metric measures the servicer's ability to promptly report on modification status. Inconsistent and untimely reporting of modification status reports may impact incentive compensation and loan performance analysis.

For more information on the assessments, please visit: www.FinancialStability.gov.

## Appendix A1: Non-GSE Participants in HAMP

Servicers participating in the HAMP First Lien Modification Program may also offer additional support for homeowners, including Home Affordable Foreclosure Alternatives (HAFA), a forbearance for unemployed borrowers through the Unemployment Program (UP), and Principal Reduction Alternative (PRA).

Allstate Mortgage Loans & Investments, Inc.
American Eagle Federal Credit Union
American Home Mortgage Servicing, Inc
AMS Servicing, LLC
Aurora Loan Services, LLC
Bank of America, N.A.[1]
Bank United
Bay Federal Credit Union
Bayview Loan Servicing, LLC
Bramble Savings Bank
Carrington Mortgage Services, LLC
CCO Mortgage
Central Florida Educators Federal Credit Union
CitiMortgage, Inc.
Citizens 1st National Bank
Community Bank & Trust Company
Community Credit Union of Florida
CUC Mortgage Corporation
DuPage Credit Union
Eaton National Bank & Trust Co
Farmers State Bank
Fay Servicing, LLC
Fidelity Homestead Savings Bank
First Bank
First Financial Bank, N.A.
First Keystone Bank
Franklin Credit Management Corporation
Franklin Savings
Fresno County Federal Credit Union

Glass City Federal Credit Union
GMAC Mortgage, LLC
Grafton Suburban Credit Union
Great Lakes Credit Union
Greater Nevada Mortgage Services
Green Tree Servicing LLC
Hartford Savings Bank
Hillsdale County National Bank
HomEq Servicing
HomeStar Bank & Financial Services
Horicon Bank
Horizon Bank, NA
Iberiabank
IBM Southeast Employees' Federal Credit Union
IC Federal Credit Union
Idaho Housing and Finance Association
iServe Residential Lending LLC
iServe Servicing Inc.
J.P.Morgan Chase Bank, NA[2]
Lake City Bank
Lake National Bank
Liberty Bank and Trust Co.
Litton Loan Servicing
Los Alamos National Bank
Magna Bank
Marix Servicing LLC
Midland Mortgage Company
Midwest Bank & Trust Co.
Midwest Community Bank
Mission Federal Credit Union

MorEquity, Inc.
Mortgage Center, LLC
Nationstar Mortgage LLC
Navy Federal Credit Union
Oakland Municipal Credit Union
Ocwen Loan Servicing, LLC
OneWest Bank
ORNL Federal Credit Union
Park View Federal Savings Bank
Pathfinder Bank
PennyMac Loan Services, LLC
PNC Bank, National Association
PNC Mortgage[3]
Purdue Employees Federal Credit Union
QLending, Inc.
Quantum Servicing Corporation
Residential Credit Solutions
RG Mortgage Corporation
RoundPoint Mortgage Servicing Corporation
Saxon Mortgage Services, Inc.
Schools Financial Credit Union
SEFCU
Select Portfolio Servicing
Servis One Inc., dba BSI Financial Services, Inc.
ShoreBank
Silver State Schools Credit Union
Specialized Loan Servicing, LLC
Sterling Savings Bank
Suburban Mortgage Company of New

Mexico
Technology Credit Union
The Golden 1 Credit Union
U.S. Bank National Association
United Bank
United Bank Mortgage Corporation
Vantium Capital, Inc.
Vist Financial Corp.
Wealthbridge Mortgage Corp.
Wells Fargo Bank, NA[4]
Wescom Central Credit Union
Yadkin Valley Bank

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Formerly National City Bank.
[4] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage, FSB.



## Appendix A2: Participants in Additional Making Home Affordable Programs

**Second Lien Modification Program (2MP)**

Bank of America, NA[1]
Bayview Loan Servicing, LLC
CitiMortgage, Inc.
Community Credit Union of Florida
GMAC Mortgage, LLC
Green Tree Servicing LLC
iServe Residential Lending, LLC
iServe Servicing, Inc.
J.P.Morgan Chase Bank, NA[2]
Nationstar Mortgage LLC
OneWest Bank
PennyMac Loan Services, LLC
PNC Bank, National Association
PNC Mortgage[3]
Residential Credit Solutions
Servis One Inc., dba BSI Financial Services, Inc.
Wells Fargo Bank, NA[4]

**FHA First Lien Program (Treasury FHA-HAMP)**

Amarillo National Bank
American Financial Resources Inc.
Aurora Financial Group, Inc.
Aurora Loan Services, LLC
Banco Popular de Puerto Rico
Bank of America, NA[1]
Capital International Financial, Inc.
CitiMortgage, Inc.
CU Mortgage Services, Inc.
First Federal Bank of Florida
First Mortgage Corporation

Franklin Savings
Gateway Mortgage Group, LLC
GMAC Mortgage, LLC.
Green Tree Servicing LLC
Guaranty Bank
iServe Residential Lending, LLC
iServe Servicing, Inc.
James B. Nutter & Company
J.P.Morgan Chase Bank,NA[2]
M&T Bank
Marix Servicing, LLC
Marsh Associates, Inc.
Midland Mortgage Company
Nationstar Mortgage LLC
Ocwen Loan Servicing, LLC
PennyMac Loan Services, LLC
PNC Mortgage[3]
RBC Bank (USA)
Residential Credit Solutions
Saxon Mortgage Services, Inc.
Schmidt Mortgage Company
Select Portfolio Servicing
Servis One Inc., dba BSI Financial Services, Inc.
Stockman Bank of Montana
Wells Fargo Bank, NA[4]
Weststar Mortgage, Inc.

**FHA Second Lien Program (FHA 2LP)**

Bank of America, NA[1]
Bayview Loan Servicing, LLC
CitiMortgage, Inc.
Flagstar Capital Markets Corporation
GMAC Mortgage, LLC.
Green Tree Servicing LLC
J.P.Morgan Chase Bank, NA[2]
Nationstar Mortgage LLC
PNC Bank, National Association
PNC Mortgage[3]
Residential Credit Solutions
Saxon Mortgage Services, Inc.
Select Portfolio Servicing
Wells Fargo Bank, NA[4]

**Rural Housing Service Modification Program (RD-HAMP)**

Banco Popular de Puerto Rico
Bank of America, N.A.[1]
Horicon Bank
J.P.Morgan Chase Bank, NA[2]
Magna Bank
Marix Servicing, LLC
Midland Mortgage Company
Nationstar Mortgage LLC
Wells Fargo Bank, NA[4]

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Formerly National City Bank.
[4] Wells Fargo Bank, NA includes all loans previously reported under Wachovia Mortgage FSB.

MAKING HOME AFFORDABLE