**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2193**<br><br>**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**Centralized before the Honorable Rya W. Zobel** |
| **This Document Relates To:**<br><br>**All Actions** | | |

Plaintiffs hereby respectfully move the Court to enlarge the time by which Plaintiffs may file their response to Defendant Bank of America's Motion For A More Definite Statement, to and including October 6, 2011. In support of this motion, Plaintiffs state as follows:

1. On August 8, 2011, Plaintiffs filed a Second Amended Consolidated Class Action Complaint (Doc. No. 69).

2. On August 29, 2011, Bank of America filed a Motion For A More Definite Statement ("Motion").

3. On September 9, 2011, Plaintiffs requested a two-week enlargement to file their Response to the Motion ("Response") up to and including September 26, 2011 (Doc. No. 74).

4. On September 14, 2011 the Court granted Plaintiffs' motion for an extension.

5. On September 16, 2011 Plaintiffs' and Defendant's counsel met and conferred on the issues raised in Defendant's Motion. Dahlia Fetouh represented the Defendant during this conference. Gary Klein, Ari Brown and Kevin Costello represented the Plaintiffs during this conference. During the conference, the parties discussed the basic framework of an agreement that would address the issues raised in the Motion and obviate the need for further litigation on the Motion.

6. On September 19, 2011, via email, Defendant's counsel invited Plaintiffs' counsel to draft a stipulation reflecting suggested terms of an agreement.

7. On September 20, 2011, via email, Plaintiffs' counsel tendered a draft of such a stipulation to counsel for Defendant.  The Defendant is reviewing this draft.

8. The parties have not yet come to a final agreement on the stipulation.

9. Accordingly, Plaintiffs propose an additional ten-day enlargement of time for the Response.

10. Defendant's Counsel has assented to such enlargement.

WHEREFORE, Plaintiffs respectfully request that the time by which the Plaintiffs may respond to the Defendant's Motion For A More Definite Statement be enlarged up to and including October 6, 2011.

Dated:  September 26, 2011

Respectfully Submitted,

*/s/ Kevin Costello*
Roddy Klein & Ryan
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
617.357.5500 (p)
617.357.5030 (f)
klein@roddykleinryan.com
kavanagh@roddykleinryan.com
costello@roddykleinryan.com

*/s/ Ari Y. Brown*
Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com

*Interim Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel has assented to the relief sought herein.

*/s/ Kevin Costello*
Kevin Costello

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kevin Costello*
Kevin Costello