# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | No. 1:10-md-02193-RWZ |
| *This Document Relates To:* <br><br> BOYD BULLOCH; PATRICIA BULLOCH; CELSA ARENAS; JANET B'AIR; ENRIQUETA CASTILLO; GEORGE CASTILLO; LISA FAIRCLOTH; WILLIAM FAIRCLOTH; LINDA GENTRY; WENDELL GENTRY; MAYA LEWIS; ANTHONY LI; CONNIE LI; BRADLEY MAYS; PHU NGUYEN; LEONARD PASCUAL; FRANCES RANDOLPH; MELISSA RANDOLPH; RICHARD SHELER; SYLVIA THOMPSON-SHELER; FLORENCE SWICK; SUSAN VAZ; JEFFREY WELTE; ELENA WOODARD; ROSS WOODARD; TERESA YAMOMO; <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, NA.; FEDERAL HOME LOAN MORTGAGE CORPORATION; <br><br> Defendants. | No. 1:11-cv-10859-RWZ |

## RWZ [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Leave to File Amended Complaint and Request for Suggestion of Remand, the Court hereby GRANTS Plaintiffs' Motion for Leave to File

Case 1:10-md-02193-RWZ   Document 106   Filed 01/23/12   Page 2 of 2

Amended Complaint. It is hereby Ordered that Plaintiffs' file the proposed Amended Complaint no later than January 27, 2012.

Furthermore, the Court hereby GRANTS Plaintiffs' Request for Suggestion of Remand, and hereby suggests that the Judicial Panel on Multidistrict Litigation remand the instant case, as amended, back to the United States District Court, for the District of Nevada.

IT IS SO ORDERED on this 16th day of February, 2012.

Rya W. Zobel
UNITED STATES DISTRICT JUDGE

Submitted by:

**Matthew Q. Callister, Esq.**
NV Bar No. 1396
**Mitchell S. Bisson, Esq.**
NV Bar No. 11920
CALLISTER + ASSOCIATES, LLC
823 Las Vegas Blvd. S, 5th Floor
Las Vegas, Nevada 89101
T: (702) 385-3343
F: (702) 385-2899
*Counsel for Plaintiffs*