## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation<br><br>*This Document Relates to:*<br>ALL ACTIONS | No. 1:10-md-02193-RWZ |

## NOTICE OF APPEARANCE OF SETH M. GOLDSTEIN

Notice is hereby given that the undersigned attorney, Seth M. Goldstein, of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

DATED: May 31, 2012

Respectfully submitted,

/s/ Brooks R. Brown
Brooks R. Brown (BBO# 634144)
bbrown@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueora Street, 41st Fl.
Los Angeles, California  90017
Tel.: 213.426.2500
Fax: 213.623.1673

Attorney for:

Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P.,

2307741

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2012

                                    /s/ Brooks R. Brown

2307741