UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-md-02193-RWZ



IN RE BANK OF AMERICA
HOME AFFORDABLE MODIFICATION PROGRAM (HAMP)
CONTRACT LITIGATION

MULTIDISTRICT LITIGATION


ORDER

July 11, 2012



ZOBEL, D.J.

On December 10, 2010, the United States Panel on Multidistrict Litigation

transferred to this court from the Eastern District of Virginia a class action complaint for,

among other claims, breach of contract under the Home Mortgage Affordable

Modification Program ("HAMP").  Four of the six plaintiffs named therein now move for

leave to file an amended complaint and request a suggestion of remand.[1]  They assert

that by the amended complaint they withdraw their class claims and seek only

individual relief under the Fair Credit Reporting Act, 15 U.S.C. §1681s-2(b), the Real

Estate Settlement Procedures Act, 12 U.S.C. §2605(e) and for breach of the covenant

of good faith and fair dealing.  Although the third claim alleges a course of conduct in

the mortgage modification process of each plaintiff, all assert that their claims are

---

[1] Robert and Susan Brooking, Carrie Lee Arthur and Nicole Sharrett.

based not on breach of contract under HAMP, but on the covenant implied in every Virginia contract as described by Judge Spencer in Acuna v. Chase Home Finance, LLC, 3:10CV905, 2011 WL 1883089 (E.D.Va. May 17, 2011).

The parties agree that resolution of the motion is a matter of discretion.  In exercising this discretion, I consider the following.

Defendant opposes the motion but points out, correctly, that the Third Amended Consolidated Class Action Complaint (Docket # 84) omits many causes of action alleged in several transferred cases, including that from the Eastern District of Virginia, and that it is unclear whether the omitted claims will ultimately survive.

Judge Stearns allowed a similar motion filed by the same counsel because "a plaintiff who does not wish to be a member of a class can hardly be deemed an adequate representative of that class as defined in R. 23(a)." In Re: JPMorganChase Mortgage Modification Litigation, 11-md-2290.

I understand plaintiffs' motion and amended complaint to be their dismissal with prejudice of all claims for breach of contract under HAMP as pled in the Third Amended Consolidated Class Action Complaint and their consequent withdrawal from participation in any class that may be certified pursuant to that or any subsequent amended complaints in this litigation.

With that caveat, the motion of Brooking, et al., is ALLOWED and the court will file a suggestion of remand with the MDL Panel.

_____ July 11, 2012 _____                _____ /s/Rya W. Zobel _____

DATE                                              RYA W. ZOBEL
                                        UNITED STATES DISTRICT JUDGE