UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-md-02193-RWZ

IN RE BANK OF AMERICA
HOME AFFORDABLE MODIFICATION PROGRAM (HAMP)
CONTRACT LITIGATION

MULTIDISTRICT LITIGATION

SUGGESTION OF REMAND for No. 10-cv-1360-JCC

July 11, 2012

ZOBEL, D.J.

In accordance with the court's Order of July 11, 2012, the court recommends that the Judicial Panel on Multidistrict Litigation remand the individual complaints of Robert and Susan Brooking, Carrie Lee Arthur, and Nicole Sharret, the named plaintiffs from the Eastern District of Virginia in the Bank of America Home Affordable Modification Program (HAMP) Contract Litigation, as they have requested.

|  |  |
|---|---|
| July 11, 2012 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |