# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | No. 1:10-md-2193-RWZ<br><br>**NOTICE OF APPEARANCE FOR MICHAEL J. FLANNERY** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP hereby enters his appearance as co-counsel of record on behalf of Plaintiffs in *Susan Fraser v. Bank of America, N.A.*, et al., Case No. 1:11-cv-10169-RWZ (D. Mass.) and all others similarly situated in the aforementioned matter.

July 20, 2012                              Respectfully submitted,

/s/ Michael J. Flannery
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
300 North Tucker Boulevard
Suite 801
St. Louis, MO  63101
(314) 226-1015
mflannery@cuneolaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system.

| | |
|---|---|
| July 20, 2012 | /s/ Michael J. Flannery<br>Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>300 North Tucker Boulevard<br>Suite 801<br>St. Louis, MO  63101<br>(314) 226-1015<br>mflannery@cuneolaw.com |