# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | No. 1:10-md-2193-RWZ<br><br>**NOTICE OF APPEARANCE FOR JONATHAN W. CUNEO** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan W. Cuneo of Cuneo Gilbert & LaDuca, LLP hereby enters his appearance as co-counsel of record on behalf of Plaintiffs in *Susan Fraser v. Bank of America, N.A.*, et al., Case No. 1:11-cv-10169-RWZ (D. Mass.) and all others similarly situated in the aforementioned matter.

July 23, 2012                                                                 Respectfully submitted,

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system.

| | |
|---|---|
| July 23, 2012 | /s/ Jonathan W. Cuneo<br>Jonathan W. Cuneo<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, NE<br>Washington, DC 20002<br>(202) 789-3960<br>jonc@cuneolaw.com |