UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2193<br><br>**Centralized before the Honorable Rya W. Zobel** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2 and the parties' Stipulated Protective Order entered in this matter on May 16, 2011 [Docket No. 56], Plaintiffs respectfully submit this Motion for Leave to File Documents Under Seal ("Motion"). In support of this Motion, Plaintiffs state the following:

1. Plaintiffs have filed a Motion to Compel Discovery and memorandum in support. [Docket Nos. 126 and 127].

2. In support of their Motion to Compel, Plaintiffs rely on the testimony of three Bank of America ("BOA") employees and one employee of Urban Settlement Services, a/k/a Urban Lending Solutions – a third-party vendor of BOA.

3. The parties' Stipulated Protective Order provides, "[i]n the event that any Confidential Information is included with, or the contents thereof are in any way disclosed, in any pleading, motion, or other paper filed with the Clerk of this Court, the filing party shall move to have such pleading, motion or other paper impounded by the Clerk pursuant to the terms and requirements of Local Rule 7.2." Protective Order, ¶ 7 [Docket No. 56].

010176-16 538979 V1

4. BOA has designated substantial portions of these transcripts as "Confidential." Plaintiffs do not believe that the information contained in these transcripts is confidential and are in the process of challenging such designations. The process of resolving the disputed designations has not been completed and, per the terms of the Stipulated Protective Order, Plaintiffs must continue to treat the disputed portions as confidential for the time being. Therefore, Plaintiffs request that the Court allow (1) Plaintiffs' Memorandum in Support of Motion to Compel (which discusses the testimony of these four witnesses) and (2) Exhibits 10-13 to the Declaration of Tyler Weaver in Support of Plaintiffs' Motion to Compel to be filed under seal to avoid the potential that confidential information would be disclosed in Plaintiffs' publicly filed documents.

5. On July 23, 2012, Plaintiffs' Counsel conferred with Defendants' Counsel, who informed Plaintiffs' Counsel that they do not oppose the relief sought in this Motion.

6. The impoundment order can be lifted on the earliest of agreement of the parties, further order of the Court consistent with the procedures set out in the Stipulated Protective Order, or upon return of the materials to the parties at the close of the case.

7. Under Local Rule 7.2(d), which requires Court approval before submitting Confidential materials under seal, Plaintiffs will submit these documents promptly to the Court should the Court grant this Motion. On the date this Motion was filed, Plaintiffs' Counsel served these documents on Defendants' Counsel.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion For Leave To File Documents Under Seal and the relief requested herein.

Dated: July 23, 2012

                                      Respectfully Submitted,

                                      */s/ Steve W. Berman*

        Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
Tyler S. Weaver
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com
tyler@hbsslaw.com

*/s/ Gary Klein*
Roddy Klein & Ryan
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
617.357.5500 (p)
617.357.5030 (f)
klein@roddykleinryan.com
kavanagh@roddykleinryan.com
costello@roddykleinryan.com

*Interim Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I certify pursuant to Local Rule 7.1 that on July 23, 2012, counsel for all parties have conferred and counsel for Defendants do not oppose the relief sought in this motion.

*/s/ Steve W. Berman*
Hagens Berman Sobol Shapiro LLP

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Steve W. Berman*
Hagens Berman Sobol Shapiro LLP