UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | No. 1:10-md-02193 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Lee Sherman, of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: July 30, 2012

Respectfully submitted,

/s/ Lee Sherman
Lee Sherman  (BBO #677411)
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109-2881
Phone: 617.570.1000
Fax: 617.523.1231
LeeSherman@goodwinprocter.com

Attorney for

Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2012.

/s/ Lee Sherman

LIBA/2234674.1