UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | No. 1:10-md-02193 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stephen M. Hoeplinger, of

Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Bank

of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P., and

requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.


Dated:  July 30, 2012                              Respectfully submitted,

                                                   /s/ Stephen M. Hoeplinger
                                                   Stephen M. Hoeplinger  (BBO #676219)
                                                   GOODWIN PROCTER LLP
                                                   53 State Street
                                                   Exchange Place
                                                   Boston, MA 02109-2881
                                                   Phone: 617.570.1000
                                                   Fax: 617.523.1231
                                                   SHoeplinger@goodwinprocter.com

                                                   Attorney for

                                                   Bank of America, N.A., for itself and as
                                                   successor by merger to BAC Home Loan
                                                   Servicing, L.P.


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2012.


                                                    /s/ Stephen M. Hoeplinger


LIBA/2234674.1