# EXHIBIT A

| "Loan Level Account Record" Requested In Plaintiffs' Document Request No. 2 | "Data Point" Requested In Plaintiffs' June 14, 2012 Letter |
|---|---|
| Payment history beginning on date of delinquency or date of TPP | The date on which the TPP commenced |
| Date of HAMP application, final approval and/or denial | The modification effective date of the TPP |
| Date and terms of any TPP Agreement | The date and amount of any payments made pursuant to the TPP |
| Reasons for HAMP denial, if applicable | Any and all notations regarding request for, or receipt, of documents related to the TPP |
| Records of fees and/or charges placed on the account during and after TPP Agreements | The date on which each notice was sent notifying the borrower that BOA considered information to be missing and the information that was noted as missing |
| Calculations, including, without limitation, any worksheets, used to determine eligibility for HAMP | Calculations used to determine HAMP eligibility |
| Records of Correspondence and oral communications related to default and foreclosure activity following the date of the TPP | The date on which each notice was sent notifying the borrower that they had not complied with the terms of the TPP and the stated basis for non-compliance |
| Records of Correspondence and oral communications related to TPP documentation | Date or dates on which modification package was sent to underwriting |
| All records of documentation received in support of a HAMP application | Date or dates on which modification package was sent to underwriting |
| All records that reflect the current status of the Account, including, without limitation, information reflecting the terms of non-HAMP modifications, short sales, full payments, or foreclosures | All exception codes |
| | All waterfall outcomes following underwriting |
| | Any and all underwriting data used to decide whether to offer a TPP, and what terms |
| | The date on which any permanent modification was offered |
| | The basis for any denial of a permanent modification |
| | The date on which the Defendant internally decided to cancel a trial |

|  | |
|---|---|
|  | The date any notice of denial was sent to the borrower |
|  | The effective date of any permanent modification entered into |
|  | The date on which any foreclosure proceedings were commenced and, if applicable, executed |
|  | Any pre-foreclosure analysis performed on the borrower's mortgage, and the date of any such analysis |
|  | All Net Present Value (NPV) analyses performed, the dates they were performed, the outcomes of each analysis, and the inputs used in each analysis |
|  | Any data regarding investor restrictions relevant to the borrower's mortgage including any exceptions or overrides requested and the dates and results of such requests |
|  | All in-line QA results related to the borrower |
|  | All FAQ 1222 analysis data related to the borrower |
|  | All records of oral communications with the borrower |
|  | Payment account data for the previous four years or the life of the loan and all corporate advance account data |