# MCGARRY DECLARATION EXHIBIT F



**Klein Kavanagh Costello, LLP**

Gary Klein
85 Merrimac Street, 4th Fl.
Boston, MA 02114
p. 617.357.5031
f. 617.357.5030
klein@kkcllp.com
www.kkcllp.com

July 5, 2012

*Via Electronic Mail*

Brooks R. Brown
Goodwin Proctor LLP
601 S Figueroa St.
41st Floor
Los Angeles, CA 90017
bbrown@goodwinprocter.com

> Re:   *In Re: Bank of America Home Affordable Modification
> Program (HAMP) Contract Litigation*
> Case No. 1:10-md-2193-RWZ (D. Mass.)

Dear Brooks:

Thank you for your letter of July 2, 2012 related to the parties' meet and confer process to seek agreement on a data and document sample. We believe the Plaintiffs' revised request for a sample of data and documents, contained in our letter of June 14, 2012, to be fully understandable in light of our many discussions and the deposition record, as well as the common meaning of the words we chose. We also continue to believe that your consistent position that we must more specifically identify the names of fields and other data and documents in BOA records that are inaccessible to us is unreasonable.

As these issues have been pending for some time, and in light of the various exchanges on this issue, as well as the guidance of the Court that Plaintiffs are entitled to this information, we believe that we have reached an impasse on the data and document sample requested in Plaintiffs' request for production of documents and will proceed accordingly.

Very truly yours,

Gary Klein

Brooks Brown
July 5, 2012
Page 2 of 2

cc:     Dahlia Fetouh
        James McGarry
        Ari Brown
        Tyler Weaver
        Shennan Kavanagh
        John McGowan
        Kevin Costello