# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | No. 1:10-md-02193 |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court under seal and are thus available in paper form only:

1. Unredacted version of Defendant's Opposition to Plaintiffs' Motion to Compel;

2. Declaration of Robert Daniel;

3. Declaration of Joe Bridges;

4. Declaration of Michael Sunlin;

5. Declaration of Lourdes Duarte; and

6. Exhibits B, C, and D, attached to Declaration of James W. McGarry.

Defendant Bank of America, N.A. as successor by merger to BAC Home Loans Servicing L.P., has requested that the original documents be maintained under seal in the Clerk's Office.

-2-

| Dated: August 22, 2012 | Respectfully submitted,<br><br>Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P.,<br><br>By their attorneys,<br><br>/s/ James W. McGarry<br>James W. McGarry (BBO #633726)<br>jmcgarry@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2012.

/s/ James W. McGarry

-2-

LIBA/2330041.1