# Exhibit A

# Portions of Deposition Transcripts Designated as Confidential Under Dispute

### Schoolitz Transcript Designations

- Page 18, line 24 through page 22, line 14; and
- Page 23, line 7 through page 25, line 11.

### Martin Transcript Designations

- Page 67, line 20 through page 68, line 4:
- Page 68, line 10 through page 70, line 16;
- Page 92, lines 13 through 15;
- Page 126, lines 2 through 22;
- Page 127, line 4 through page 128, line 2;
- Page 128, line 22 through page 129, line 20;
- Page 130, lines 1 through 11;
- Page 133, line 4 through page 137, line 4;
- Page 151, line 12 through page 152; line 2;
- Page 152, line 22 through page 153, line 3:
- Page 155, lines 2 through 20;
- Page 156, line 5 through page 158, line 16:
- Page 161, lines 5 through 14; and
- Page 163, lines 15 through 17.

### Orris Transcript Designations

- Page 11, lines 7 through 22;
- Page 12, line 6 through page 30, line 5;
- Page 31, line 6 through page 43, line 1;
- Page 44, line 19 through page 46, line 11;
- Page 53, line 25 through page 60, line 13;
- Page 62, line 20 through page 64, line 16;
- Page 64, line 20 through page 76, line 7;
- Page 76, line 12 through page 93, line 22;
- Page 94, line 11 through page 105, line 25;
- Page 106, line 15 through page 107, line 8;
- Page 109, line 23 through page 146, line 17;
- Page 147, line 7 through page 166, line 18;
- Page 167, line 20 through page 170, line 20;
- Page 171, lines 14 through 18;
- Page 173, line 20 through page 174, line 13;
- Page 175, line 12 through page 179, line 14;
- Page 181, line 5 through page 212, line 5; and
- Page 212, line 15 through page 213, line 22.