# Exhibit D

**GOODWIN | PROCTER**

James W. McGarry
617.570.1332
jmcgarry@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

June 20, 2012

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Gary Klein, Esq.
*klein@kkcllp.com*
Shennan Alexandra Kavanagh, Esq.
*kavanagh@kkcllp.com*
Kevin Costello, Esq.
*costello@kkcllp.com*
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Ari Y Brown, Esq.
*ari@hbsslaw.com*
Steve W. Berman, Esq.
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-1214

Matthew Q. Callister, Esq.
*mbisson@call-law.com*
Callister & Reynolds
823 Las Vegas Blvd., South, 5th Floor
Las Vegas, NV 89101

Re: *In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation*, MDL No. 2193
<u>Confidential Designation of the Deposition of Tawnya Schoolitz, taken by Debra Riggs Torres, RPR on May 9, 2012 (the "Schoolitz Transcript")</u>

Dear Counsel:

Pursuant to the Stipulated Protective Order entered in the above referenced action, Dkt. # 56, Bank of America, N.A., as itself and as successor by merger to BAC Home Loans Servicing, L.P., hereby designates pages 18 – 52 (inclusive) of the Schoolitz Transcript as Confidential Information. It also designates Exhibits 4 – 13 (inclusive) from Ms. Schoolitz's deposition as Confidential Information.

2313283

GOODWIN | PROCTER

June 20, 2012
Page 2

Sincerely yours,

*James W. McGarry/SMH*

James W. McGarry

JWM:nmr
cc:   Dahlia S. Fetouh, Esq.
      Brooks R. Brown, Esq.

2313283