# Exhibit E

GOODWIN | PROCTER

James W. McGarry
617.570.1332
jmcgarry@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 9, 2012

VIA EMAIL AND FIRST CLASS MAIL

Gary Klein, Esq.
*klein@kkcllp.com*
Shennan Alexandra Kavanagh, Esq.
*kavanagh@kkcllp.com*
Kevin Costello, Esq.
*costello@kkcllp.com*
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Ari Y Brown, Esq.
*ari@hbsslaw.com*
Steve W. Berman, Esq.
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-1214

Matthew Q. Callister, Esq.
*mbisson@call-law.com*
Callister & Reynolds
823 Las Vegas Blvd., South, 5th Floor
Las Vegas, NV 89101

Re:   *In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation*, MDL No. 2193
      Confidential Designation of the Deposition of Jinja Martin, taken by Ecoscribe Solutions on May 24, 2012 (the "Martin Transcript")

Dear Counsel:

Pursuant to the Stipulated Protective Order entered in the above referenced action, Dkt. # 56, Bank of America, N.A., as itself and as successor by merger to BAC Home Loans Servicing, L.P., hereby designates the following portions of the Martin Transcript as Confidential Information:

- page 18, line 1 through page 22, line 13;
- page 24, line 17 through page 26, line 23;
- page 28, line 4 through page 29, line 3;
- page 31, line 24 through page 40, line 19;
- page 43, line 12 through page 76, line 11;
- page 79, line 3 through page 104, line 12;
- page 106, line 3 through page 121, line 17;
- page 124, line 17 through page 144, line 13;

2318742

GOODWIN | PROCTER

July 9, 2012
Page 2

- page 145, line 16 through page 190, line 13; and
- page 192, line 23 through page 221, line 13.

It also designates Exhibits 1 through 7 (inclusive) from Ms. Martin's deposition as Confidential Information.

Sincerely yours,

*James W. McGarry/KMH*

James W. McGarry

JWM:nmr
cc:   Dahlia S. Fetouh, Esq.
      Brooks R. Brown, Esq.

GOODWIN | PROCTER

2318742