# Exhibit F

GOODWIN | PROCTER

James W. McGarry
617.570.1332
jmcgarry@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 9, 2012

**VIA EMAIL AND FIRST CLASS MAIL**

Gary Klein, Esq.
*klein@kkcllp.com*
Shennan Alexandra Kavanagh, Esq.
*kavanagh@kkcllp.com*
Kevin Costello, Esq.
*costello@kkcllp.com*
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Ari Y Brown, Esq.
*ari@hbsslaw.com*
Steve W. Berman, Esq.
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-1214

Matthew Q. Callister, Esq.
*mbisson@call-law.com*
Callister & Reynolds
823 Las Vegas Blvd., South, 5th Floor
Las Vegas, NV 89101

Re:     ***In re Bank of America Home Affordable Modification Program (HAMP) Contract***
***Litigation*, MDL No. 2193**
**Confidential Designation of the Deposition of Christopher R. W. Orris, taken by**
**Esquire Deposition Solutions on May 31, 2012 (the "Orris Transcript")**

Dear Counsel:

Pursuant to the Stipulated Protective Order entered in the above referenced action, Dkt. # 56,
Bank of America, N.A., as itself and as successor by merger to BAC Home Loans Servicing,
L.P., hereby designates the following portions of the Orris Transcript as Confidential
Information:

- page 11, line 7 through page 43, line 1;
- page 44, line 19 through page 46, line 11;
- page 49, line 24 through page 50, line 10;
- page 53, line 25 through page 107, line 8;
- page 108, line 15 through page 166, line 18;
- page 167, line 20 through page 171, line 21;
- page 173, line 20 through page 174, line 13;
- page 175, line 1 through page 179, line 14; and

GOODWIN | PROCTER

July 9, 2012
Page 2

- page 181, line 5 through page 213, line 22.

Sincerely yours,

*James W. McGarry/smh*

James W. McGarry

JWM:nmr
cc:     Dahlia S. Fetouh, Esq.
        Brooks R. Brown, Esq.

2318744