# Exhibit J

GOODWIN | PROCTER

Seth M. Goldstein
213.426.2575
SGoldstein@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
601 S Figueroa St., 41st Floor
Los Angeles, CA 90017
T: 213.426.2500
F: 213.623.1673

August 1, 2012

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Gary Klein, Esq.
*klein@kkcllp.com*
Shennan Alexandra Kavanagh, Esq.
*kavanagh@kkcllp.com*
Kevin Costello, Esq.
*costello@kkcllp.com*
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Ari Y Brown, Esq.
*ari@hbsslaw.com*
Steve W. Berman, Esq.
*steve@hbsslaw.com*
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-1214

Matthew Q. Callister, Esq.
*mbisson@call-law.com*
Callister & Reynolds
823 Las Vegas Blvd., South, 5th Floor
Las Vegas, NV 89101

Re: In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation, MDL No. 2193
**Confidential Designations of the Depositions of Lourdes Duarte (the "Duarte Transcript"), Tawnya Schoolitz (the "Schoolitz Transcript"), Jinja Martin (the "Martin Transcript") and Christopher Orris (the "Orris Transcript")**

Dear Counsel:

Pursuant to the Stipulated Protective Order entered in the above referenced action, Dkt. # 56, Bank of America, N.A., as itself and as successor by merger to BAC Home Loans Servicing, L.P., hereby designates the portions identified below of the Duarte Transcript, the Schoolitz Transcript, the Martin Transcript and the Orris Transcript as Confidential Information. These designations replace the designations set forth in Jim McGarry's letters of June 20, 2012 and July 9, 2012.

**Duarte Transcript Designations**

- page 155, lines 2 through 6;
- page 155, lines 12 through 16;
- page 155, line 22 through page 156, line 21;

2325002

GOODWIN | PROCTER

August 1, 2012
Page 2

- page 158, lines 16 through 25;
- page 159, lines 12 through 15;
- page 170, line 15 through page 171, line 1;
- page 171, lines 6 through 12;
- page 173, line 16 through page 174, line 23; and
- Exhibits 2, 3, and 4.

### Schoolitz Transcript Designations

- page 18, line 24 through page 22, line 14;
- page 23, line 7 through page 25, line 11; and
- Exhibits 4 – 13 (inclusive).

### Martin Transcript Designations

- page 67, line 20 through page 68, line 4;
- page 68, line 10 through page 70, line 16;
- page 92, lines 13 through 15;
- page 126, lines 2 through 22;
- page 127, line 4 through page 128, line 2;
- page 128, line 22 through page 129, line 20;
- page 130, lines 1 through 11;
- page 133, line 4 through page 137, line 4;
- page 151, line 12 through page 152, line 2;
- page 152, line 22 through page 153, line 3;
- page 155, lines 2 through 20;
- page 156, line 5 through 158, line 16;
- page 161, lines 5 through 14;
- page 163, lines 15 through 17;
- page 198, line 21 through page 202, line 19; and
- Exhibits 1 through 7 (inclusive).

### Orris Transcript Designations

- page 11, lines 7 through 22;
- page 12, line 6 through page 30, line 5;
- page 31, line 6 through page 43, line 1;
- page 44, line 19 through page 46, line 11;

2325002

GOODWIN | PROCTER

August 1, 2012
Page 3

- page 53, line 25 through page 60, line 13;
- page 62, line 20 through page 64, line 16;
- page 64, line 20 through page 76, line 7;
- page 76, line 12 through page 93, line 22;
- page 94, line 11 through page 105, line 25;
- page 106, line 15 through page 107, line 8;
- page 109, line 23 through page 146, line 17;
- page 147, line 7 through page 166, line 18;
- page 167, line 20 through page 170, line 20;
- page 171, lines 14 through 18;
- page 173, line 20 through page 174, line 13;
- page 175, line 12 through page 179, line 14;
- page 181, line 5 through page 212, line 5; and
- page 212, line 15 through page 213, line 22.

Sincerely,

*Seth M. Goldstein/SMH*

Seth M. Goldstein

SMG

cc: James W. McGarry, Esq.
    Dahlia S. Fetouh, Esq.
    Brooks R. Brown, Esq.

2325002