UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | Civil Action No. 1:10-md-02193-RWZ |

NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P., ("BANA") hereby gives notice that the documents, exhibits, and attachments listed below have been manually filed with the Court and are thus available in paper form only:

1.      Defendant's Memorandum in Support of Its Motion For a Protective Order Regarding Confidential Information (a redacted version of which has been filed electronically);

2.      The Declaration of Mark McElroy in support of Defendant's Motion For a Protective Order Regarding Confidential Information (a redacted version of which has been filed electronically), together with Exhibit A thereto ;

3.      The Declaration of Carole Richter in support of Defendant's Motion For a Protective Order Regarding Confidential Information (a redacted version of which has been filed electronically), together with Exhibit A thereto; and,

4.      Exhibits A – C to the Declaration of Seth M. Goldstein in support of Defendant's Motion For a Protective Order Regarding Confidential Information.

On August 24, 2012, the Court granted Bank of America's request to file the foregoing documents under seal.

|  |  |
|---|---|
| Dated: August 24, 2012 | Respectfully submitted,<br><br>Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, L.P.,<br><br>By its attorneys,<br><br>/s/ James W. McGarry<br>James W. McGarry (BBO #633726)<br>jmcgarry@goodwinprocter.com<br>Dahlia S. Fetouh (BBO#651196)<br>dfetouh@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 |

## CERTIFICATE OF SERVICE

I hereby certify that *Notice of Manual Filing With Clerk's Office* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 24, 2012.

                                                          /s/ James W. McGarry