UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2193<br><br>**Centralized before the Honorable Rya W. Zobel** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

Plaintiffs hereby move this Court for leave to file a Reply in support of their Motion to Compel Discovery (Dkt. No. 126). Plaintiffs propose to submit a 10-page Reply and the Reply Declaration of Tyler Weaver in response to the Opposition of Defendant Bank of America, N.A. (Docket No. 137). The proposed Reply and Weaver Reply Declaration are attached hereto as Exhibits 1 and 2. For the reasons stated below, this Motion should be granted.

1. Plaintiffs filed the Motion to Compel Discovery on July 23, 2012.

2. After being granted an extension, Defendant filed its Opposition to the Motion on August 20, 2012.

3. Plaintiffs believe that because Defendants made several arguments in their opposition that Plaintiffs could not anticipate, the Court would be assisted in its consideration by a brief rebuttal of some of the points. This includes addressing new factual representations, and pointing out that one of the three main issues now appears to be moot.

010176-16 548385 V1

4. Plaintiffs now seek leave of the Court under Local R. Civ. P. 7.1(B)(3) to address these issues.

5. Defendant will not be prejudiced by the relief sought by this motion.

6. Defendant does not oppose this motion.

**WHEREFORE,** for the foregoing reasons, Plaintiffs respectfully request the Court allow leave to file the attached proposed Reply and Weaver Reply Declaration.

Dated: August 27, 2012

Respectfully Submitted,

*/s/ Steve W. Berman*
Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
Tyler S. Weaver
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com
tyler@hbsslaw.com

*/s/ Gary Klein*
Roddy Klein & Ryan
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
617.357.5500 (p)
617.357.5030 (f)
klein@roddykleinryan.com
kavanagh@roddykleinryan.com
costello@roddykleinryan.com

*Interim Co-Lead Counsel*

- 3 -

## LOCAL RULE 7.1 CERTIFICATE

      I certify pursuant to Local Rule 7.1 that on August 27, 2012, counsel for all parties have conferred and counsel for Defendants do not oppose the relief sought in this motion.

                             */s/ Steve W. Berman*
                             Hagens Berman Sobol Shapiro LLP

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2012, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                             */s/ Steve W. Berman*
                             Hagens Berman Sobol Shapiro LLP