**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION** | **MDL NO. 2193**<br><br>**Centralized before the Honorable Rya W. Zobel** |
| **This Document Relates To: All Actions** | |

**STIPULATION OF DISMISSAL OF PLAINTIFFS DIANE ANDERSON, MARK ANGELOPOLOUS AND GRETHA WILKERSON WITHOUT PREJUDICE**

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the claims of Plaintiffs Diane Anderson, Mark Angelopolous and Gretha Wilkerson ("Plaintiffs") are dismissed in the above-entitled action without prejudice. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claim.

September 17, 2012

Respectfully Submitted,

On Behalf of Plaintiffs,

*/s/ Shennan Kavanagh*
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
617.357.5500 (p)
617.357.5030 (f)
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

/s/ Steve W. Berman
Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
1918 8th Avenue
Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com

*Interim Co-Lead Counsel*

On Behalf of Defendant,

/s/ James W. McGarry
James W. McGarry (BBO 633726)
Dahlia S. Fetouh (BBO 651196)
Andrew M. Batchelor (BBO 673248)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
617.570.1000 (p)
617.523.1231 (f)
jmcgarry@goodwinprocter.com
dfetouh@goodwinprocter.com
abatchelor@goodwinprocter.com

*Counsel for Bank of America, N.A., for itself
and as successor by merger to BAC Home
Loan Servicing, L.P.*


## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, a true and correct copy of this document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Shennan Kavanagh
Shennan Kavanagh