# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | Civil Action No. 1:10-md-02193-RWZ |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

Defendant Bank of America, N.A. ("BANA"), for itself and as successor by merger to BAC Home Loans Servicing, LP, hereby respectfully moves this Court for leave to file a short Reply in support of its Motion For a Protective Order Regarding Confidential Information (Dkt. No. 141) (the "Reply"). BANA proposes to submit a 7-page Reply to Plaintiffs' Response to Defendants' Motion for a Protective Order Regarding Confidential Information (Dkt. No. 153) ("Plaintiffs' Response"). The proposed Reply is attached hereto as Exhibit 1. For the reasons stated below, this Motion should be granted.

1. BANA filed its Motion for a Protective Order Regarding Confidential Information on August 24, 2012.

2. Plaintiffs' Response was filed on September 10, 2012.

3. BANA now seeks leave of the Court under Local R. Civ. P. 7.1(B)(3) to address the factual and legal assertions in Plaintiffs' Response. BANA believes that the Court would be assisted in its consideration by a brief rebuttal of Plaintiffs' arguments.

4. Plaintiffs will not be prejudiced by the relief sought by this motion.

5. Plaintiffs do not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request the Court allow leave to file the attached proposed Reply.

Dated:  September 18, 2012

Respectfully submitted,

Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, L.P.,

By its attorneys,

/s/ James W. McGarry
James W. McGarry (BBO #633726)
jmcgarry@goodwinprocter.com
Dahlia S. Fetouh (BBO#651196)
dfetouh@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel.:  617.570.1000
Fax:  617.523.1231

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify pursuant to Local Rule 7.1 that on August 27, 2012, counsel for all parties have conferred and counsel for Plaintiffs do not oppose the relief sought in this motion.

I hereby certify that *Defendant's Motion For Leave to File Reply in Support of Its Motion For a Protective Order Regarding Confidential Information* will be sent electronically to all counsel of record by operations of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ James W. McGarry