**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 10-md-02193-RWZ**

**IN RE BANK OF AMERICA
HOME AFFORDABLE MODIFICATION PROGRAM (HAMP)
CONTRACT LITIGATION**

**MULTIDISTRICT LITIGATION**

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW James W. Purcell, listed as counsel of record for Bank of America, N.A. and BAC Home Loans Servicing, L.P. in the captioned matter, and gives notice that he will no longer be representing Bank of America, N.A. and BAC Home Loans Servicing, L.P. in this matter. James W. McGarry, along with the firm of Goodwin Procter, LLP will continue to represent Bank of America, N.A. and BAC Home Loans Servicing, L.P. in this matter and should continue to receive all court notifications.

This 24 day of October, 2012.

/s/ James W. Purcell
JAMES W. PURCELL
Georgia Bar No. 413115
jpurcell@fulcherlaw.com
FULCHER HAGLER LLP
Post Office Box 1477
Augusta, GA  30903-1477
(706) 724-0171

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24 day of October, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record with the exception of the following which I have this day served a copy by depositing said copies in the United States Mail with adequate postage affixed thereto to ensure proper delivery.

> Andrew Gordon Yates
> John S. Devlin, III
> LANE POWELL PC (SEA)
> 1420 fifth Avenue, Suite 4100
> Seattle, WA 98101-2338
>
> Gregory Bryan Iannelli
> Robert W. Shely
> BRYAN CAVE LLP
> 2 N. Central Avenue, suite 2200
> Phoenix, AZ 85004-4406
>
> Martin C. Bryce, Jr.
> BALLARD SPAHR ANDREWS AND INGERSOLL, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103
>
> Martin T. Knights
> GOODWIN PROCTOR LLP
> Exchange Place
> 53 Sate Street
> Boston, MA 02109
>
> Susanne Noyes Geraghty
> GOODWIN PROCTOR LLP
> 3 Embarcabero Center, 24th Floor
> San Francisco, CA 94111

/s/ James W. Purcell