IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | MDL NO. 2193<br><br>Centralized before the Honorable Rya W. Zobel |
| This Document Relates To: All Actions | |

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel for Plaintiffs notices the withdrawal of John L. McGowan, formerly of Klein Kavanagh Costello, LLP. No substitution is necessary because Plaintiffs remain represented by undersigned counsel and interim lead class counsel.

Dated: December 10, 2012

Respectfully Submitted,

On Behalf of Plaintiffs,

/s/ Gary Klein
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
617.357.5500 (p)
617.357.5030 (f)
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 10, 2012 a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Gary Klein*
            Gary Klein