UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | MDL No. 2193 |
| This Document Relates To:<br><br>ALL ACTIONS | **Centralized before the Honorable Rya W. Zobel** |

**STIPULATION OF DISMISSAL OF PLAINTIFF
DEBORAH GAFFEY WITHOUT PREJUDICE**

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

parties stipulate that the claims of Plaintiff Deborah Gaffey ("Plaintiff") are dismissed in the

above-entitled action without prejudice.  Plaintiff has not previously dismissed any federal or

state court action based on or including the same claim.

DATED:  January 24, 2013.

Respectfully submitted,

On behalf of Plaintiffs,

　　　*/s/ Tyler S. Weaver*

Steve W. Berman
Ari Y. Brown
Tyler S. Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  206.623.7292
Facsimile:  206.623.0594
steve@hbsslaw.com
ari@hbsslaw.com
tyler@hbsslaw.com

_____*/s/ Gary Klein*_____

        Shennan Kavanagh
        Gary Klein (BBO 560769)
        Shennan Kavanagh (BBO 655174)
        Kevin Costello (BBO 669100)
KLEIN KAVANAGH COSTELLO, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
Telephone:  617.357.5500
Facsimile:  617.357.5030
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Co-Lead Counsel*

On behalf of Defendant,

_____*/s/ James W. McGarry*_____

        James W. McGarry (BBO #633726)
        Dahlia S. Fetouh (BBO#651196)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: 617.570.1000
Facsimile: 617.523.1231
jmcgarry@goodwinprocter.com
dfetouh@goodwinprocter.com

*Counsel for Bank of America, N.A., for itself
and as successor by merger to BAC Home
Loan Servicing, L.P.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 24, 2013, a true and correct copy of this document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Tyler S. Weaver
Tyler S. Weaver

010176-16  579513 V1