# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:    BANK OF AMERICA ) | |
| MORTGAGE MODIFICATION ) | |
| LITIGATION, ) | |
| ) | CIV. NO. 1:10-md-2193-RWZ |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| THE CONDITIONAL REMAND ) | CONDITIONAL REMAND ORDER |
| ORDER FOR THE CLAIMS ) | ENTERED 10/18/2012 |
| BY PLAINTIFFS ) | |
| ROBERT BROOKING, ) | |
| SUSAN BROOKING, ) | |
| CARRIE LEE ARTHUR, and ) | |
| NICOLE SHARRET ) | |
| ) | |
| ORIGINAL CASE: ) | |
| EASTERN DISTRICT OF VIRGINIA) | CIV. NO.  1:10CV1360-JCC |

## JOINT STIPULATION OF THE CONTENTS
## OF THE RECORD TO BE REMANDED

NOW COME the parties, by counsel, and in accordance with Rule 10.4(a) and the Conditional Remand Order entered by this Court on October 12, 2012 (Docket # 170), the parties stipulate that the following contents of the record should be remanded to the Eastern District of Virginia in Civil Action No. 1:10-cv-1360-JCC:

| Docket No. | Title of Document |
|---|---|
| 84-86 | Amended Complaint Third and Exhibits |
| 94 | Answer to Complaint |
| 113 | Motion for Leave to File an Amended Complaint and Request of Suggestion of Remand by Consolidated Plaintiffs |
| 116 | Opposition to Motion for Leave to File an Amended Complaint and Request for Suggestion of Remand |
| 121 | Reply to Opposition to Motion for Leave to File an Amended Complaint and Request for Suggestion of Remand |

| 123 | Order (Suggestion of Remand) |
| --- | --- |
| 170 | Conditional Remand Order |

The parties respectfully request the court enclose the contents of the record identified above when the Plaintiffs' claims are remanded to the United States District Court for the Eastern District of Virginia so that their individual claims may be resolved.

Dated: February 21, 2013

Susan Brooking, Robert Brooking,  Bank of America, N.A.
Carrie Lee Arthur, Nicole Sharrett


_____/s/_____      _____/s/_____
Leonard A. Bennett (VSB No. 37523)   James W. McGarry
E-mail: lenbennett@clalegal.com      Email: jmcgarry@goodwinprocter.com
Consumer Litigation Associates, P.C. Goodwin Procter, LLP
763 J. Clyde Morris Blvd. 1-A        53 State Street Exchange Place
Newport News, VA 23601               Boston, MA 02109
Phone:  757/930-3660                 Phone: 617-570-1332
Fax:    757/930-3662                 Fax: 617-227-8591
***Counsel for Plaintiffs***         ***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew M. Batchelor
Goodwin Procter LLP
Exchange Place
53 State Street Boston, MA 02109
617-570-1000
Email: abatchelor@goodwinprocter.com

Andrew Gordon Yates
Lane Powell Pc (Sea)
1420 Fifth Ave Ste 4100
Seattle, Wa 98101-2338
206-223-7000

Brooks R. Brown
Goodwin Procter, LLP
10250 Constellation Boulevard
Los Angeles, CA 90067
310-788-5100
Email: bbrown@goodwinprocter.com

Dahlia S. Fetouh
Goodwin Procter LLP
Exchange Place
53 State Place Boston, MA 02109
617-570-1263
Fax: 617-523-1231
Email: dfetouh@goodwinprocter.com

Gregory Bryan Iannelli
Bryan Cave LLP
2 N Central Ave Ste 2200
Phoenix, AZ 85004-4406
602-364-7053
Fax: 602-364-7070

James W. McGarry
Goodwin Procter, LLP
53 State Street Exchange Place
Boston, MA 02109
617-570-1332
Fax: 617-227-8591
Email: jmcgarry@goodwinprocter.com

James W. Purcell
Fulcher Hagler, LLP
P.O. Box 1477
Augusta, GA 30903-1477
706-724-0171
Fax: 706-396-3613
Email: jpurcell@fulcherlaw.com

John S Devlin , III
Lane Powell Pc (Sea)
1420 Fifth Ave Ste 4100
Seattle, Wa 98101-2338
206-223-7000
Fax: 206-223-7107

Lauren S. Kupersmith
Goodwin Procter LLP
Exchange Place
53 State Street Boston, MA 02109
617-570-1000
Email: lkupersmith@goodwinprocter.com

Martin C. Bryce , Jr.
Ballard Spahr Andrews And Ingersoll, L.L.P.
1735 Market Street 51st Floor
Philadelphia, Pa 19103
215-864-8238
Fax: 215-864-9511

Mark T. Knights
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1342
Email: mknights@goodwinprocter.com

Robert W. Shely
Bryan Cave LLP
2 North Central Avenue Suite 2200
Phoenix, AZ 85004-4406
602-364-7000

Susanne Noyes Geraghty
Goodwin Procter LLP
3 Embarcabero Center
24th Floor
San Francisco, CA 94111 415 733 6000

***Counsel for Defendant***

                                                                                                  /s/_____
                                                       Leonard Anthony Bennett
                                                       Consumer Litigation Associates, P.C.
                                                       763 J. Clyde Morris Blvd. 1-A
                                                       Newport News, VA 23601
                                                             ***Counsel for Plaintiffs***