UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2193<br><br>**Centralized before the Honorable Rya W. Zobel** |

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Local Rule 7.2 and Fed. R. Civ. P. 23, Plaintiffs respectfully submit this Motion for Class Certification ("Motion"). Plaintiffs request that the Court certify the following 26 separate liability-only classes pursuant to Rule 23(c)(4), consisting of individuals in 26 states[1] who meet the following definition:

> All individuals with home mortgage loans on properties in [state] whose loans have been serviced by Bank of America and who, since April 13, 2009, have entered into a Trial Period Plan Agreement with Bank of America and made all trial payments required by their Trial Period Plan Agreement, other than borrowers to whom Bank of America tendered either:
>
> (a) A Home Affordable Mortgage Agreement sent to the borrower prior to the Modification Effective Date specified in the Trial Period Plan Agreement; or
>
> (b) A written denial of eligibility sent to the borrower prior to the Modification Effective Date specified in the Trial Period Plan Agreement.

---

[1] The 26 states are Alabama, Alaska, Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, Kentucky, Maryland, Massachusetts, Michigan, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, Texas, Virginia, Washington, and Wisconsin.

"Trial Period Plan Agreement," as used in this definition, refers to the agreements BoA provided to borrowers in 2009 and the first part of 2010, pursuant to Treasury Directive SD-09 (and *excludes* agreements BoA made for FHA loans pursuant to different contracts).

Plaintiffs also request that oral argument be heard on their Motion. This Motion is supported by the following:

1. Plaintiffs' Memorandum in Support of Motion for Class Certification.

2. Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification, and all exhibits thereto.

3. Plaintiffs' Proposed Trial Plan, and all exhibits thereto.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion For Class Certification and the relief requested herein.

Dated: June 7, 2013

    Respectfully Submitted,

    */s/ Steve W. Berman*
    Hagens Berman Sobol Shapiro LLP
    Steve W. Berman
    Ari Y. Brown
    Tyler S. Weaver
    1918 8th Avenue, Suite 3300
    Seattle, WA 98101
    206.623.7292 (p)
    206.623.0594 (f)
    steve@hbsslaw.com
    ari@hbsslaw.com
    tyler@hbsslaw.com

    */s/ Gary Klein*
    Klein Kavanagh & Costello
    Gary Klein (BBO 560769)
    Shennan Kavanagh (BBO 655174)
    Kevin Costello (BBO 669100)
    85 Merrimac Street
    Boston, MA 02114617
    617.357.5500 (p)

- 3 -

klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I certify that pursuant to Local Rule 7.1 that on June 7, 2013, counsel for all parties have conferred, and Defendant opposes the relief sought in this motion.

/s/ Steve W. Berman
Hagens Berman Sobol Shapiro LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steve W. Berman
Hagens Berman Sobol Shapiro LLP

- 3 -

010176-16 616710 V1