# Exhibit 9

## *Alabama*

Kimberley George


## *Alaska*

Rafael Magno


## *Arizona*

Teresa Follmer

Tamara Golden


## *California*

Manuel & Magali Alvarenga

Jesus Carillo

Matthew Nelson & Angelica Huato-Nelson


## *Connecticut*

Kim Morrow & Ken Clark


## *Colorado*

Ana Torrico

## *Florida*

Shari N. Goldman

Darren Kunsky


## *Georgia*

Melissa Wood


## *Illinois*

Kelly and Holli Cipowski


## *Kentucky*

Heather Galasso


## *Maryland*

Antoun & Sabah Moussa


## *Massachusetts*

Vellyn Antonelli

John & Katie Buckley

Carmen Fox

Fausto Cabrera

Alexandra Joseph

Joseph & Lauren Manfredonia


## _Michigan_

Victor Dugree


## _Missouri_

David Haeberle


## _Nevada_

Pamela Frickx

James & Loretta Kirkpatrick


## _New Jersey_

Issac & Marlen Mikhail


## _New York_

Andrew Bianchi

Marie Freeman

Jean Rho & Tae Young

Michael & April Taddeo

### *North Carolina*

Christian & Yelena McManaman


### *Ohio*

Richard and Mary Hlvasa


### *Oregon*

James Langen


### *Pennsylvania*

Joseph & Gina Haber

Donald & Maria Hall

Mitchell & Mindy Lightman

Jason Volpe


### *Rhode Island*

Ny Yang & Hour Kim


### *Texas*

Tiffaney Small

### *Virginia*

Ahmad Taheri Ghomi

Aissatou Balde

### *Washington*

Anthony & April Soper

### *Wisconsin*

Enrique & Mistee Lopez