# Exhibit 10

EXHIBIT 10

**List of Claims and States for Which Plaintiffs Seek Certification**

In order to assist the Court in understanding which claims Plaintiffs seek to certify for each of the 26 states, Plaintiffs have prepared the following table, which lists the claims at issue for each state.

| State | Claims for Which Plaintiffs Seek Certification |
|---|---|
| Alabama | Breach of contract (incorporates duty of good faith and fair dealing) <br><br> Promissory estoppel |
| Alaska | Breach of contract <br><br> Breach of implied covenant of good faith and fair dealing <br><br> Promissory estoppel <br><br> UDAP claim |
| Arizona | Breach of contract <br><br> Breach of implied covenant of good faith and fair dealing <br><br> Promissory estoppel <br><br> UDAP claim |
| California | Breach of contract <br><br> Breach of implied covenant of good faith and fair dealing <br><br> Promissory estoppel <br><br> UDAP claim |
| Colorado | Breach of contract (incorporates duty of good faith and fair dealing) <br><br> Promissory estoppel |

|  | UDAP claim |
|---|---|
| Connecticut | Breach of contract |
|  | Breach of implied covenant of good faith and fair dealing |
|  | Promissory estoppel |
|  | UDAP claim |
| Florida | Breach of contract (incorporates duty of good faith and fair dealing) |
|  | Promissory estoppel |
|  | UDAP claim |
| Georgia | Breach of contract (incorporates duty of good faith and fair dealing) |
|  | Promissory estoppel |
| Illinois | Breach of contract (incorporates duty of good faith and fair dealing) |
|  | Promissory estoppel |
|  | UDAP claim |
| Kentucky | Breach of contract (incorporates duty of good faith and fair dealing) |
|  | Promissory estoppel |
|  | UDAP claim |
| Maryland | Breach of contract (incorporates duty of good faith and fair dealing) |
|  | Promissory estoppel |
|  | UDAP claim |
| Massachusetts | Breach of contract |
|  | Breach of implied covenant of good faith and fair dealing |
|  | Promissory estoppel |
|  | UDAP claim |

EXHIBIT 10

| Michigan | Breach of contract (incorporates duty of good faith and fair dealing) |
| --- | --- |
| | Promissory estoppel |
| | UDAP claim |
| Missouri | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | Promissory estoppel |
| | UDAP claim |
| Nevada | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | Promissory estoppel |
| | UDAP claim |
| New Jersey | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | Promissory estoppel |
| | UDAP claim |
| New York | Breach of contract (incorporates duty of good faith and fair dealing) |
| | Promissory estoppel |
| | UDAP claim |
| North Carolina | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | UDAP claim |
| Ohio | Breach of contract (incorporates duty of good faith and fair dealing) |
| | Promissory estoppel |

EXHIBIT 10

| Oregon | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | Promissory estoppel |
| | UDAP claim |
| Pennsylvania | Breach of contract (incorporates duty of good faith and fair dealing) |
| | Promissory estoppel |
| | UDAP claim |
| Rhode Island | Breach of contract (incorporates duty of good faith and fair dealing) |
| | Promissory estoppel |
| | UDAP claim |
| Texas | Breach of contract |
| | Promissory estoppel |
| Virginia | Breach of contract (incorporates duty of good faith and fair dealing) |
| Washington | Breach of contract (incorporates duty of good faith and fair dealing) |
| | Promissory estoppel |
| | UDAP claim |
| Wisconsin | Breach of contract |
| | Breach of implied covenant of good faith and fair dealing |
| | Promissory estoppel |
| | UDAP claim |