# Exhibit 11



Klein Kavanagh Costello, LLP

85 Merrimac Street | Boston, Massachusetts 02114
Tel. 617. 357.5500

**FIRM RESUMÉ**

Klein Kavanagh Costello is devoted to enforcement of consumer rights. This commitment is born of decades of experience. KKC lawyers have varied professional backgrounds that include service in civil legal aid, non-profit consumer advocacy, and the Peace Corps. Through these endeavors, KKC has extensive expertise to bring to bear on behalf of its clients. Our attorneys have a long track record of success across the country. In the last decade, KKC attorneys have obtained more than $500 million for consumers victimized by predatory business practices. For example, KKC's lawyers have successfully litigated class actions against Household Finance Corporation, H&R Block, Fairbanks Capital Corporation, Capital One, Wells Fargo and Ameriquest. KKC attorneys have also litigated and resolved groundbreaking national cases based on claims that minority homeowners were discriminatorily overcharged for mortgage loans.

Most recently, KKC attorneys have been at the forefront of national litigation seeking to vindicate the rights of homeowners participating in the federal government's Home Affordable Modification Program ("HAMP"). KKC has been appointed interim co-lead counsel in three national multi-district cases alleging that Bank of America, Chase and Citibank have failed to honor their commitments to modify mortgages. KKC has also successfully prosecuted similar cases against many other lenders. KKC attorneys are presently litigating claims on behalf of borrowers whose homes were wrongfully foreclosed, as well as for homeowners who entered into permanent loan modifications that the banks later failed to honor.

KKC attorneys have also developed a broad  range of expertise beyond housing.  We have brought cases challenging civil rights abuses, unfair debt collection practices, violations of the Telephone Consumer Protection Act, and defective products. KKC also has experience in False Claims Act cases, in which we have brought claims on behalf of whistleblowers alleging fraud involving government funds. KKC has also brought antitrust claims on behalf of plaintiffs alleging improper collusion in the pricing of consumer products.

The individual resumé of each KKC partner follows.

**GARY KLEIN, ESQUIRE**
**KLEIN KAVANAGH COSTELLO, LLP**
**85 Merrimac Street**
**Boston, MA 02114**
**Email: klein@kkcllp.com**
**http://www.kkcllp.com**

**Curriculum Vitae**

## PROFESSIONAL EXPERIENCE

### KLEIN KAVANAGH COSTELLO, LLP – BOSTON, MA
**January 2012 - present**

Mr. Klein is a lead partner in this nationally known litigation firm specializing in consumer class actions and litigation, with a particular focus on unfair banking practices, civil rights and products liability. KKC is court appointed lead counsel in seven multidistrict litigation proceedings.

### RODDY KLEIN & RYAN – BOSTON, MA
January 2001 – December 2012

Mr. Klein was a partner in the firm.  At RKR he directed numerous successful litigation projects, many of which are summarized below.

### G.KLEIN CONSULTING – MEDFORD, MA
January 2001 – present

Mr. Klein provides consulting and expert testimony on a variety of consumer credit issues.

### NATIONAL CONSUMER LAW CENTER -- BOSTON, MA
1991 – 2000

Mr. Klein was a Senior Attorney and Director of the Center's Sustainable Homeownership Initiative. He was responsible for managing a wide range of grants and contracts, for writing many of the Center's well known publications on consumer law, and for various consulting and advocacy projects. His legislative advocacy included successfully lobbying Congress in 1994 in support of the Homeownership and Equity Protection Act

(HOEPA) and organizing opposition to credit industry efforts to revise the nation's bankruptcy laws. Mr. Klein also served as co-counsel or as a consultant in more than 200 class action and individual consumer cases.

**NEW HAMPSHIRE LEGAL ASSISTANCE – MANCHESTER, NH.**
1991

Mr. Klein was managing attorney supervising an office of six attorneys and three legal advocates. He litigated predatory lending cases and contested bankruptcy issues.

