# Exhibit 12



**SEATTLE**

1918 EIGHTH AVENUE – SUITE 3300
SEATTLE, WA 98101
TELEPHONE 206.623.7292
FACSIMILE 206.623.0594

**BOSTON**

55 CAMBRIDGE PARKWAY – SUITE 301
CAMBRIDGE, MA 02142
TELEPHONE 617.482.3700
FACSIMILE 617.482.3003

**CHICAGO**

1144 W. LAKE STREET – SUITE 400
OAK PARK, IL 60301
TELEPHONE 708.628.4949
FACSIMILE 708.628.4950

**COLORADO SPRINGS**

2301 E. PIKES PEAK AVENUE
COLORADO SPRINGS, CO 80909
TELEPHONE 719.635.0377
FACSIMILE 719.635.2920

**LOS ANGELES**

301 NORTH LAKE AVENUE – SUITE 203
PASADENA, CA 91101
TELEPHONE 213.330.7150
FACSIMILE 213.330.7152

**MINNEAPOLIS**

5001 CHOWEN AVENUE S. – SUITE 2000
MINNEAPOLIS, MN 55410
TELEPHONE 612.435.8644
FACSIMILE 952.400.5695

**NEW YORK**

ONE PENN PLAZA – 36TH FLOOR
NEW YORK, NY 10119
TELEPHONE 212.752.5455
FACSIMILE 917.210.3980

**PHOENIX**

11 WEST JEFFERSON STREET – SUITE 1000
PHOENIX, AZ 85003
TELEPHONE 602.840.5900
FACSIMILE 602.840.3012

**SAN FRANCISCO**

715 HEARST AVENUE – SUITE 202
BERKELEY, CA 94710
TELEPHONE 510.725.3000
FACSIMILE 510.725.3001

**WASHINGTON, D.C.**

1629 K STREET, NW – SUITE 300
WASHINGTON, D.C. 20006
TELEPHONE 202.355.6435
FACSIMILE 202.355.6455

www.hbsslaw.com

## INTRODUCTION

**3**     **The Firm**

**4**     **Major Successes**

## PRACTICE AREAS

Hagens Berman has a diverse practice and regularly represents plaintiffs in a wide variety of cases that do not neatly fit into specific practice groups.  However, most of our work can be categorized into the following practice areas:

**5**     **Investor Fraud** – Individual and Class Action Litigation

**7**     **ERISA/Retirement Plan Protection**

**8**     **Antitrust**

**10**    **Consumer Protection** – General Class Litigation

**12**    **Consumer Protection** – Defective Product Litigation

**13**    **Consumer Protection** – Drugs and Supplement Litigation

**15**    **Employment Litigation**

**17**    **Civil and Human Rights**

**19**    **Whistleblower Litigation**

**21**    **Governmental Representation**

**23**    **Personal Injury and Abuse**

**24**    **Intellectual Property**

**25**    **Lending and Mortgage Fraud**



## INTRODUCTION | **The Firm**

Hagens Berman Sobol Shapiro LLP was founded in 1993 with one purpose: to help victims with claims of fraud and negligence that adversely impact a broad group of people. We represent plaintiffs in complex class-action and multi-party litigation protecting investors, inventors, whistleblowers, consumers, workers, and the environment.

We are one of the nation's leading firms in these fields, and have earned an international reputation for excellence and innovation.

**Our Focus.**  Our main focus is to represent plaintiffs in securities and investment fraud, product liability, tort, antitrust, consumer fraud, employment, whistleblower, intellectual property, environmental, and employee pension protection cases. Our firm is particularly skilled at managing multi-state and nationwide class actions through an organized, coordinated approach that implements an efficient and aggressive prosecutorial strategy in order to place maximum pressure on the defendant.

**We Win.**  We believe excellence stems from a commitment to try each case, vigorously represent the best interests of our clients, and obtain maximum recovery. We believe we have tried a higher percentage of cases than our competition. Our opponents know this, respect our skills and recognize our track record of achieving top results.

**Incentivized to Succeed.**  Winning is especially important to Hagens Berman because our compensation depends so much on our performance. We devote approximately 95 percent of our time to litigation under fee agreements that tie our pay to the results we achieve, not to the hours we bill. We have developed innovative contingent- and flat-fee arrangements with many clients, including partial contingent fees that reduce our hourly rates for a stake in the outcome. We are willing to use reverse contingent fee arrangements for defending cases where the amount we save our clients determines our compensation.

**A Nationwide Reach.**  The scope of our practice is truly nationwide. We have flourished through our network of offices in Seattle, Boston, Chicago, Colorado Springs, Los Angeles, Minneapolis, New York, Phoenix, San Francisco and Washington, D.C. Our reach is not limited to the cities where we maintain offices. We have cases pending in courts across the country, with substantial activity in California, New York, Washington, Arizona, Illinois and Idaho.

**Visa-MasterCard Antitrust Litigation –**
The firm served as co-lead counsel in the largest antitrust settlement in history – valued at **$27 billion**.

**McKesson Drug Litigation –**
Hagens Berman was lead counsel in these racketeering cases against McKesson for drug pricing fraud that settled for more than **$444 million** on the eve of trials.

**State of Washington, et al. v. Philip Morris, et al. –**

Hagens Berman represented 13 states in the largest recovery in litigation history – **$206 billion**.

**DRAM Antitrust Litigation –**
The firm was co-lead counsel, and the case settled for **$345 million** in favor of purchasers of dynamic random access memory chips (DRAM).

**Average Wholesale Price Drug Litigation –**
Hagens Berman is co-lead counsel in this ground-breaking drug pricing case against the world's largest pharmaceutical companies, resulting in a victory at trial. The court approved a total of **$338 million** in settlements.

**Enron ERISA Litigation –**
Hagens Berman was co-lead counsel in this ERISA litigation, which recovered in excess of **$250 million**, the largest ERISA settlement in history.

**Lupron Consumer Litigation –**
A **$150 million** settlement on behalf of patients using Lupron for prostate cancer.

**Charles Schwab Securities Litigation –**
The firm was lead counsel in this action alleging fraud in the management of the Schwab YieldPlus mutual fund; a **$235 million** class settlement was approved by the court.

