UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2193<br><br>**Centralized before the Honorable Rya W. Zobel** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 7.2 and the parties' Stipulated Protective Order entered in this matter on May 16, 2011 [Docket No. 56], Plaintiffs respectfully submit this Motion for Leave to File Documents Under Seal ("Motion"). In support of this Motion, Plaintiffs state the following:

1. Plaintiffs have filed a Motion for Class Certification, memorandum in support, and the Declaration of Steve Berman and exhibits thereto [Docket Nos. 208-210].

2. The parties' Stipulated Protective Order provides, "[i]n the event that any Confidential Information is included with, or the contents thereof are in any way disclosed, in any pleading, motion, or other paper filed with the Clerk of this Court, the filing party shall move to have such pleading, motion or other paper impounded by the Clerk pursuant to the terms and requirements of Local Rule 7.2." Protective Order, ¶ 7 [Docket No. 56].

3. In the Memorandum in support of their Motion for Class Certification, Plaintiffs rely on the testimony of several deponents in which BOA has designated substantial portions of their transcripts as "Confidential." Plaintiffs also rely on several internal Bank of America documents which have also been designated as "Confidential" by defendant. All of these

- 1 -

transcripts and documents are being filed as exhibits to the Berman Declaration.  Plaintiffs are submitting these documents under seal because Defendant has designated them as such, and take no position on the appropriateness of the designations at this time.  Plaintiffs request that the Court allow Plaintiffs' Memorandum in Support of Motion for Class Certification and Exhibits 13-55 to the Berman Declaration to be filed under seal to avoid the potential that confidential information would be disclosed in Plaintiffs' publicly filed documents.

5. On June 7, 2013, Plaintiffs' Counsel conferred with Counsel for Defendant, who informed Plaintiffs' Counsel that they assent to the relief sought in this Motion.

6. The impoundment order can be lifted on the earliest of agreement of the parties, further order of the Court consistent with the procedures set out in the Stipulated Protective Order, or upon return of the materials to the parties at the close of the case.

7. Under Local Rule 7.2(d), which requires Court approval before submitting Confidential materials under seal, Plaintiffs will submit these documents promptly to the Court should the Court grant this Motion.  On the date this Motion was filed, Plaintiffs' Counsel served these documents on Defendant's Counsel.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion For Leave To File Documents Under Seal and the relief requested herein.

Dated:  June 7, 2013

                              Respectfully Submitted,

                              */s/ Steve W. Berman*
                              Hagens Berman Sobol Shapiro LLP
                              Steve W. Berman
                              Ari Y. Brown
                              Tyler S. Weaver
                              1918 8th Avenue, Suite 3300
                              Seattle, WA 98101
                              206.623.7292 (p)
                              206.623.0594 (f)

010176-16  616574 V1

        steve@hbsslaw.com
        ari@hbsslaw.com
        tyler@hbsslaw.com

        */s/ Gary Klein*
        Roddy Klein & Ryan
        Gary Klein (BBO 560769)
        Shennan Kavanagh (BBO 655174)
        Kevin Costello (BBO 669100)
        727 Atlantic Avenue, 2nd Floor
        Boston, MA 02111
        617.357.5500 (p)
        617.357.5030 (f)
        klein@roddykleinryan.com
        kavanagh@roddykleinryan.com
        costello@roddykleinryan.com

        *Interim Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I certify pursuant to Local Rule 7.1 that on June 7, 2013, counsel for all parties have conferred and counsel for Defendant does not oppose the relief sought in this motion.

        */s/ Steve W. Berman*
        Hagens Berman Sobol Shapiro LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Steve W. Berman*
        Hagens Berman Sobol Shapiro LLP