UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION | MDL No. 2193<br><br>**Centralized before the Honorable Rya W. Zobel** |
| This Document Relates To:<br><br>ALL ACTIONS | |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Attached is an opinion issued on August 5, 2013, in *Gaudin v. Saxon Mortg. Servs., Inc.*, Case No. 11-cv-01663-JST (N.D. Cal.), certifying claims for a class of borrowers who received HAMP TPPs and made their three trial payments.

Dated: August 6, 2013.

Respectfully Submitted,

*/s/ Steve W. Berman*
Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
Tyler S. Weaver
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com
tyler@hbsslaw.com

/s/ Gary Klein
Klein Kavanagh & Costello
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
85 Merrimac Street
Boston, MA 02114617
617.357.5500 (p)
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, a true and correct copy of this document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steve W. Berman
Hagens Berman Sobol Shapiro LLP