**COMMUNITY LEGAL SERVICES, INC. -- PHILADELPHIA, PA.**
1985 – 1991

Mr. Klein specialized in housing, consumer, bankruptcy, utility, and domestic violence law for low-income Philadelphians in a preeminent legal services program. During his tenure, Mr. Klein tried more than 40 cases in various courts primarily addressing consumers' claims against finance companies for unfair lending practices.

**LAW CLERK TO THE HONORABLE BRUCE I. FOX, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
September, 1987 - September, 1988

**EDUCATION**

J.D. Rutgers University - Newark, 1985 (Editor in Chief: Civil Rights Law Journal)

B.A. Yale University, 1980

**BAR ADMISSIONS**

United States Supreme Court
Supreme Judicial Court of Massachusetts
Supreme Court of Pennsylvania (inactive)
Supreme Court of New Hampshire (inactive)
First, Second, Third Fifth, Sixth, Seventh and Ninth Circuit Courts of
    Appeals

**PROFESSIONAL ASSOCIATIONS**

- Lawyers Committee for Civil Rights Under Law of the Boston Bar Association (Board of Directors)
- American Bankruptcy Institute (former member, Board of Directors)
- Coalition for Consumer Bankruptcy Education (former member, Board of Directors)
- National Association of Consumer Bankruptcy Attorneys (former Director)
- National Association of Consumer Attorneys (Issues Committee Member)
- Lawyers Clearinghouse on Affordable Hsg. and Homelessness (former Steering Committee member)
- Boston Bar Association (member and former co-chair Class Action Subcommittee)
- Public Justice (member) (nominee for Trial Lawyer of the Year – 2004)
- Loyola Consumer Law Review (Advisory Board Member)
- St. John's University, LL.M in Bankruptcy Program (Advisory Board Member)
- Peer Rated AV Preeminent and a Massachusetts "Super Lawyer"

**PROFESSIONAL ACTIVITIES**

*Representative Litigation Projects*

Court Appointed Interim Co-Lead Counsel, *In re JPMorgan Chase Mortgage Modification Litigation,* 11-md-02290 RGS (D. Mass) (challenge to Chase's failure to permanently modify troubled mortgages in the HAMP program).

Court Appointed Interim Co-Lead Counsel, *In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation,* 10-md-02193 RWZ (D. Mass) (challenge to BOA's failure to honor commitments to modify mortgages).

Court Appointed Interim Co-Lead Counsel, *In re Porsche Cars North America, Inc. Plastic Coolant Tubes Products Liability Litigation*, 11-md-2233 (S.D. Ohio) (products liability case challenging Porsche's failure to replace defective coolant tubes).

Court Appointed Co-Lead Counsel, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715 (N.D. Ill.) (challenge to  subprime mortgage lending practices).

Court Appointed Co-Lead Counsel, *In re Wells Fargo Mortgage Lending Practices Litigation*, 08-cv-1930 MMC (N.D. Cal.) (pending challenges to discriminatory mortgage lending practices).

Court Appointed Co-Lead Counsel, *In re Countrywide Financial Corp. Mortgage Lending Practices Litigation*, MDL No. 1974 (W.D. Ky.) (pending challenges to discriminatory mortgage lending practices).

Lead Counsel, *Ramirez v. Greenpoint Mortgage Funding, Inc.,* C08-0369 (N.D. Cal.) (class action settlement of mortgage lending discrimination claims asserting disparate impact of lender's discretionary loan mark-up policies).

Lead Counsel, *Allen v. Decision One Mortgage Co.,* 07-cv-11669-GAO (D. Mass.) (class action settlement of lending discrimination claims).

Co-Lead Counsel, *Payares v. JPMorgan Chase & Co.*, 2:07-cv-05540-AG-AN (C.D. Cal.) (settlement of nationwide class action alleging mortgage lending discrimination).

*In re Household Lending Litigation,* Case No. C 02-1240 CW (N.D. Cal.) (settlement of nationwide class action based on predatory lending practices).