**Expedia Hotel Taxes and Fees Litigation –**
Hagens Berman obtained summary judgment in this class action to recover deceptive service fees and settled the case for **$123.4 million**.

PRACTICE AREAS | **Investor Fraud**
**Individual and Class Action Litigation**

Investing is a speculative business involving a wide variety of risks, and sound investment decisions can only be made when you have full disclosure of accurate information. No money manager, retirement fund or individual investor should suffer undue risk or incur losses due to misrepresentations related to the investment at issue.

Our attorneys work for institutional and individual investors defrauded by unscrupulous corporate insiders and mutual funds. The firm vigorously pursues fraud recovery litigation, forcing corporations and mutual funds to answer to deceived investors.

Hagens Berman is one of the country's leading securities litigation firms and advises clients in both individual and class-action cases. The firm has the experience, dedication, and a team with the horsepower required to drive complex cases to exemplary outcomes. Our attorneys are authorities in a wide array of issues unique to federal and state securities statutes and related laws. We also use a variety of highly experienced experts as an integral part of our prosecution team.

Some of the firm's more noteworthy successes on behalf of our investor clients include:

▸ **Charles Schwab Securities Litigation** – The firm was lead counsel in this action alleging fraud in the management of the Schwab YieldPlus mutual fund. The firm secured a $235 million class settlement for investors, a nearly unheard of recovery as a percentage of total losses.

▸ **Oppenheimer** – The firm was additional counsel for the lead plaintiffs in this class-action litigation alleging Oppenheimer misled investors regarding its Champion and Core Bond Funds, which resulted in the recovery of $100 million for the classes.

▸ **Tremont** – The firm was co-lead counsel in a case alleging Tremont Group Holdings breached its fiduciary duties by turning over $3.1 billion to Bernard Maddoff. A federal judge gave final approval to a $100 million settlement between investors, Tremont and its affiliates.

▸ **Enron** – Hagens Berman was co-lead counsel in this ERISA litigation, which recovered more than $250 million, the largest ERISA settlement in history.

▸ **Boeing** – The subject of a BusinessWeek feature article, this case uncovered critical production problems with the *777* airliner documented internally by Boeing, but swept under the rug until a pending merger with McDonnell Douglas was completed. Hagens Berman worked to uncover evidence demonstrating that the company knew of the concealed problems, eventually pressing Boeing into a record-breaking settlement of more than $92.5 million.

- **Morrison Knudsen** – After the company took a significant write off, Hagens Berman filed a shareholder class action, alleging that MK's senior officers had concealed hundreds-of-millions in losses. After bitterly fighting the suit, MK ousted the CEO and admitted the true extent of the losses. The firm recovered more than $63 million for investors.

- **Raytheon/Washington Group** – This suit charged Raytheon with deliberately misrepresenting the true financial condition of its Raytheon Engineers & Constructors (RE&C) division in order to sell this division to the Washington Group at an artificially inflated price. The case resulted in a $39 million settlement.

- **U.S. West** – The firm represented shareholders of U.S. West New Vector in a challenge to the proposed buyout of minority shareholders by U.S. West. As a result of this litigation, the proposed buyout was stayed, and a settlement was achieved that resulted in a $63 million increase in the price of the buyout.

## Mortgage-backed Securities

In the wake of the "subprime" mortgage meltdown, Hagens Berman has actively prosecuted fraud in the sale of mortgage-related securities. Fraud cases against mortgage lenders, investment banks, and other financial institutions that misrepresented mortgage-related securities have proliferated. Investors now understand that portfolio losses on these instruments were not simply due to a "down" market, but to the defendants' unlawful manipulations.

## Whistleblowers

In an effort to curb Wall Street excesses, Congress recently passed the Dodd-Frank Wall Street Reform and Consumer Protection Act. Recognizing that corporate insiders play a critical role in rooting out securities law violations, the Dodd-Frank bill built vigorous whistleblower protections into the legislation known as the "Wall Street Tip-Off Law."

The law empowers the U.S. Securities and Exchange Commission to award between 10 percent and 30 percent of any monetary sanctions recovered in excess of $1 million to whistleblowers who provide information leading to a successful SEC enforcement. Hagens Berman, already a leading qui tam litigation firm, is fully equipped to handle any and all cases and investigations related to the Wall Street Tip-Off Law.

The firm's past whistleblower successes include a suit against an ambulance company that resulted in the second-largest settlement ever in the ambulance industry; representation of a healthcare finance consultant who blew the whistle on Medicare Outlier fraud and helped recover millions for the federal treasury; representation of a former consultant at a Big Four accounting firm whose office perpetrated a fraudulent billing scheme on the U.S. Justice Department; and representation of a defense industry employee whose company provided substandard gyroscopes for Air Force fighter jets. The synergies that result from marrying our securities talent with our qui tam successes make Hagens Berman an ideal choice for whistleblowers contemplating actions under the Wall Street Tip-Off Law.

 HAGENS BERMAN

## PRACTICE AREAS | **ERISA/Retirement Plan Protection**

Tightly related to our work in protecting defrauded investors, Hagens Berman has long been a leader in protecting the rights of working men, women and their families through its ERISA and retirement plan protection practice and has represented them in some of the largest cases in the history of ERISA law.

The federal Employee Retirement Income Security Act of 1974 (ERISA) spells out the duties that plan administrators, trustees and other fiduciaries owe to participants and beneficiaries in retirement programs including Employee Stock Ownership Plans (ESOPs), 401(k) plans, healthcare and pension plans.

Our firm has substantial experience in recovering retirement funds lost by employees as the result of imprudent and disloyal conduct by plan fiduciaries, and in otherwise safeguarding the rights of ERISA plan participants.

Courts have recognized our aptitude in handling large ERISA cases and appointed our firm as co-lead counsel in a number of such cases, including the groundbreaking Enron ERISA litigation. Enron produced $220 million in settlements for the benefit of former Enron employees, making it the largest ERISA settlement to date. Hagens Berman served as co-lead in the GM ERISA litigation, which resulted in a proposed settlement for $37.5 million and substantial injunctive relief for the benefit of a class of 401(k) plan participants. The firm was counsel to former Washington Mutual employees who lost hundreds of millions of dollars in retirement savings invested in company stock and the Washington Mutual 401(k) plan. The court granted final approval to a $49 million settlement in the case. We also served in ERISA cases on behalf of employees of IPALCO, the Montana Power Company and United Airlines.