*Curry v. Fairbanks Capital Corporation*, 2004 WL 3322609, 03-10875-DPW (D. Mass.) (settlement of nationwide class action based on predatory loan servicing practices).

*Coleman v. General Motors Acceptance Corp.,* et al., 3-98-0211 (M.D.Tenn.) (class action settlement in case of first impression on the application of the Equal Credit Opportunity Act to discriminatory auto financing practices).

*Mey v. Herbalife International, Inc.*, Civil Action Number, 01-263M (Ohio County, W. VA) (class settlement of claims under the federal Telephone Consumer Protection Act).

4

*Pettway v. Harmon Law Offices PC*, C.A. No. 03-10932 (D. Mass) (class settlement of claims for overcharges against foreclosure law firm).

*Vieau v. AGFA Corp. et al.,* C.A. No. 06-11320 (D. Mass) (class action settlement in connection with failure to provide necessary maintenance and service to lessors of digital photographic processing equipment).

*Mendez v. Island Finance Corporation*, 03-1075-JAF (D. P.R.) (settlement of class action alleging violations of the Truth in Lending Act).

*Kent et al. v. Western Massachusetts Electric Co.*, HAMPCV 2001-00232 (Ma. Sup.) (settlement of consumer claims related to utility overcharge based on misclassification of billing rate).

*Dwyer et al. v. NSTAR, Inc. et al.,* No. SUCV2001-01817 (Ma. Sup.) (settlement of consumer claims related to utility overcharge).

*Cason v. Nissan Motors Acceptance Corp., et al.*, 3-98-0223 (M.D.Tenn.) (settlement of class action case on the application of the Equal Credit Opportunity Act to discriminatory auto financing practices).

*Mazola, et al. v. May Co. Dep't. Stores, Inc.,* C.A. 97-10872 NG (D. Mass.) (successful class action obtaining restitution and damages for unlawful bankruptcy reaffirmation practices).

*In re: Ocwen Loan Servicing, LLC Mortgage Servicing Litigation*, 491 F.3d 638 (7th Cir. 2007).

*In re Hoskins*, 102 F.3d 311 (7th Cir. 1996).

*Lomas Mortgage Co. v. Louis*, 82 F. 3rd 1 (1st Cir. 1995).

Counsel for Amicus Curiae, *Field v. Mans*, 516 U.S. 59 (1995).

*Bosque v. Wells Fargo Bank, N.A.*, 762 F. Supp. 2d 342 (D.Mass., 2011).

*Durmic v. J.P. Morgan Chase Bank, N.A.,* Civil Action No. 10-CV-10380-RGS, 2010 WL 4825632 (D. Mass).

*Ramirez v. Greenpoint Mortgage Funding, Inc.,* 633 F. Supp. 2d 922 (N.D. Cal. 2010).

*Miller v. Countrywide Bank, NA*, 571 F. Supp. 2d 251 (D. Mass. 2009).

*In re Cano*, 410 B.R. 506 (Bankr. S.D.Tex., 2009)

*In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, 2007 WL 1202544 (N.D.Ill., 2007).

*Pettway v. Harmon Law Offices, P.C.*, 2005 WL 2365331, (D. Mass. 2005).

*Scott v. Fairbanks Credit Corp.,* 284 F. Supp. 2d 880 (S. D. Ohio, 2003).

*Myers v. Federal Home Loan Mortgage Co.,* 175 B.R. 122 (Bankr. D. Mass. 1994).

*In re Fleet*, 122 B.R. 910 (Bankr. E.D. Pa. 1990).

*In re Milbourne*, 108 B.R. 522 (Bankr. E.D. Pa. 1989).

*In re Russell*, 72 B.R. 855 (Bankr. E.D. Pa. 1987).

### Expert Witness

United States Congress, Subcommittee on the Constitution, Civil Rights and Civil Liberties, Protecting the American Dream II: Combating Predatory Lending Under the Fair Housing Act (April, 2010).