In addition to using ERISA to protect retirement plans, the firm's ERISA practice also seeks to protect other employee benefit plans such as health insurance. For example, Hagens Berman pioneered the discovery of fraud in "discounts" provided to employee health plans, and led a case that broke new ground in the coverage of contraceptives.

Because ERISA litigation often involves negotiations in a bankruptcy or similar financial situation, our firm often pursues alternative legal approaches to increase the chances of recovery, including filing RICO charges or naming as defendants key outsiders who played a role in the company's failure.

 HAGENS BERMAN

## PRACTICE AREAS | **Antitrust**

Hagens Berman works to preserve healthy competition and fair trade in the marketplace by protecting consumers and businesses that purchase goods and services from price-fixing, market allocation agreements, monopolistic schemes, and other restraints of trade. The firm has earned an enviable reputation as experts in this often-confusing and combative area of commercial litigation. Our attorneys have a deep understanding of the legal and economic issues within the marketplace, allowing us to employ ground breaking market theories that shed light on monopolistic, restrictive and anti-competitive practices.

Hagens Berman currently represents millions of consumers in several high-profile class-action lawsuits, and takes on major antitrust litigation that has the potential to improve market conditions for consumers, businesses and investors. We have represented plaintiffs in markets as diverse as debit and credit cards services, personal computer components, television screens, electric and gas power, airlines, personal computer software, computer games, and Internet services.

We have prevailed against some of the world's largest corporations. Representative successes on behalf of our clients include:

▸ **Visa/MasterCard** – Hagens Berman helped lead this record-breaking antitrust case against credit card giants Visa and MasterCard, which resulted in a $3.05 billion cash settlement and injunctive relief valued at more than $20 billion. The suit challenged charges imposed in connection with debit cards. As co-lead counsel in this matter, the firm assisted in setting strategy and providing oversight on all aspects of the case.

▸ **DRAM** – The firm played a key role in this class-action suit against the leading DRAM (Dynamic Random Access Memory) manufacturers, claiming the companies secretly agreed to reduce the supply of DRAM which artificially raised prices. DRAM is a necessary component in a wide variety of electronics including personal computers, cellular telephones, digital cameras and many other devices, and the class included equipment manufacturers, franchise distributors, and smaller-volume customers who purchased DRAM. The case settled for $345 million. The firm also represented purchasers of SRAM (Static Random Access Memory) in another class action that resulted in settlements totaling more than $75 million.

▸ **Disposable Contact Lens** – The firm represented hundreds of thousands of consumers against a number of disposable contact lens manufacturers, claiming that the manufacturers conspired with the American Optometric Association to keep low-priced retailers such as pharmacies and mail order companies from selling their lenses. The case settled in 2001 during trial.

▸ **AC Nielson** – Hagens Berman represented Information Resources, Inc. ("IRI") in a suit claiming that AC Nielsen's anti-competitive practices caused IRI to suffer significant losses. The case settled for $55 million.

The firm has also generated substantial recoveries on behalf of health plans and consumers in antitrust cases involving pharmaceutical companies abusing their patent rights to block generic drugs from coming to market. Certain brand name manufacturers have employed unlawful tactics such as perpetuating the brand name drug's monopoly by filing "sham litigation" against generic entrants and fraudulently extending an existing patent. Hagens Berman has served as lead or co-lead counsel in landmark litigation challenging these anti-competitive practices, achieving substantial settlements for clients in, among other cases, the **Paxil Direct Purchaser Litigation ($100 million), Relafen Antitrust Litigation ($75 million), Tricor Indirect Purchaser Antitrust Litigation ($65.7 million),** and **Augmentin Antitrust Litigation ($29 million).**

Some of the firm's current cases include:

- **Optical Disc Drives** – Hagens Berman represents optical disc drive (ODD) owners in this suit alleging that many of the largest ODD manufacturers, including Toshiba, Sony, LG Technology and Philips fixed prices and conducted anticompetitive business practices.

- **EA Madden** – This class-action lawsuit claims that video game giant Electronic Arts used exclusive licensing agreements with various football organizations to nearly double the price of several of its games.

- **E-books** – Hagens Berman was recently named lead counsel in this class action against Apple, Inc. and several of the nation's largest publishers. The firm contends that the defendants conspired to artificially raise the price of e-books by simultaneously transitioning to an agency sales model. The price of e-books rose as much as 50 percent, according to the suit.

9

## PRACTICE AREAS | **Consumer Protection**
General Class Litigation

Hagens Berman is a leader in protecting consumers, representing millions in large-scale cases that challenge unfair, deceptive, and fraudulent practices.

We realize that often-voiceless consumers suffer the brunt of corporate wrongdoing, and have little power to hold companies responsible or change those tactics. Unscrupulous companies often overcharge each customer only a small amount, avoiding serious complaints but adding up to tremendous amounts of undeserved money.

In response, Hagens Berman pursues class litigation on behalf of clients to confront fraudulent practices that consumers alone cannot effectively dispute. We make consumers' concerns a priority, collecting consumer complaints against suspected companies and exploring all avenues for prosecution. The firm has been an innovator in organizing and prosecuting individual class cases across many states involving the same defendants and similar factual and legal issues.

Consumer rip-offs have many faces. As one court has said, "It is impossible to frame definitions which embrace all unfair practices. There is no limit to human inventiveness in this field." Hagens Berman's legacy of protecting consumer rights reflects the wide spectrum of scams that occur in the marketplace. The cases that we have led have challenged a wide variety of practices such as:

- False and deceptive advertising of consumer products and services

- False billing and over-charging by credit card companies, banks, telecommunications providers, power companies, hospitals, insurance plans, shipping companies, airlines, and Internet companies

- Deceptive practices in selling insurance and other financial products and services such as life insurance, annuities, and auto insurance

- Predatory and other unfair lending practices, and fraudulent activities related to home purchases

A few case examples are:

▸ **Toyota Sudden, Unintended Acceleration** – Hagens Berman serves as co-lead counsel for the economic loss class in this class-action lawsuit filed on behalf of Toyota owners who allege a defect causes their vehicles to undergo sudden, unintended acceleration. Consumers allege that in addition to the safety risks associated with driving the vehicles, they suffered economic losses because the value of Toyota vehicles plummeted following media coverage of the alleged defect. A federal judge has denied Toyota's motion to dismiss the case, which will proceed toward trial.