United States Congress, Senate Banking Committee, Consumer Credit and Bankruptcy (April, 1999).

United States Congress, Joint Subcommittee on Court Oversight, House and Senate Judiciary Committees, Reforming American Bankruptcy Laws (March, 1999).

*Mallory v. Mortgage America, et al.*, United States District Court for the District of West Virginia, (February, 1999) (mortgage lending abuses).

United States Congress, Senate Committee on Aging, Consumer Counseling and Prevention of Lending Abuses Involving Elderly Homeowners (January, 1999).

*Interclaim Holdings Ltd, et al. v. Down et al.*, Court of Queen's Bench of Alberta, Supreme Court of British Columbia (1999) (telemarketing fraud claims by United States residents against insolvent Canadian companies).

*Lopez v. Delta Funding, et al.*, United States District Court for the Eastern District of New York (December, 1998) (high rate home equity lending abuses affecting elderly borrowers).
United States Congress, Senate Banking Committee, Senate Oversight Hearing on Bankruptcy(March 1998).

National Bankruptcy Review Commission, Reforming the Consumer Bankruptcy System (hearings during January, 1997 to October, 1997).

Massachusetts Office of Consumer Affairs and Business Regulation, Investigation of Unfair and Deceptive Mortgage Lending Practices (November, 1997).

United States Congress, Senate Judiciary Committee, Proposed Consumer Bankruptcy Amendments (June, 1994).

### *Representative Publications*

"Causes of the Subprime Foreclosure Crisis and the Availability of Class Action Responses" 2 Northeastern University Law Journal 137 (Spring 2010) (with Shennan Kavanagh).

Editor, Consumer Bankruptcy Law and Practice, The Consumer Credit and Legal Practice Series (National Consumer Law Center, 6th ed. 2000).

Repossessions and Foreclosures, (National Consumer Law Center, 4th ed. 1999).

Contributing Author, Truth in Lending, (National Consumer Law Center, 4th ed. 2000).

Surviving Debt: A Guide for Consumers, (3rd ed. 1999).

"Remedies for Discharge Violations" American Bankruptcy Institute Law Journal (November/December 2000).

"Means Tested Bankruptcy: What Would It Mean?" 28 U. Memphis Law Rev. 711 (Spring,1998).

"Consumer Bankruptcy in the Balance: The National Bankruptcy Review Commission's Recommendations Tilt Toward Creditors" 5 Amer. Bankr. Inst. Law Rev. 293 (Winter, 1997).

"Circuit Court Allows Stripdown of Mortgage on Multi-family Residence", Norton Bankruptcy Law Adviser (June, 1996).

"Preventing Home Equity Lending Fraud," 7 Loyola Consumer Law Rev. 126 (Summer, 1995).

"Self Representation in the Bankruptcy Courts: The Massachusetts Experience", National Conference of Bankruptcy Judges Endowment for Education and the National Consumer Law Center (1994).

"Preventing Foreclosures: Spotting Loan Scams Involving Low-Income Homeowners", 27 Clearinghouse Review 116 (June, 1993).


### *Representative Seminars*

"Mortgage Discrimination Litigation" Consumer Rights Litigation Conference (November, 2010).

"The Color of Credit: Combating Disparate Impact in Consumer Finance" Open Society Institute, The Federal Reserve Bank of Richmond (September, 2010).

"Mortgage Lending Update," Consumer Financial Services Litigation Institute, Practising Law Institute (March, 2009, February, 2010).

"Litigation Update," Subprime Credit Crisis: Everything You Need to Know, Practising Law Institute (March, 2008).

"Introduction to Consumer Class Actions," Consumer Rights Litigation Conference (October, 2007).

"Predatory Lending," Consumer Financial Services Litigation Seminar, Practicing Law Institute (April, 2005).

"Predatory Lending as a Fair Housing Issue," New Orleans Fair Housing Action Center (June 2004).

"Preventing Predatory Lending," Milwaukee Fair Housing Center (June 2004).