▸ **Expedia Hotel Taxes and Service Fees Litigation** – The firm led this nationwide class-action suit arising out of bundled "taxes and service fees" that Expedia collects when its consumers book hotel reservations. Plaintiffs alleged that by collecting exorbitant fees as a flat percentage of the room rates, Expedia violated both the Washington Consumer Protection Act and its contractual commitment to charge as service fees only "costs incurred in servicing" a given reservation. After plaintiffs obtained summary judgment in the amount of $184 million, the case settled for cash and consumer credits totaling $123.4 million.

▸ **Blue Rhino** – Hagens Berman participated in this case which alleged that Ferrellgas, wanting to avoid a price increase and a negative impact on sales, reduced the amount of propane in its tanks from 17 to 15 pounds without informing consumers. The firm negotiated a $25 million settlement which has been given preliminary approval by the court.

▸ **Tenet Healthcare** – In a pioneering suit filed by Hagens Berman, plaintiffs alleged that Tenet Healthcare charged excessive prices to uninsured patients at 114 hospitals owned and operated by Tenet subsidiaries in 16 different states. Tenet settled the case and agreed to refund to class members amounts paid in excess of certain thresholds over a four-and-a-half year period.

▸ **Consumer Insurance Litigation** – Hagens Berman has pioneered theories to ensure that in first- and third-party contexts consumers and health plans always receive the treatment and benefits to which they are entitled. Many of our cases in this area have succeeded in expanding coverage owed and, thereby, providing more benefits; recovering underpayments of benefits; and returning uninsured/underinsured premiums received because of the misleading tactics of the insurer. In addition, on individual cases, we have taken insurers to trial and recovered millions of dollars for our clients by way of verdict for bad faith, punitive damages, wage losses, and medical and rehabilitative care.

PRACTICE AREAS | **Consumer Protection**
Defective Product Litigation

**12**

When a product fails to meet accepted or advertised standards, the results can be costly, hazardous or even deadly. In such cases, consumers deserve relief.

State and federal laws provide consumers with remedies for products that do not perform as warranted or advertised. Hagens Berman is nationally recognized for our successful prosecution of lawsuits involving a wide range of such defective products, from faulty building and home products to defective cars, computers, software, electronic products, medical devices, and toys.

Indicative of the firm's achievements for its consumer clients, the Federal court overseeing the massive multi-district litigation against Toyota appointed the firm to co-lead one of the largest consolidations of class-action cases in U.S. history. The litigation combines more than 300 state and federal suits concerning acceleration defects tainting Toyota vehicles. Hagens Berman and its two co-lead firms were selected from among more than 70 law firms applying for the role.

Select firm successes representing consumers in defective product class litigation are profiled below:

▸ **Louisiana-Pacific Siding Litigation** – Hagens Berman attorneys served as co-lead counsel in a nationwide settlement class involving defective siding installed on 800,000 homes that soaked up moisture, resulting in swelling and cracking. More than 130,000 claims have been paid exceeding $500 million in total.

▸ **Polybutylene Pipe Litigation** – This litigation charged Shell Oil Company, E. I. du Pont de Nemours, and Hoescht Celanese with manufacturing and marketing defective polybutylene pipes and plumbing systems used in homes. Hagens Berman served as co-lead counsel for the class and secured a settlement providing a minimum of $950 million in relief, which, at the time, was the largest class-action settlement of its kind.

▸ **Nissan Quest Accelerator Litigation** – Hagens Berman represented Nissan Quest minivan owners who alleged that their vehicles developed deposits in a part of the engine called the throttle-body assembly, and that these deposits caused drivers to apply increased pressure to push the accelerator down. A favorable settlement provided the class with reimbursement for throttle-body cleanings or replacements and applicable warranty coverage for qualified class members.

▸ **Hyundai Horsepower Litigation** – Hagens Berman was co-lead counsel in a class-action lawsuit against Hyundai that claimed the company overstated the horsepower of 1.3 million vehicles and inflated the value of certain Hyundai models. In the resulting nationwide settlement, owners of each vehicle will receive up to $225 in cash or up to $325 in credit with Hyundai dealers. The cost of the settlement to Hyundai ranges from $76 million to $127 million, depending on whether owners seeking compensation take the cash or dealer credit. The settlement replaced a previous agreement under which Hyundai offered coupons on future purchases.

PRACTICE AREAS | **Consumer Protection**
**Drugs and Supplement Litigation**

**13**

Hagens Berman aggressively pursues pharmaceutical industry litigation, and fights for more affordable prescription drugs and a more responsible pharmaceutical and medical device industry.

For decades, brand-name prescription drug makers have been among the most profitable companies in America. While pharmaceutical companies become richer, consumers, health plans and insurers pay higher costs for prescription drugs. Representing individuals, third-party payors and the nation's most forward-thinking public-interest groups, we shine the light of public scrutiny on this industry's practices.

Our drug litigation focuses on drug makers' unlawful price inflation, filing of false secondary patents that block competitive generic drugs, and drug promotion for uses not approved by the Food and Drug Administration, commonly known as "off-label" uses. We also litigate cases against "dietary supplement" manufacturers for making false claims about their products. Examples include cases alleging that "Cellasene" did not fight cellulite as promised, and that "Enzyte" was marketed with false male-enhancement claims.

We believe the firm's pharmaceutical and dietary supplement litigation practice is second-to-none in the nation in terms of expertise, commitment and landmark results. The firm's attorneys have argued suits against dozens of major drug companies, giving them extensive litigation and courtroom experience. In recent years, Hagens Berman's aggressive prosecution of pharmaceutical industry litigation has recovered more than $500 million dollars in gross settlement funds for consumers and third-party payors.