"Mortgage Servicing Issues," Consumer Financial Services Litigation Seminar, Practicing Law Institute (April, 2004).

"Predatory Mortgage Loans and Bankruptcy," American Bankruptcy Institute (July, 2003).

"Preserving the American Dream," A series of seminars on foreclosure prevention and financial literacy for Housing Counselors, Neighborhood Reinvestment Institute (1998-2000).

"Consumer Bankruptcy in Transition," 8th Annual Consumer Rights Litigation Conference, (November, 1999).

"Bankruptcy Reform Legislative Update," Connecticut Bar Association (November, 1999).

"Defending Foreclosures & Utility Terminations," MCLE (November, 1999). "Preventing Predatory Lending and Preserving Homeownership," Neighborhood Reinvestment
Institute (June, 1999).

 "Consumers in Debt: The Personal Bankruptcy Crisis," American Bar Association, (April, 1998).

 "Preserving the American Dream: Loss Mitigation for Homeowners," A series of 10 trainings for the Department of Housing and Urban Development (1997 – 1998).

**SHENNAN KAVANAGH, ESQUIRE**
**KLEIN KAVANAGH COSTELLO, LLP**
**85 Merrimac Street**
**Boston, MA 02114**
**Email: kavanagh@kkcllp.com**
**Web: www.kkcllp.com**

## Curriculum Vitae

### PROFESSIONAL EXPERIENCE

**Klein Kavanagh Costello, LLP – Boston, MA**
**January 2012 - present**

Ms. Kavanagh is a partner in this nationally known litigation firm specializing in consumer class actions and litigation, with a particular focus on unfair banking practices, civil rights and products liability. KKC is court appointed lead counsel in seven multidistrict litigation proceedings.

**Roddy Klein & Ryan - Boston, MA**
**2003 - 2011**

Ms. Kavanagh was an associate specializing in consumer class actions with a particular focus on consumer financial services litigation.

**Volunteer Lawyers Project - Boston, MA**
**2003 - 2005**

Ms. Kavanagh represented low-income debtors in bankruptcy proceedings.

**Legal Advocacy and Resource Center - Boston, MA**
**2002 –2003**

Ms. Kavanagh advised low-income consumers on consumer law issues via a legal hotline, including Chapter 7 and 13 bankruptcy, alternatives to bankruptcy, and debt collection practices. Ms. Kavanagh ran bankruptcy clinics and trained volunteers on the hotline.

**U.S. Peace Corps - Guinea, West Africa**
**1997-1999**

Ms. Kavanagh taught English as a Second Language in a rural high school. In conjunction with the Guinean Ministry of Education, she published a guide to writing lesson plans that was distributed to local English teachers countrywide. Among other projects, Ms. Kavanagh collaborated with students and professors and obtained funding to furnish the local library with resources, including books, games, and a large-scale world map wall mural. She organized events at school to promote awareness of girls' issues and to encourage them to contemplate career options open to them.

## EDUCATION

J.D. Suffolk University Law School - Boston (*cum laude*)
B.A. University of Vermont

## PROFESSIONAL ASSOCIATIONS

Boston Bar Association (Co-Chair, Class Action Committee - 2009-present, member)
National Association of Consumer Advocates (member)

## BAR ADMISSIONS

Supreme Judicial Court of Massachusetts
First Circuit Court of Appeals
Fifth Circuit Court of Appeals
Ninth Circuit Court of Appeals

## PROFESSIONAL ACTIVITIES

### *Representative Litigation Projects*

*Campusano, et al. v. Bank of America, N.A., et al*., 11-cv-04609 (C.D. Cal) (pending national class action challenging Bank of America's failure to honor permanent home loan modifications).

*In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation,* MDL No. 2193 (D. Mass) (Court Appointed Interim Co-Lead Counsel in multi-district litigation proceeding challenging Bank of America's failure to honor commitments to modify mortgages).