Here are some examples of our approach:

▸ **McKesson and First DataBank Drug Litigation** – Hagens Berman was lead counsel in this RICO case against McKesson and First DataBank alleging the companies fraudulently inflated the prices of more than 400 prescription drugs by manipulating drug-pricing benchmarks. The class action against McKesson settled for $350 million on the eve of trial. The First DataBank settlement will result in a four percent rollback on the prices of 95 percent of the nation's retail branded drugs, the net impact of which could be in the billions of dollars. Similar cases on behalf of government entities have resulted in recoveries exceeding $94 million.

▸ **Average Wholesale Price Drug Litigation** – This sprawling litigation against most of the nation's largest pharmaceutical companies alleges that defendants artificially inflated the Average Wholesale Price used as a benchmark for almost all prescription drug sales in the United States. Hagens Berman is co-lead counsel to several certified classes and was lead trial counsel in a consolidated trial resulting in verdicts against AstraZeneca and BMS, marking one of the first trial defeats for the pharmaceutical industry on pricing issues. Class settlements approximating $338 million in the aggregate were approved in favor of consumers and health plans.

▸ **Vioxx Third Party Payor Marketing and Sales Practices Litigation** – The firm served as lead counsel for third-party payors in the Vioxx MDL, alleging that Merck & Co. misled physicians, consumers and health benefit providers when it touted Vioxx as a superior product to other non-steroidal anti-inflammatory drugs. In reality, the drug had no appreciable benefits from less expensive medications, but carried increased risk of causing cardiovascular events. A $65 million settlement resulted.

▸ **Serono Drug Litigation** – Hagens Berman negotiated a $24 million settlement to reimburse a class of consumers and third-party payors, including self-insured employers, health and welfare plans, and insurance companies, for part or all of their purchases of the AIDS drug Serostim. The suit alleged that global biotechnology company Serono, Inc., schemed to substantially increase Serostim sales by duping patients diagnosed with HIV into believing they suffered from AIDS-wasting and needed the drug to treat that condition.

▸ **Neurontin Third-Party Payor Litigation** – Hagens Berman served as co-lead trial counsel in this case alleging that Pfizer fraudulently and unlawfully promoted the drug Neurontin for uses unapproved by the FDA. A jury returned a $47 million verdict in favor of plaintiffs.

**15**

PRACTICE AREAS | **Employment Litigation**

Hagens Berman takes a special interest in protecting workers from exploitation or abuse. We take on race and gender discrimination, immigrant worker issues, hour and wage issues, on-the-job injury settlements, and other crucial workplace issues.

We understand the sensitive position that many employees find themselves in. Often, employees accept labor abuses or a curbing of their rights because they don't know the law, respect their superiors or fear for their jobs. We act on behalf of employees who may lack the individual power to bring about meaningful change in the workplace.

Hagens Berman takes a comprehensive approach to rooting out systemic employee abuses through in-depth investigation, knowledgeable experts and fervent exploration of prosecution strategies. Our attorneys excel at seeking out and finding employees with an inside view and crucial knowledge and using that information to bring success in the courtroom.

Hagens Berman is a firm well-versed in taking on complicated employee policies and bringing about significant results. Our representative cases include:

▸ **CB Richard Ellis Sexual Harassment Litigation** – Hagens Berman filed a class-action lawsuit against CB Richard Ellis, Inc. on behalf of 16,000 current and former female employees who alleged that the company fostered a climate of severe sexual harassment and discriminated against female employees by subjecting them to a hostile, intimidating and offensive work environment. Emotional distress and other physical and economic injuries to the class were the result. The firm negotiated an innovative and unprecedented settlement requiring changes to human resources policies and procedures. Class members participated in a stream-lined claims process providing the potential for individual awards of up to $150,000 per class member. The company agreed to tighten existing harassment policies and implement enhanced training for all employees. It also agreed to increase supervisor accountability to address sexually inappropriate conduct in the workplace, enhance record-keeping practices, and conduct two annual reviews of settlement compliance by a court appointed monitor.

▸ **Costco Wholesale Corporation Wage & Hour Litigation** – Hagens Berman filed a class-action lawsuit against Costco Wholesale Corporation on behalf of 2,000 current and former ancillary department employees (such as food court managers) who alleged that the company misclassified them as "exempt" executives. According to the complaint, Costco improperly denied these employees overtime compensation, meal breaks, and other employment benefits. After years of hard-fought litigation, the court certified eight employee groups for class-action treatment. Hagens Berman then negotiated a $15 million cash settlement on behalf of the class.

▸ **Washington State Ferry Workers Wage Litigation** – The firm represented a class of "on-call" seamen who alleged that they were not paid for being "on call" in violation of federal and state law. The case resulted in a rearrangement in work assignments and of the "on-call" system, resulting in better working conditions for the employees.

▸ **SunDance Rehabilitation Corporation** – The firm filed a class-action lawsuit against SunDance, a subsidiary of Sun Healthcare Group, challenging illegal wage manipulation, inconsistent contracts, and other compensation tricks used to force caregivers to work unpaid overtime. The caregivers included physical, speech and rehabilitation therapists. The suit resulted in a $3 million settlement of stock to be distributed out of the company's bankruptcy estate.

PRACTICE AREAS | **Civil and Human Rights**

Hagens Berman has represented individuals and organizations in some of the more difficult civil rights challenges that have arisen in the past two decades. In doing so, we have managed cases presenting very complex legal and factual issues that are often related to highly charged political and historical events. Our clients have included such diverse communities as World War II prisoners of war, conscripted civilians, and entire villages.

In this cutting-edge practice area, the firm vigilantly keeps abreast of new state and national legislation and case-law developments. We achieve positive precedents by zealously prosecuting in our clients' interests. Some examples of our work in this area include:

▸ **World Trade Organization Protests** – During the 1999 World Trade Organization (WTO) protests in Seattle, tens of thousands of Seattle citizens became targets after Seattle officials banned all forms of peaceful protest. Seattle police attacked anyone found in the designated "no protest" zones with rubber bullets and tear gas. City residents were arrested and incarcerated for up to four days. In conjunction with Trial Lawyers for Public Justice, the firm won a settlement from Seattle city officials after filing a class-action alleging violations of the First and Fourth Amendments to the United States Constitution and after a jury returned a verdict in favor of the plaintiffs.