*In re Porsche Cars North America, Inc. Plastic Coolant Tubes Products Liability Litigation*, MDL No. 2233 (S.D. Ohio) (Court Appointed Interim Co-Lead Counsel multi-district litigation products liability case challenging Porsche's failure to replace defective coolant tubes).

*Ramirez v. GreenPoint Mortgage Funding, Inc.,* C08-0369, 2010 WL 2867068 (N.D. Cal. July 20, 2010) (class action settlement of mortgage lending discrimination claims asserting disparate impact of lender's discretionary loan mark-up policies).

*In re Wells Fargo Mortgage Lending Practices Litigation*, 08-cv-1930 (N.D. Cal.) (challenges to discriminatory mortgage lending practices).

*In re Countrywide Financial Corp. Mortgage Lending Practices Litigation*, MDL No. 1974 (W.D. Ky.) (challenges to discriminatory mortgage lending practices).

*Allen v. Decision One Mortgage Co.,* 07-cv-11669 (D. Mass.) (national class action settlement of mortgage lending discrimination claims).

*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715 (N.D. Ill.) (national class action settlement of claims for subprime mortgage lending practices).

*Curry v. Fairbanks Capital Corporation*, 03-10875 (D. Mass.) (settlement of nationwide class action based on predatory loan servicing practices).

*Pettway v. Harmon Law Offices PC*, 03-10932 (D. Mass) (class settlement of claims for fee overcharges against foreclosure law firm).

*Mounce v. Wells Fargo Home Mortgage Inc.,* Adv. No. 04-05182, 2008 WL 2224935 (Bankr. W.D. Tex. May 27, 2008), *rev'd on other grounds*, *In re Mounce*, 08-CA-816, 2009 WL 2767134 (W.D. Tex. Aug. 26, 2009) (challenges to Chapter 7 Bankruptcy Code violations).

*Rodriguez, et al. v. Countrywide Home Loans, Inc*., Adv. P. No. 08-01004 (Bankr. S.D. Tex.) (challenges to Chapter 13 Bankruptcy Code violations).

*Santiago, et al. v. Wells Fargo, et. al.*, Adv. P. No. 07-00247 (Bankr. D.P.R.) (class settlement of claims for violation of the Bankruptcy Code's discharge injunction).

*Lample, et al. v. Banco Santander, et al.*, Adv. P. No. 07-00092 (Bankr. D.P.R.) (class settlement of claims for violation of the Bankruptcy Code's discharge injunction).

*Keating v. Encore Credit Corporation, et al*., 07-4736 (Middlesex Superior) (settlement of individual predatory lending case preventing foreclosure on ailing homeowner).

*Martin v. BeForeclosures Corporation, et al.*, Adv. P. No. 04-19278 (Bankr. D. Mass) (individual foreclosure rescue scam case for family with a permanently disabled child).

*Johnson, et al. v. Best Rate Funding Corp*., 07-30070 (D. Mass) (individual case against lender for home loan refinance that was against the borrowers' best interest).

*Representative Publications*

Co-author, "Causes of the Subprime Foreclosure Crisis and the Availability of Class Action Responses" 2 N.U.L.J 137 (Spring 2010) (with Gary Klein).

Co-author, "Mortgage Lending Discrimination and its Role in the Subprime Lending Crisis," written testimony provided for the Hearing Before the Subcomm. on the Constitution, Civil Rights and Civil Liberties of the H. Comm. on the Judiciary, 111th Cong. 162-188 (April 29, 2010) (with Gary Klein).

Contributing author, "Consumer Class Actions" (National Consumer Law Center, 7th Ed. 2010).

Substantive contributions, "Foreclosures, Defenses, Workouts and Mortgage Servicing" (National Consumer Law Center, 2011 Supplement).

Researcher, "Chapter 93A Rights and Remedies: Chapter 13-Business Disputes Under Chapter 93A" by Seth Stadfeld (MCLE 2nd Ed. 2007).

Editor and researcher, "E-Business Legal Handbook" by Michael L. Rustad (New York: Aspen Law & Business 2003).