▸ **Hungarian Gold Train** – Following the firm's representation of former forced and enslaved laborers for German companies in the Nazi Slave Labor Litigation, Hagens Berman led a team of lawyers that brought suit against the United States on behalf of Hungarian Holocaust survivors in the Hungarian Gold Train case. The suit claimed that, during the waning days of World War II, the Hungarian Nazi government loaded the plaintiffs' valuable personal property onto a train, and the U.S. Army later seized the train and its contents and never returned the property to its owners and heirs.

▸ **Rio Tinto** – In a landmark case, the firm represents victims of Rio Tinto's mining operation on the island of Bougainville. To build the mine, Rio chemically defoliated, bulldozed and sliced off an entire mountainside of rain forest, and mine operations dumped billions of tons of toxic mine waste onto the land and into pristine waters, filling major rivers with tailings, and polluting a major bay dozens of miles away. Rio's flagrant disregard for the environment dispossessed the people of Bougainville from their land, destroyed their culture, and exposed members of the class to numerous toxic chemicals. In certain villages, chemicals remain and have caused death and illness.

Rio's actions on Bougainville were so egregious that they sparked an uprising designed to close the mine. When the uprising succeeded, the Papua New Guinea government sent troops, transported by Rio, to reopen the mine. After initial efforts were unsuccessful, the PNG government, as the agent and co-venturer of Rio and with the support and encouragement of Rio, instituted a military blockade of the island that lasted for almost 10 years. The blockade's purpose was to coerce the Bougainville people into surrender so that the mine could be reopened and both Rio and PNG could continue to reap enormous profits from the mine. The blockade

prevented medicine, clothing and other essential items from reaching Bougainville. Hospitals were forced to close, women died needlessly in childbirth, and young children died from easily preventable diseases. According to the Red Cross, the blockade killed more than 2,000 children in just its first two years of operation. By the time the war ended in 1999, 10 percent of the population of Bougainville, approximately 15,000 civilians, were killed.

The action alleges that Rio's conduct amounted to war crimes and violated customary international law, including prohibitions against destruction of the right to life and health and prohibitions against racial discrimination. Plaintiffs seek redress under the federal Alien Tort Claims Act (28 U.S.C. § 1350). An appeals court recently ruled that the case may proceed in U.S. courts and Rio has appealed to the Supreme Court.

PRACTICE AREAS │ **Whistleblower Litigation**

Hagens Berman pursues whistleblower litigation under various programs, including the federal False Claims Act, various state laws and the more recently enacted Securities and Exchange Commission (SEC), Commodity Futures Trading Commission (CFTC), and Internal Revenue Service programs.

All of these whistleblower programs reward private citizens who blow the whistle on fraud. In many cases, the whistleblower reports fraud committed against the government, and may sue those individuals or companies responsible, thereby helping the government recover its losses. The programs under which Hagens Berman pursues cases include:

**False Claims Act**

Under the federal False Claims Act, and more than 30 similar state laws, the whistleblower reports fraud committed against the government, and under the law's qui tam provision, may file suit on its behalf to recover lost funds.

The whistleblower initially files the case under seal, giving it only to the government and not to the defendant, which permits the government to investigate. After the investigation, the government may take over the whistleblower's suit, or it may decline. If the government declines, the whistleblower can proceed alone on his or her behalf. In successful suits, the whistleblower normally receives between 15 and 30 percent of the government's recovery as a reward.

False claims acts are one of the most effective tools in fighting Medicare and Medicaid fraud, defense contractor fraud, financial fraud, under-payment of royalties, fraud in general services contracts and other types of fraud perpetrated against governments. Since 1986, federal and state false claims act recoveries have totaled more than $22 billion. Whistleblowers themselves have now received more than $2 billion.

In recent years, instances of fraud relating to financial services have exploded, as billions of dollars have flowed through federal programs such as the Troubled Asset Recovery Program (TARP), the Term-Asset-Backed Securities Loan Program (TALF), and the Federal Home Administration. Bid-rigging and kickback schemes in the municipal bond arena have flourished, as have mispricing and deception associated with securities bought by public pension funds.

The government cannot keep up with the high volume of filed cases, making it important that a whistleblower retain the services of a firm like Hagens Berman. We have a proven track record of winning and the resources and knowledge to take on a powerful defendant and prosecute the case through trial. When the government is unwilling to act, we are.

Our expertise in the qui tam arena includes close working relationships with attorneys at the United States Department of Justice and numerous state Attorney General's Offices; specialized understanding of federal and state false claims statutes and other related areas of law; and extensive experience in cultivating close, productive attorney-client relationships with whistleblower clients.

Hagens Berman's past whistleblower successes include a suit against an ambulance company that resulted in the second-largest settlement ever in the ambulance industry; alleged kickbacks demanded by a major hospital procurement agent in exchange for the award of contracts to supply products for hospitals reimbursed by federal health programs; a health care finance consultant who blew the whistle on Medicare "outlier" fraud and helped recover millions for the federal treasury; a former consultant at a "Big Four" accounting firm whose office perpetrated a fraudulent billing scheme on the U.S. Justice Department; and a defense industry employee whose company provided substandard gyroscopes for Air Force fighter jets.

## Securities and Exchange Commission / Commodity Futures Trading Commission

Hagens Berman also provides counsel for whistleblowers under the new Securities and Exchange Commission (SEC) and Commodity Futures Trading Commission (CFTC) whistleblower programs.

Unlike the False Claims Act, whistleblowers under these new programs do not initially file a sealed lawsuit. Instead, they provide information directly to the SEC or the CFTC regarding violations of the federal securities or commodities laws. If the whistleblower's information leads to an enforcement action, they may be entitled to between 10 and 30 percent of the recovery.

Many traditional False Claim Act firms are beginning to take on these cases, but those firms lack real experience in prosecuting financial fraud and securities violations. Hagens Berman has extensive experience in these areas and has represented large institutions as well as led class-action litigation against some of the largest financial institutions in the world.