Writer and editor, "E-Commerce and Communications: Transactions in Digital Information" by Stephen Y. Chow (Matthew Bender & Company, Inc. 2002).

*Representative Seminars*

"Laying a Winning Evidentiary Foundation for Class Certification," National Consumer Law Center Class Action Symposium (November, 2011).

"Mortgage Developments – Litigation and Regulatory," Practicing Law Institute (March, 2011).

"Drafting and Responding to Civil Written Discovery Requests," Boston Bar Association (November, 2010).

"Consumer Litigation Roundtable," Northeastern University Law School (November, 2010).

"Multi-District Litigation:  Boon or Bane?" Boston Bar Association (February, 2010).

"Litigating Fair Housing and Fair Lending Cases," Boston Bar Association (May, 2009).

"Shelter From The Storm: Advocacy In The Subprime Fallout," Northeastern University Law School (March, 2009).

"Subprime Mortgage Discrimination Cases,"National Consumer Law Center (October, 2008).

"Fair Housing and Predatory Lending Training," Massachusetts Attorney General's Office and the Massachusetts Fair Housing Center (June, 2008).

"Community Forum on Foreclosures and Predatory Lending," Boston's Fair Housing Center, Northeastern University (April, 2007).

"Introduction to Consumer Class Actions," National Consumer Law Center (November, 2007).

# KEVIN COSTELLO
## Klein Kavanagh Costello
## 85 Merrimac Street, Boston, Massachusetts 02111
## p. 617.357.5500; f. 617.357.5030
## costello@kkcllp.com
## http://www.kkcllp.com

### <u>Curriculum Vitae</u>

Kevin Costello concentrates his practice in complex consumer litigation and class action law.  Mr. Costello has an extensive history of using the law to protect vulnerable groups of people, including work in the fields of health care, public benefits and housing.

## <u>PROFESSIONAL EXPERIENCE</u>

**Klein Kavanagh Costello – Boston, MA**
**January 2012 - Present**
Mr. Costello is a partner in this nationally known litigation firm specializing in consumer class actions and litigation, with a particular focus on unfair banking practices, civil rights and products liability. KKC is court appointed lead counsel in seven multidistrict litigation proceedings.

**Roddy Klein & Ryan - Boston, MA**
**March 2008 – December 2011**
Roddy Klein & Ryan specialized in consumer class actions with a particular focus on consumer financial services litigation.  Representative work is listed below.

**Dwyer & Collora - Boston, MA**
**September 2007 - February 2008**

Mr. Costello worked as an associate at Dwyer & Collora is a leading boutique litigation firm, focusing on complex civil litigation and criminal defense.  Mr. Costello worked as an associate at the firm, representing, among others, an employee in a federal securities investigation, and an international energy corporation in a contract dispute.

**Law Clerk to the Hon. Francis X. Spina, Supreme Judicial Court - Boston, MA**
**August 2006 – August 2007**

1

**Community Legal Services; Elderly Law Project - Philadelphia, PA**
**September 2002 – August 2006**

As a staff attorney awarded a fellowship by the Independence Foundation, Mr. Costello advocated for low-income seniors in areas of health care and benefits.  Among other projects, Mr. Costello served as co-counsel in federal class action involving Medicare and Medicaid that reached successful settlement.  In addition, Mr. Costello argued before a Pennsylvania appellate court challenging a state agency's administration of drug program for low-income seniors.  Mr. Costello gained extensive experience representing low-income clients in their dealings with the Social Security Administration, Department of Public Welfare and other public agencies.  Mr. Costello also advocated for hospital and nursing home patients in areas of access to services, quality of care, discharge planning and payment.  Mr. Costello successfully litigated dozens of hearings before administrative law judges during his time with Community Legal Services

**Law Clerk to the Hon. Joseph H. Rodriguez, U.S. District Court – Camden, NJ**
**August 2001 – August 2002**

## EDUCATION

**University of Pennsylvania Law School** - Philadelphia, PA
Juris Doctorate, *cum laude*, 2001
*Honors*:  Public Interest Scholarship:  Presented to four incoming students with a commitment to public service and academic achievement.
       Benjamin R. Jones Award:  For outstanding contribution to the public interest.
       Leebron Memorial Prize:  For best paper in the field of constitutional law.