Hagens Berman has also worked alongside government officials and regulators, establishing the credibility necessary to bring a case to the SEC. When Hagens Berman brings a claim, regulators pay attention.

## Internal Revenue Service

Hagens Berman also represents whistleblowers under the IRS whistleblower program enacted with the Tax Relief and Health Care Act of 2006.

The IRS program offers rewards to those who come forward with information about persons, corporations, or any other entity that cheats on its taxes. In the event of a successful recovery of government funds, a whistleblower can be rewarded with up to 30 percent of the overall amount collected in taxes, penalties and legal fees.

Hagens Berman helps IRS whistleblowers to present specific and credible information to the IRS regarding tax fraud. Unlike some traditional False Claims Act firms, Hagens Berman has experience representing governments who have lost tax revenue due to fraud.

## PRACTICE AREAS | **Governmental Representation**

Hagens Berman represents government agencies and public officials in civil law enforcement and damage recoupment actions designed to protect citizens and the treasury. We understand the needs of elected officials and the obligation to impartially and zealously represent the interests of the public, are often chosen after competitive bidding, and have been hired by officials from across the political spectrum.

Hagens Berman has assisted governments in recovering billions of dollars in damages from corporate wrongdoers and, in the process, helped alter the manner in which some industries do business. In serving government, we are often able to leverage the firm's expertise and success in related private class litigation.

Successes on behalf of government clients include:

▸ **Big Tobacco** – Hagens Berman represented 13 states in their landmark Medicaid-recoupment litigations against the country's major tobacco companies. Only two states actually took their cases to trial – Washington and Minnesota. The firm served as trial counsel for the State of Washington, becoming only one of two private firms in the entire country to take a state case to trial.

Hagens Berman was instrumental in developing what came to be accepted as the predominant legal tactic to use against the tobacco industry: emphasizing traditional law enforcement claims such as state consumer protection, antitrust and racketeering laws. Before the firm's involvement in the state cases, the predominant claims being pursued by most of the states were traditional tort theories, which were sometimes unsuccessful. In contrast, the law enforcement approach proved to be nearly universally successful at the pleading stage, leaving the industry vulnerable to a profits disgorgement remedy, penalties and double damages. The firm also focused state legal claims on the industry's deplorable practice of luring children to tobacco use.

A national settlement of the state tobacco litigation resulted in recouping $206 billion for state programs, the largest settlement in the history of civil litigation in the United States. The firm played a key role in the national settlement negotiations.

Hagens Berman is particularly proud of the important role that the firm's lawyers played in these pioneering actions against an industry that has caused so much illness and financial harm.

▸ **Average Wholesale Price Drug Litigation** – The drug manufacturers' artificial inflation of the Average Wholesale Price that is used as a benchmark for almost all prescription drug sales in the United States hurt consumers and private third-party payors whose interests the firm represents in class litigation, and it also caused damage to state Medicaid and other public health programs. Hagens Berman is special counsel to the states of Arizona, Montana and Nevada in their AWP suits, which have settled on terms favorable to the states.

▸ **McKesson Drug Price Inflation Litigation** – This litigation is yet another example of fraudulent drug price inflation impacting not just consumers and private health plans, but public health programs such as Medicaid and local government-sponsored plans as well. Hagens Berman, building on the firm's experience in leading the $350 class-action recovery against McKesson, represents six states, including Oregon, Virginia, Utah, Montana, Mississippi, and Connecticut, the City and County of San Francisco, and other local government agencies in their efforts to recover the damages caused to their health plans by McKesson's scheme. The County public payor case settled for $82 million, and the City and County of San Francisco settled its claims for $12.5 million.

▸ **Zyprexa Marketing and Sales Practices Litigation - Connecticut** – Hagens Berman served as outside counsel to Attorney General Richard Blumenthal in litigation alleging that Lilly engaged in unlawful off-label promotion of the atypical antipsychotic Zyprexa. The litigation also alleged that Lilly made significant misrepresentations about Zyprexa's safety and efficacy, resulting in millions of dollars in excess pharmaceutical costs borne by the State and its taxpayers. The State's Zyprexa litigation concluded with a $25 million settlement that Hagens Berman negotiated.

## PRACTICE AREAS | **Personal Injury and Abuse**

Hagens Berman's blend of professional expertise, education and commitment to our clients has made us some of the most well-respected and successful mass tort and personal injury lawyers.

Not all personal injury cases are the same. To successfully litigate personal injury cases, attorneys must have a deep understanding of the medical and legal issues of that particular case and the practice area it falls within. The attorneys at Hagens Berman have extensive knowledge and experience across the spectrum of personal injury practice areas, assuring that our clients will receive the highest level of legal counsel. We have delivered in catastrophic injury cases involving wrongful death, brain injury, auto accidents, defective products, construction accidents, and police and emergency vehicle collisions.

Hagens Berman has a long record of accomplishment in personal injury litigation. Experience is the number one factor in reaching successful outcomes.

We also have unparalleled experience in very specific areas of abuse law, recovering damages on behalf of some of the most vulnerable people in our society, as profiled below.

**Sexual Abuse Litigation** – Hagens Berman has represented a wide spectrum of individuals who have been the victims of sexual abuse, including children and developmentally disabled adults. We treat each case individually, with compassion and attention to detail and have the expertise, resources and track record to stand up to the toughest opponents. In the area of sexual abuse, our attorneys have obtained record-breaking verdicts, including the largest personal injury verdict ever upheld by an appellate court in the State of Washington.

**Nursing Home Negligence** – Nursing home negligence is a growing problem throughout the nation. As our population ages, reports of elder abuse and nursing home negligence continue to rise. Today, elder abuse is one of the most rapidly escalating social problems in our society. Hagens Berman is uniquely qualified to represent the victims of elder abuse and nursing home negligence. Our attorneys have secured record-breaking settlements in this area of the law and have committed to holding nursing homes accountable.

**Social Work Negligence** – Social workers play a critical role in the daily lives of our nation's most vulnerable citizens. Social workers, assigned to protect children, developmentally disabled and elderly adults, are responsible for critical aspects in the lives of tens of thousands of citizens who are unable to protect themselves. Many social workers do a fine job. Tragically, many do not. The results are often catastrophic when a social worker fails to monitor and protect his or her vulnerable client. All too often, the failure to protect a child or disabled citizen leads to injury or sexual victimization by predators. With over $40 million in recoveries on behalf of vulnerable citizens who were neglected by social workers, Hagens Berman is the most experienced, successful and knowledgeable group of attorneys in this dynamic area of the law.