*Internships*:  Worked for Legal Aid Society of New York; Civil Appeals Unit, and the San Francisco Neighborhood Legal Assistance Foundation

**Boston College**, *College of Arts and Sciences* - Chestnut Hill, MA
Bachelor of Arts, *cum laude,* History, 1996

## PROFESSIONAL ASSOCIATIONS

Boston Bar Association
National Association of Consumer Advocates

## BAR ADMISSIONS

Supreme Judicial Court of Massachusetts - 2007
United States District Court, District of Massachusetts - 2007
United States District Court, Eastern District of Pennsylvania - 2004
Supreme Court of Pennsylvania – 2002

## PUBLICATIONS

*Massachusetts v. Fremont Investment and Loan*, 452 Mass. 733 (2008), Case Comment, 92 MASS. L. REV. 203 (April 2010).

Special Contributor to the Legal Intelligencer of Philadelphia – 2004-2005

W*ithout a Country:  Indefinite Detention as Constitutional Purgatory*, 3 U. PA. J. CONST. L. 503 (2001).

## PROFESSIONAL ACTIVITIES

### *Representative Litigation Projects*

*In re JPMorgan Chase Mortgage Modification Litigation*, 11-md-02290 RGS (D. Mass) (Court appointed Interim Co-Lead Counsel in challenge to Chase's failure to permanently modify troubled mortgages in the HAMP program).

*In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation*, 10-md-02193 RWZ (D. Mass) (Court appointed Interim Co-Lead Counsel in challenge to challenge to BOA's failure to honor commitments to modify mortgages).

*Bosque v. Wells Fargo Bank, N.A.,* No. 10-10311-FDS (D. Mass.) (alleging breach of contract and unfair and deceptive practices against loan servicer participating in federal loan modification program).

*Manson, et al. v. GMAC Mortgage, LLC, et al.,* No. 08-CV-12166-RGS (D. Mass.) (challenging validity of statewide foreclosures performed without holding a mortgage assignment).

*Ramirez, et al. v. Greenpoint Mortgage Funding*, No. 08-00369-EDL (N.D. Cal.) (pending challenges to discriminatory mortgage lending practices).

*In re Wells Fargo Mortgage Lending Practices Litigation*, 08-cv-1930 MMC (N.D. Cal.) (challenges to discriminatory mortgage lending practices).

*In re Countrywide Financial Corp. Mortgage Lending Practices Litigation*, MDL No. 1974 (W.D. Ky.) (challenges to discriminatory mortgage lending practices).

*Allen v. Decision One Mortgage Co.,* 07-cv-11669-GAO (D. Mass.) (class action settlement of mortgage lending discrimination claims).

***Representative Seminars***

*National Consumer Law Center* – "Handling Mortgage Cases from A to Z" – July 2011 -- Conference Session on Home Affordable Modification Program ("HAMP") Litigation.

*National Consumer Law Center* – 19th Annual Consumer Rights Litigation Conference – November 2010 – Boston, MA – Panelist on Loan Modification Strategy and Home Affordable Modification Program ("HAMP") Litigation.

*Institute for Foreclosure Legal Assistance* – National Association of Consumer Advocates – May 2010 – Chicago, IL - Training for grant recipients in Recoverable Grant Program.

*Committee on Regional Training* ("*CORT*")– collaboration of Michigan, Ohio and West Virginia Poverty Law programs - Consumer Law Training – April 2010 – Ann Arbor, MI – Training for staff attorneys on consumer law litigation.

*Practising Law Institute* – 14th Annual Consumer Financial Services Litigation Institute – March 2009 – New York, NY - Presenter on Mortgage Litigation Panel.