## PRACTICE AREAS | **Intellectual Property**

Hagens Berman launched a new intellectual property practice in early 2011. Managing Partner Steve Berman leads the effort and the firm has hired top-notch attorneys to pursue cases.

Unlike other intellectual property firms, Hagens Berman only represents plaintiffs. This reduces the risk of potential conflicts of interest which at larger firms often create delays in deciding whether or not to take a case. With no conflicts, we are able to act quickly in deciding to take a case and move the process forward.

The firm is primarily interested in patent law, and seeks to represent patent holders including inventors, non-practicing entities and other groups whose patent portfolio represents a significant capital investment.

A number of patent cases are currently in various phases of litigation. Some examples include:

‣ **Nintendo Wii** – Hagens Berman represents Shinsedai Company, Limited, a small video game company which alleges that Nintendo's Wii Sports games infringe on several of Shinsedai's patents.

‣ **Mission Abstract Data** – The firm has filed a lawsuit against more than 900 radio stations across the United States alleging that they have infringed on patents covering the use of hard disk drive systems to store and retrieve music.

‣ **Green Dot and NetSpend** – Hagens Berman filed this patent infringement suit on behalf of Nevada-based Integrated Technological Systems, Inc. (ITS) which claims that two prepaid debit card providers infringe on an ITS patent covering a method for transfers between prepaid debit cards.

‣ **Apple** – Hagens Berman is currently preparing new patent cases involving infringement by Apple's iPad, Mac and iPhone devices and infringement of patents formerly belonging to Polaroid.

Hagens Berman also specializes in other aspects of intellectual property law, including trade secret, copyright and trademark litigation.



PRACTICE AREAS | **Lending and Mortgage Fraud**

The financial crisis of 2008, triggered by the burst of a massive bubble in housing, led to waves of foreclosures that are still ongoing. The crisis has revealed a number of fraudulent tactics used by lenders, appraisers and others.

Hagens Berman has responded to these tactics by prosecuting financial institutions and real estate companies who break the law.

The firm has filed several lawsuits against some of the largest banks and mortgage owners, including Bank of America, Aurora Loan Services and Wells Fargo.

Some of the areas the firm focuses on include:

**Appraisals** – Hagens Berman has investigated appraisers and financial institutions that inflated fees or coordinated to produce false appraisals.

**Bait and Switch Charges** – The firm has prosecuted large mortgage holders that unfairly charged excessive and illegal fees.

**False Modification Schemes** – Some banks, the firm believes, have offered a false promise of a mortgage modification to homeowners, only to foreclose after the homeowner follows a prescribed payment plan.

One of the firm's cases has already led to a settlement that returned money to homeowners. In early 2011, a $7.1 million settlement was reached between homeowners and home building giant KB Homes. The case alleged that KB Homes improperly required customers to use its escrow subsidiary and extracted $275 for a "contract coordination" fee. The settlement will allow homeowners to recover at least $225 and perhaps more than $275.



## STEVE W. BERMAN │ Managing Partner

1918 Eighth Ave., Suite 3300
Seattle, WA 98101
206.623.7292
steve@hbsslaw.com

Steve W. Berman founded Hagens Berman in 1993 after his prior firm refused to represent several young children who consumed fast food contaminated with E. coli.  Steve went on to prove that the poisoning was the result of Jack in the Box's cost cutting and gross negligence.  He is the managing partner of Hagens Berman and is considered one of the most successful class-action attorneys in the nation.

Mr. Berman played a key role in winning record settlements in consolidated cases against Wall Street, Big Oil, Big Pharma and Big Tobacco. He has served as lead counsel for the largest settlement in world history, largest U.S. antitrust settlement, largest U.S. ERISA settlement, and largest U.S. securities settlement at the time of settlement.  His trial experience has earned him significant recognition, and led The National Law Journal to name him one of the 100 most powerful lawyers and rate Hagens Berman one of the top ten plaintiffs' firms in the country.



## TYLER S. WEAVER │ Partner

1918 Eighth Ave., Suite 3300
Seattle, WA 98101
206.268.9355
tyler@hbsslaw.com

Tyler S. Weaver is a partner at Hagens Berman, where he has worked since 2001. He litigates in a wide variety of practice areas; his cases have varied from litigation over the civil rights of protesters to securities-fraud cases on behalf of investors to consumer-protection litigation.  If there is a constant in his work, it is his tenacious dedication to representing and recovering on behalf of individuals who have been wronged.

Mr. Weaver is admitted to practice in Washington and Oregon, and has made numerous appearances in United States district courts and appellate courts, as well as the trial and appellate courts of the State of Washington. Prior to joining Hagens Berman, Mr. Weaver clerked for two years for the Honorable Justin L. Quackenbush in the United States District Court for the Eastern District of Washington.



## ARI Y. BROWN | Of Counsel

1918 Eighth Ave., Suite 3300
Seattle, WA 98101
206.623.7292
ari@hbsslaw.com

Ari Brown is of counsel at Hagens Berman, where he has worked since 2008. His practice focuses on class actions involving consumer-related claims.  Prior to joining the firm, Mr. Brown's practice focused on representing people pursuing their rights as consumers and, in particular, as home mortgage borrowers. In the course of litigating cases involving predatory lending, Mr. Brown has helped establish significant legal precedent that has helped inform the law regarding consumer rights used throughout the country.

At Hagens Berman, Mr. Brown continues to represent home mortgage borrowers who were subjected to predatory practices at the hands of lenders, mortgage brokers, title insurers and escrow companies. He is also pursuing claims on behalf of banking customers who were repeatedly charged overdraft fees on their checking accounts because of the way their banks manipulated their transaction and against credit card companies for deceptive marketing practices.

Before entering the practice of law, Mr. Brown served as a combat tank gunner in the Israeli Defense Force, worked with homeless youth in New York and tended bar in some of America's finest establishments.